UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON HAMMERSLEY, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>　　Defendants. | Case No. 2:13-cv-00826-TLN-AC<br><br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR AMENDMENT<br>TO SCHEDULING ORDER** |

　　The Parties have filed a Stipulation to Amend the Pretrial Scheduling Order. The Court, having considered the grounds set forth in the parties' Joint Motion finds that the Motion is well taken, and is hereby GRANTED. The Court hereby ORDERS that:

　　1.　The Scheduling Order (ECF 66) entered on January 29, 2014, is amended to provide for the following changes:

　　　　a. All fact discovery, as described in Paragraph 4 of the Scheduling Order, shall be completed by September 30, 2014.

　　　　b. All expert disclosures, as described in Paragraph 5 of the Scheduling Order, shall be filed and served by November 1, 2014.

    c. All dispositive motions, as described in Paragraph 6 of the Scheduling Order, shall be heard by April 09, 2015.

2. All other deadlines established in the Scheduling Order, including the trial date, remain intact.

**IT IS SO ORDERED.**

**Dated: July 30, 2014**

_____
Troy L. Nunley
United States District Judge

**APPROVED FOR ENTRY:**

/s/ David N. Krugler
David N. Krugler
**CASH, KRUGLER & FREDERICKS, LLC**
5447 Roswell Road, N.E.
Atlanta, GA 30342
*Attorney for Plaintiffs*

/s/ Matthew J. Evans
Dwight E. Tarwater
Matthew J. Evans
**PAINE, TARWATER, and BICKERS, LLP**
900 S. Gay Street, Suite 2200
Knoxville, TN 37902
*Attorneys for Defendants*
*General Electric Company, GE Healthcare Inc.,*
*and GE Healthcare AS*