# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CARSON HAMMERSLEY, ET AL.,

              Plaintiffs,

    vs.

GENERAL ELECTRIC COMPANY, ET AL.,

              Defendants.

Case No. **2:13-cv-00826-TLN-KJN**

### PLAINTIFFS' RULE 26 EXPERT DISCLOSURES

COME NOW, Plaintiffs Carson and Amy Hammersley, pursuant to Fed.R.Civ.P. 26 and this Court's Pretrial Scheduling Order, and file these expert disclosures as follows:[1]

## 1.     Generic Expert Witnesses

This case was originally filed in the United States District Court for the Northern District of Ohio, Eastern Division as part of Multidistrict Litigation No. 1909, *In re: Gadolinium Based Contrast Agents Products Liability Litigation*, Case No. 1:08-gd-50000 (the "MDL"). On April 29, 2013, the Hon. Aaron Polster entered an Order remanding and transferring this action to the United States District Court for the Eastern District of California. (Doc. No. 44).

Discovery was conducted in the MDL Court for a number of years on "generic" issues by a Plaintiffs' Steering Committee ("PSC") – a group of attorneys appointed by the Court to represent the interests of all Plaintiffs with cases in the MDL – and attorneys for the Defendants, including the GE Defendants in this action.  The MDL discovery included the disclosure of "generic experts" by Plaintiffs and Defendants, the filing or exchange of generic experts reports, deposing generic experts and the filing of *Daubert* motions.  The generic expert disclosures

---

[1]The parties previously stipulated to extend the deadline for the filing of their expert disclosures and reports until November 26, 2014.

made and reports exchanged in the MDL apply in this case pursuant to the MDL Court's Transfer Order (Doc No. 44) as well as other Orders of the MDL Court.  In addition, counsel for the parties in this action have conferred and stipulate that generic expert disclosures made and generic expert reports exchanged in the MDL apply as if such disclosures were made and reports exchanged in this action.  The parties further stipulate that they need not re-exchange or file these same generic expert disclosures or reports.   For Plaintiffs, these generic experts include:

    A.  Jerrold L. Abraham, MD
    B.  Cheryl D. Blume, PhD
    C.  Derek Fine, MD
    D.  Joachim Ix, MD, MAS
    E.  Laura M. Plunkett, PhD, DABT
    F.  Richard Semelka, MD
    G.  Derrick J. Todd, MD, PhD
    H.  Kenneth N. Raymond, PhD
    I.  Suzanne Parisian, MD
    J.  Stephen P. Cramer

The GE Defendants have previously been provided Rule 26 expert disclosures and reports for these generic experts and they deposed each of these experts on their generic expert opinions.  In addition, the GE Defendants were provided an opportunity in the MDL Court to mount *Daubert* challenges to each of these experts and, in fact, filed challenges to most of these experts.  The MDL Court ruled on those *Daubert* motions by Order dated May 4, 2010. (*See* MDL Doc. #788).

Plaintiffs reiterate their right to use the testimony of these generic experts at the trial of this case, and incorporate by reference all prior expert disclosures made and reports exchanged during the MDL proceedings.

**2.**    **Retained Case-Specific Expert Witnesses**

In addition to their role as generic experts, Plaintiffs also disclose Derek Fine, MD and Derrick J. Todd, MD, PhD as case specific experts who Plaintiffs intend to call at the trial of this

case.    Information regarding Dr. Todd and his case-specific opinions are attached hereto as Exhibit A (CV of Derrick J. Todd, MD, PhD) and Exhibit B (Expert Report of Derrick J. Todd, MD, PhD).  Information regarding Dr. Fine and his case-specific opinions are attached hereto as Exhibit C (CV of Derek Fine, MD) and Exhibit D (Expert Report of Derek Fine, MD).

3.    __Percipient Witnesses__

Pursuant to this Court's Pretrial Scheduling Order, a percipient witness is any person who, because of their expertise, have rendered expert opinions in the normal course of their work duties or observations pertinent to the issues in the case.

Plaintiffs disclose Dr. Shawn E. Cowper, Yale Dermatopathology Service, PO Box 208059, 15 York Street, LMP 5031, New Haven, CT. 06520-8059, 203-785-3524, as an individual who is believed to have knowledge and opinions that he developed "in the normal course of [his] work duties or observations pertinent to the issues in the case."  Dr. Cowper is a dermatopathologist and Assistant Professor of Dermatology and Pathology at Yale University. Dr. Cowper has been involved with the establishment and operation of The NSF Registry (www.icnfdr.org), a research project focused on the study of Nephrogenic Systemic Fibrosis.  In connection with his role at The NSF Registry, Dr. Cowper has reviewed pathology slides obtained from tissues from Carson Hammersley's leg and gluteal masses.   Dr. Cowper's opinions and analyses of these slides are set forth on the Pathology Reports attached hereto as Exhibit E.   Plaintiffs have not retained Dr. Cowper as an expert in this case and they do not have control over Dr. Cowper.  The parties have been and will continue to confer about the deposition of Dr. Cowper.

Plaintiff Carson Hammersley has been treated by a number of physicians over the years for conditions and symptoms which Plaintiffs contend were caused by Defendants' product,

Omniscan.  Defendants have already deposed the following treating physicians who, during their depositions, testified about certain findings and opinions that may be classified as being "expert opinions" developed "in the normal course of their work duties or observations pertinent to the issues in the case":

    A.  Timothy Berger, MD
    B.  Chester Granka, DC
    C.  Timothy McCalmont, MD
    D.  Michael McDermott, MD
    E.  Lili Phung, MD
    F.  Paul Sajben, MD
    G.  Manuel Sanchez-Palacios, MD
    H.  Hachetan Singh Sandhu, MD
    I.  Tadd Selby, MD
    J.  Dennis Trenner, DPM

Information regarding these physicians, their treatment of Plaintiff Carson Hammersley and their opinions have been disclosed during the course of their depositions.  By listing these physicians as having been deposed by Defendants and potentially have expressed opinions regarding their observations and treatment of Carson Hammersley, Plaintiffs (a) are not identifying these physicians as their experts and (b) are not waiving any objections Plaintiffs may have to the admissibility of opinions expressed by these physicians or the qualifications of these physicians to express opinions regarding Nephrogenic Systemic Fibrosis or the cause of Mr. Hammersley's symptoms, injuries or conditions.  Plaintiffs are identifying these physicians as having expressed their observations or opinions about Mr. Hammersley out of an abundance of caution.

Respectfully submitted this 26th day of November, 2014.

By:    /s/ David Krugler
David Krugler
**Cash, Krugler & Fredericks, LLC**
5447 Rosswell Road
Atlanta, GA 30342
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing pleading with the Clerk of the Court using CM/ECF which will automatically send email notification of such filing to the following counsel of record, as follows:

Heidi Levine, Esq.
Christopher M. Strongoksy, Esq.
Leeanne Sara Mancari , Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
Heidi.levine@dlapiper.com
Christopher.strongosky@dlapiper.com

Todd Michael Noonan
DLA Piper LLP (US)
400 Capitol Mall
Suite 2400
Sacramento, CA 95814-4498
(916) 930-3206
(916) 930-3201 (fax)
todd.noonan@dlapiper.com

Dwight Tarwater, Esq.
John Elder, Esq.
Matthew J. Evans, Esq.
Paine, Tarwater and Bickers, LLP
2200 Riverview Tower
900 Gay Street
Knoxville, Tennessee 37902
Tel: (865) 525-0880
Fax: (865) 521-7441
det@painetar.com
jwe@painetar.com
mje@painetar.com

Dated: This 26th day of November, 2014.

By:    /s/ David Krugler
David Krugler
**Cash, Krugler & Fredericks, LLC**
5447 Rosswell Road
Atlanta, GA 30342
*Attorney for Plaintiffs*