# CURRICULUM VITAE

**Name: Derrick J. Todd, M.D., Ph.D.**

| Office Address: | Brigham and Women's Faulkner Hospital<br>Rheumatology Center<br>1153 Centre Street, Suite 48<br>Jamaica Plain, MA 02130 | Brigham and Women's Hospital<br>Arthritis Center<br>75 Francis Street<br>Boston, MA 02115 |
|---|---|---|
| **Work Phone:** | 617-983-7720 | 617-732-5325 |
| **Work Fax:** | 617-983-4811 | 617-732-5766 |

**Work E-Mail: dtodd1@partners.org**

**Home Address:**     160 Glezen Lane
                     Wayland, MA 01778

**Place of Birth: Painesville, OH**

## Abbreviations
ACR: American College of Rheumatology
BWH: Brigham and Women's Hospital
BWFH: Brigham and Women's Faulkner Hospital
HMS: Harvard Medical School
MGH: Massachusetts General Hospital
MSK U/S: Musculoskeletal Ultrasound
UMMS: University of Massachusetts Medical School

## Education

| Year(s) Start | Year(s) End | Degree (Honors) | Field of Study (Thesis advisor for doctoral research) | Institution |
|---|---|---|---|---|
| 08/1991 | 06/1995 | BS | Molecular Biophysics and Biochemistry (Dept. Honors) | Yale University |
| 08/1995 | 06/2003 | MD (Alpha Omega Alpha) | Medicine | UMMS |
| 08/1995 | 06/2003 | PhD | Biomedical Sciences, Immunology (Aldo A. Rossini, MD) | UMMS: Graduate School of Biomedical Sciences |

## Postdoctoral Training

| Year(s) Start | Year(s) End | Title | Specialty/Discipline (Lab PI for postdoctoral research) | Institution |
|---|---|---|---|---|
| 07/2003 | 06/2004 | Internship | Internal Medicine | MGH |
| 07/2004 | 06/2005 | Residency | Internal Medicine (ABIM Research Pathway) | MGH |
| 07/2005 | 06/2009 | Fellowship | Rheumatology (ABIM Research Pathway) | BWH |
| 07/2006 | 06/2009 | Post-Doctoral Research Fellow | Immunology and Infectious Disease (Laurie H. Glimcher, MD) | Harvard School of Public Health |

1

## Faculty Academic Appointments

| Year(s) Start | End | Academic Title | Department | Institution |
|---|---|---|---|---|
| 07/2009 | Pres. | Instructor | Rheumatology, Immunology, and Allergy | BWH |

## Appointments at Hospitals/Affiliated Institutions

| Year(s) Start | End | Position | Department/Division | Institution |
|---|---|---|---|---|
| 07/2003 | 06/2005 | Resident | Internal Medicine | MGH, Boston, MA |
| 07/2005 | 06/2009 | Fellow | Internal Medicine, Rheumatology | BWH, Boston, MA |
| 07/2006 | 06/2009 | Consultant | Internal Medicine | Lahey Clinic Medical Center Burlington, MA |
| 07/2009 | Pres. | Associate Physician | Internal Medicine, Rheumatology | BWH, Boston, MA |
| 07/2009 | Pres. | Associate Physician | Internal Medicine, Rheumatology | BWFH, Jamaica Plain, MA |
| 09/2010 | Pres. | Associate Physician | Internal Medicine Rheumatology | Charles River Medical Associates Framingham, MA |

## Other Professional Positions

| Year(s) | Position | Institution |
|---|---|---|
| N/A | | |

## Major Administrative Leadership Positions

| Year(s) | Position | Institution |
|---|---|---|
| 01/2013 – Pres. | Specialty Drug Utilization & Pricing Sub-Team | BWFH |

## Committee Service

| Year(s) | Name of Committee | Institution/Organization |
|---|---|---|
| 2011 | "Systemic Lupus Erythematosus - Clinical Aspects: General" Abstract Session Moderator | ACR, Annual Meeting |
| 2013 | Drug Administration Guideline: Pegloticase | BWFH |
| 2013 | Drug Administration Guideline: Golimumab | BWFH |
| 2013 – Pres. | Meaningful Use: End-of-visit steering commitee | BWH |

## Professional Societies

| Year(s) | Society Name |
|---|---|
| 2003 – Pres. | Alpha Omega Alpha, Member |
| 2005 – Pres. | New England Rheumatism Society, Member, Secretary/Treasurer (2011 – Pres.) |
| 2008 – Pres. | American College of Rheumatology, Member |
| 2010 – Pres. | Arthritis Foundation, Member |
| 2010 – Pres. | Med-Peds Transition Interest Group, Collaborative effort between Brigham and Women's Hospital and Children's Hospital Boston |

## Grant Review Activities

| Year(s) | Name of Committee | Institution/Organization |
|---|---|---|
| 2012 | Harvard Catalyst Advanced Imaging Pilot Research Grants Program | Harvard Catalyst Grants |
| 2012 – Pres. | Aims Review Committee: A pre-submission grant review committee | BWH, Peter Nigrovic, MD |

## Editorial Activities

| Year(s) | Role | Journal Name |
|---|---|---|
| 2006 – 2007 | Ad-hoc reviewer, 2 articles total | Am J Kidney Dis |
| 2007 | Ad-hoc reviewer, 1 article total | J Rheumatol |
| 2009 | Reviewer, Harvard Medical School CME Online: Genetics and Rheumatoid Arthritis | Harvard CME Online |
| 2011 | Abstract reviewer for the 2011 Annual Scientific Meeting: American College of Rheumatology | Arthritis Rheumatism, 2011 Supplement |
| 2011 | Ad hoc reviewer, 1 article total | Arthritis Rheum |
| 2011 | Ad hoc reviewer, 1 article total | Int J Adv Rheumatol |
| 2011 | Ad hoc reviewer, 1 article total | Clin Exp Rheumatol |
| 2011 | Topic reviewer, BWH Vasculitis Webpage | BWH Website |
| 2013 | Ad hoc reviewer, 1 article total | Clinical Therapeutics |
| 2010 – 2013 | Ad-hoc reviewer, 4 articles total | Int J Clin Pract |
| 2009 – Pres. | Ad-hoc reviewer, 4 articles total<br>Topic Reviewer: NSAIDs, Bursitis | UpToDate |
| 2011 – Pres. | Ad hoc reviewer, 5 articles total, 2 articles in 2013 | Arthritis Care Research |
| 2013 – Pres. | Specialty Editor, Musculoskeletal Disorders and Rheumatology | Clinical Access (online) |
| 2013 – Pres. | Associate Editor | Int J Rheum Dis |

## Honors and Prizes

| Year(s) | Name | Awarding Organization | Achievement for which awarded |
|---|---|---|---|
| 1998 | Medical Scholars Award | American Diabetes Award | Awarded for scholarly activity in the field of diabetes research |
| 2002 | Student Educator Award | UMMS, Class of 2002 | Awarded for service as a peer tutor |
| 2004 | State Champions, Medical Jeopardy | American College of Physicians | One of three team members for MGH |
| 2006 | Clinical Teaching Award Nomination | HMS | |
| 2006 | Clinical Teaching Award | BWH Internal Medicine Residency | Awarded to one fellow per year per specialty |
| 2007 | Best Team Abstract | MGH, Clinical Research Day | "Nephrogenic Fibrosing Dermopathy in Patients Receiving Hemodialysis is Associated with Gadolinium Exposure and Results in Increased Early Mortality" |
| 2008 | Fellowship Training Award | ACR, Research Education Foundation | Awarded for scholarly activity in the field of rheumatology research |
| 2008 | Distinguished Fellow Award | ACR | Awarded for meritorious performance throughout fellowship training |

| 2010 | Blue Ribbon Poster | ACR | Awarded for notable abstract at 2010 National Meeting |

# Report of Funded and Unfunded Projects

## Funding Information

| Year(s) | Role on Project | Funding Source<br>Grant Type and Number | If PI, total direct costs |
|---|---|---|---|
| 1997 – 2001 | Mentored Trainee of Aldo Rossini, MD | American Diabetes Association | |
| | Title: "Role of the Intestinal Immune System in the Pathogenesis of Autoimmune Diabetes in the BB Rat Model of Type 1 Diabetes Mellitus"<br>As a graduate student, I led this study, which determined that diabetes-prone BB rats had deficiencies in the intraepithelial lymphocyte compartment prior to the development of autoimmune diabetes. Project was instrumental in funding a Research Grant from the Juvenile Diabetes Research Foundation, "Dysregulation of Immune Responses in the Gut Leads to Autoimmune Diabetes in BB Rats." (Principle investigator, Rita Bortell, Ph.D., Diabetes Division, UMass Medical School. Three-year grant for $435,000) | | |
| 2006 – 2009 | Mentored Trainee of Laurie Glimcher, MD | ACR<br>Research and Education Foundation | |
| | Title: "A Defective Unfolded Protein Response in B Cells Impairs Antibody-Mediated Immunity and Autoimmunity"<br>As a post-doctoral research fellow, I led this study. It investigated the unfolded protein response (UPR) in terminal B cell differentiation into plasma cells. We used a conditional knockout mouse that lacked the transcription factor XBP1 in B cells to show that these mice were deficient in production of antibodies and autoantibodies in a murine model of systemic lupus erythematosus. | | |

## Current Unfunded Projects

| Year(s) | Role on Project | Title of Project |
|---|---|---|
| 2003 – 2010 | Mentored Trainee of Jonathan Kay, MD | Nephrogenic systemic fibrosis in patients receiving hemodialysis: association with gadolinium and increased early mortality |
| 2008 – 2011 | Mentored Trainee of David Lee, M.D., PhD | Influence of rheumatoid factor upon laboratory analysis of serum in patients with rheumatoid arthritis |
| 2009 – 2010 | Clinical Subinvestigator<br>PI: Elena Massarotti, MD | Clinical Trial: An open-label, randomized study to evaluate the safety, tolerability and efficacy of tocilizumab in patients with active rheumatoid arthritis |
| 2010 – 2011 | Clinical Subinvestigator<br>PI: Elena Massarotti, MD | Clinical Trial: Efficacy and Safety of Subcutaneous Abatacept versus Subcutaneous Adalimumab in Rheumatoid Arthritis |
| 2011 – 2012 | Participant | ACR MSK U/S "Train-the-Trainer" Pre-certification Program |
| 2009 – 2013 | Clinical Subinvestigator<br>Site Supervisor, BWFH<br>PI: K. Costenbader, MD,MPH | Risk factors for Lymphoma in Systemic Lupus Erythematosus |
| 2010 – 2013 | Clinical Subinvestigator<br>Site Supervisor, BWFH<br>PI: Daniel Solomon, MD,MPH | Clinical Trial: Hydroxychloroquine to Improve Insulin Sensitivity in Rheumatoid Arthritis |
| 2009 – Pres. | Principal Organizer | Rheumatology "Lunch Bunch": Monthly gathering of fellows and junior faculty for informal mentoring and sharing of ideas |
| 2010 – Pres. | Clinical Subinvestigator<br>Site Supervisor, BWFH<br>PI: Nancy Shadick, MD | Brigham Rheumatoid Arthritis Sequential Study (BRASS) |

| 2010 – Pres. | Clinical Subinvestigator<br>Site Supervisor, BWFH<br>PI: Nancy Shadick, MD | Patient Centered Outcomes (PACO) |
|---|---|---|
| 2010 – Pres. | Clinical Subinvestigator<br>Site Supervisor, BWFH<br>PI: Peter Nigrovic, MD | Arthritis, Joint, Physiology and Joint Diseases Repository |
| 2010 – Pres. | Clinical Subinvestigator<br>Site Supervisor, BWFH<br>PI: K. Costenbader, MD,MPH | Access through Education: Living Healthy With Lupus |
| 2011 – Pres. | Clinical Subinvestigator<br>Site Supervisor, BWFH<br>PI: Daniel Solomon, MD,MPH | Clinical Trial: Teriparatide for Joint Erosions in Rheumatoid Arthritis |
| 2011 – Pres. | Clinical Subinvestigator<br>Site Supervisor, BWFH<br>PI: Mike Weinblatt, MD | Investing inflammatory and immune regulatory pathways in rheumatoid arthritis |
| 2013 – Pres. | Clinical Co-investigator<br>PI: Philip Blazar, MD | Ultrasound of Tenosynovitis in Inflammatory Arthritis |
| 2013 – Pres. | Clinical Subinvestigator<br>Site Supervisor, BWFH<br>PI: Elena Massarotti, MD | Communication of Biomarker, Genetic, Lifestyle Risk Factor Profiles for Rheumatoid Arthritis to First Degree Relatives |
| 2014 – Pres. | Clinical Subinvestigator<br>Site Supervisor, BWFH<br>PI: Elizabeth Karlson, MD | A Randomized, Double-Blind, Double-Dummy Study Assessing the Safety and Tolerability of Sarilumab and Tocilizumab in Patients with Rheumatoid Arthritis who are Inadequate Responders to or Intolerant of TNF Antagonists |

# Local Teaching and Training

### Formal Teaching of Students

| *Year(s)* | *Course Title*<br>*Audience* | *Role* | *Institution*<br>*Level of Effort* |
|---|---|---|---|
| 1997 – 2003 | Review courses in biomedical sciences | | UMMS |
| | Medical students, year 1 and 2 | Peer tutor | Average of one weekly session |
| 11/2008 | Human Systems, Rheumatology | | HMS |
| | Medical students, year 2 | Instructor | Three 90 minute sessions |
| 10/2009 | Pathophysiology II Course, Lecture: Septic Arthritis | | HMS |
| | Medical students, year 2 | Instructor | One 60 minute session |
| 2009 – 2010 | Introduction to Clinical Sciences (Rheumatology), Joint Exam | | HMS |
| | HST Medical students | Instructor | One 90 minute session per year |

### Formal Teaching of Residents, Clinical Fellows and Research Fellows

| *Year(s)* | *Course Title*<br>*Audience* | *Role* | *Institution*<br>*Level of Effort* |
|---|---|---|---|
| 2010 – 2012 | Teaching Attending | | BWFH |
| | Internal Medicine Residents | Instructor | One month per year<br>2-3 one hour sessions per week |
| 2007 – Pres. | Rheumatology Lecture Series: Topics in Rheumatology | | BWH and BWFH |
| | Internal Medicine Residents | Instructor | One-hour lectures<br>2007-2012: 18 Sessions total<br>2013: 5 Sessions<br>2014: 1 Session |

5

| 2009 – Pres. | Morning Report Activities | | BWH and BWFH |
|---|---|---|---|
| | Internal Medicine Residents | Instructor | One hour sessions<br>2009-2012: 17 Sessions total<br>2013: 5 Sessions<br>2014: 1 Session |
| 2009 – Pres. | Rheumatology Lecture Series: Ultrasound, Gout | | BWH |
| | Rheumatology Fellows | Instructor | One-hour lectures<br>2009-2012: 5 Sessions total<br>2013: 3 Sessions<br>2014: 1 Session |

## Clinical Supervisory and Training Responsibilities

| *Year(s)* | *Responsibility* | *Level of Effort* |
|---|---|---|
| 2003 – 2005 | MGH Internal Medicine Resident: Training of rotating medical students | Variable depending on clinical service |
| 2005 – 2009 | BWH Rheumatology Fellow: Training of rotating medical students and residents | Variable depending on clinical service |
| 2008 – 2009 | Attending, Lahey Clinic Medical Center: Training medical students and residents | Periodic ward attending service |
| 2009 – Pres. | Faculty Supervisor: medical students, rheumatology rotation | 2009-2012: 9 Sessions total<br>2013: 2 Sessions |
| 2009 – Pres. | Faculty Supervisor: residents, rheumatology rotation | 2009-2012: 39 Sessions total<br>2013: 6 Sessions |
| 2009 – Pres. | Faculty Preceptor: Rheumatology fellows in continuity clinic | 2009-2011: 62 Sessions total (46 primary, 16 backup)<br>2013: 38 Sessions (32 primary, 6 secondary)<br>2014: 6 Sessions (5 primary, 1 secondary) |
| 2010 – Pres. | Faculty Preceptor: Longitudinal rheumatology rotation (select residents) | 2010-2011: 47 Sessions total<br>2013: 18 Sessions<br>2014: 2 Sessions |
| 2010 – Pres. | Attending, BWH General Med. Service or Intensive Teaching Unit (ITU) | One week full time commitment per year |
| 2010 – Pres. | Faculty Preceptor: Rheumatology fellows on inpatient rheumatology service | 2010-2011: 10 weeks total<br>2013: 2 weeks |
| 2010 – Pres. | Faculty Supervisor, MSK U/S Clinic: Training fellows in MSK U/S | 2010-2011: 22 Sessions<br>2013: 14 Sessions<br>2014: 2 Sessions |
| 2013 – Pres. | Coordinator for MSK radiology conference, a collaborative effort between Rheumatology and Radiology | One hour conference, once per month |

## Laboratory and Other Research Supervisory and Training Responsibilities

| *Year(s)* | *Responsibility* | *Level of Effort* |
|---|---|---|
| 2012 – Pres. | Jeffrey Sparks, MD<br>Mentored participation in ACR MSK U/S course | BWH Rheumatology Fellow |
| 2013 – Pres. | Medha Barbhaiya, MD<br>Mentored participation in ACR MSK U/S course | BWH Rheumatology Fellow |

## Formally Supervised Trainees

| *Year(s)* | *Name and Degrees* | *Current Position* |
|---|---|---|
| 2009 | Michael Dougan, MD, PhD<br>Harvard Medical School MD, PhD, candidate | |

| 2010 | Rochelle Witt, MD, PhD<br>Harvard Medical School MD, PhD, candidate | |
|---|---|---|
| 2011 | Yves Chretien, MD, PhD<br>Harvard Medical School MD, PhD, candidate | |
| 2010 – 2011 | Rose Kakoza, MD<br>BWH resident, Longitudinal Rheumatology Rotation<br>9 Clinic Sessions | Internist, BWH<br>Former BWH Chief Resident<br>Former BWH Internal Medicine Resident |
| 2010 – 2012 | Matthew Altman, MD, PhD<br>BWH resident, Longitudinal Rheumatology Rotation<br>19 Clinic Sessions | Allergy Fellow, Univ. Washington<br>Former BWH Chief Resident<br>Former BWH Internal Medicine Resident |
| 2011 – 2013 | Ravi Kavasery, MD<br>BWH resident, Longitudinal Rheumatology Rotation<br>21 Clinic Sessions | Internist, Lahey Clinic Medical Center |
| 2012 – Pres. | Lindsey MacFarlane, MD<br>BWH resident, Longitudinal Rheumatology Rotation<br>2012: 2 Clinic Sessions<br>2013: 14 Clinic Sessions<br>2014: 2 Clinic Sessions | BWH Internal Medicine Resident<br>Future BWH Rheumatology Fellow |

**Formal Teaching of Peers (e.g., CME and other continuing education courses)**

| *Year(s)*<br>*Location* | *Title or Topic*<br>*Course Name* | *Number of Talks in Single Course*<br>*Sponsor* |
|---|---|---|
| 03/2008<br>Boston, MA | Joint Aspiration and Injection Techniques<br>Office Practice of Primary Care Medicine | Assistant for two 90 minute sessions<br>HMS |
| 03/2009<br>Boston, MA | Joint Aspiration and Injection Techniques<br>Office Practice of Primary Care Medicine | Assistant for two 90 minute sessions<br>HMS |
| 03/2010<br>Boston, MA | Joint Aspiration and Injection Techniques<br>Office Practice of Primary Care Medicine | Assistant for two 90 minute sessions<br>HMS |
| 03/2011<br>Boston, MA | Joint Aspiration and Injection Techniques<br>Office Practice of Primary Care Medicine | Instructor for two 90 minute sessions<br>HMS |
| 03/2011<br>Boston, MA | Systemic Rheumatic Syndromes<br>Rheumatology Board Review Course | Instructor for 60 one minute session<br>HMS |
| 03/2012<br>Boston, MA | Joint Aspiration and Injection Techniques<br>Office Practice of Primary Care Medicine | Instructor for two 90 minute sessions<br>HMS |
| 05/2012<br>Boston, MA | Examination and Injection of the Shoulder and Knee<br>Brigham Update in Medicine Course | Instructor for 60 one minute session<br>HMS |
| 03/2013<br>Boston, MA | Examination of the Shoulder and Knee<br>Bedside Physical Examination rounds | Instructor for 60 one minute session<br>HMS |
| 05/2013<br>Boston, MA | Rheumatology Update 2013<br>Intensive Review of Internal Medicine | Instructor for 60 one minute session<br>HMS |
| 09/2013<br>Boston, MA | Rheumatology for Hospitalists<br>Update in Hospitalist Medicine | Instructor for 60 one minute session<br>HMS |

**Local Invited Presentations**

| *Year(s)* | *Title*<br>*Audience* | *Type of Presentation*<br>*Sponsor* |
|---|---|---|
| 05/2005 | Nephrogenic Fibrosing Dermopathy in Hemodialysis<br>A "Clinical Research Day" for residents and faculty | Invited presentation of poster<br>MGH, Internal Medicine Residency |
| 10/2006 | Nephrogenic Systemic Fibrosis<br>Division of Rheumatology | Rheumatology Division, Grand Rounds<br>BWH |

| | | |
|---|---|---|
| 04/2007 | Nephrogenic Systemic Fibrosis | Nephrology Division, Grand Rounds |
| | Division of Nephrology | BWH |
| 01/2008 | Nephrogenic Systemic Fibrosis | Nephrology Division, Grand Rounds |
| | Division of Nephrology | Beth Israel-Deaconess Medical Center |
| 05/2008 | Update: Rheumatoid Arthritis in the 21st Century | Department of Medicine, Grand Rounds |
| | Department of Internal Medicine | Lahey Clinic Medical Center |
| 12/2008 | Oral Manifestations of Rheumatic Disease | Oral Medicine Division, Grand Rounds |
| | Department of Oral Medicine | BWH |
| 02/2009 | Nephrogenic Systemic Fibrosis | Rheumatology Division, Research Seminar |
| | Section of Clinical Sciences | BWH |
| 06/2009 | The Unfolded Protein Response in Autoimmunity | Rheumatology Division, Grand Rounds |
| | Division of Rheumatology | BWH |
| 07/2009 | Update: Rheumatoid Arthritis in the 21st Century | Department of Medicine, Grand Rounds |
| | Department of Internal Medicine | BWFH |
| 06/2010 | Common Rheumatic Illnesses | Primary Care Division, Lunch Rounds |
| | Brigham Primary Physicians at Faulkner Hospital | BWFH |
| 06/2010 | Biologic Therapy for Rheumatoid Arthritis | Neurology Division, Grand Rounds |
| | Multiple Sclerosis Center | BWH |
| 04/2011 | Musculoskeletal Ultrasound in Clinical Practice | Musculoskeletal Medicine, Grand Rounds |
| | Musculoskeletal Medicine Residents | Spaulding Hospital |
| 09/2011 | Atypical Giant Cell Arteritis | Department of Medicine, Grand Rounds |
| | Department of Medicine | BWH |
| 11/2011 | Clinical Case Presentations | Transition Interest Group, Monthly Rounds |
| | Med-Peds Transition Interest Group | BWH, Children's Hospital Boston |
| 05/2012 | Examination and Injection of the Shoulder and Knee | Healthcare for Homeless, Monthly Rounds |
| | Healthcare for the Homeless | Boston Medical Center |
| 06/2012 | Gout and Hyperuricemia in Pediatric Patients | Nephrology Division, Grand Rounds |
| | Nephrology Division | Children's Hospital Boston |
| 07/2012 | Rheumatology Update 2012 | Department of Medicine, Grand Rounds |
| | Department of Internal Medicine | BWFH |
| 01/2013 | Joint Pains: When to Suspect Inflammatory Cause | Department of Medicine, Grand Rounds |
| | Department of Medicine | BWH |
| 01/2014 | Systemic Lupus Erythematosus | Clinical Pathologic Conference |
| | Department of Medicine | BWH |

# Regional, National and International Invited Teaching and Presentations

**Regional Events**

| *Year(s)* | *Title* / *Audience* | *Type of Presentation* / *Sponsor* |
|---|---|---|
| 10/1998 | γδ T Cells in IEL Compartment of BB Rats | Invited presentation of poster |
| | "Autoimmunity of Diabetes" for research scientists | UMMS Diabetes Workshop at Woods Hole |
| 10/1999 | γδ T Cells Regulation of Autoimmunity in BB Rats | Invited presentation of poster |
| | "Autoimmunity of Diabetes" for research scientists | UMMS Diabetes Workshop at Woods Hole |
| 01/2008 | Nephrogenic Systemic Fibrosis | Nephrology Division, Grand Rounds |
| | Division of Nephrology | UMMS |
| 09/2009 | Update: Rheumatoid Arthritis in the 21st Century | Department of Medicine, Grand Rounds |
| | Department of Internal Medicine | South Shore Hospital |

| | | |
|---|---|---|
| 11/2011 | Approach to the Patient with Rheumatic Complaints | Department of Medicine, Grand Rounds |
| | Department of Medicine | MetroWest Medical Center |
| 03/2012 | Career Advice Panel for MD/PhD Candidates | UMMS MD/PhD Annual Retreat |
| | MD/PhD Candidates | UMMS |
| 12/2012 | Approach to Systemic Inflammatory Syndromes | Department of Medicine, Grand Rounds |
| | Department of Medicine | Kent Hospital |
| 09/2013 | Topics in Undifferentiated Spondyloarthropathies | Ambulatory Care Rounds |
| | BWH Division of Rheumatology | BWH Division of Rheumatology |

**National Events**

| *Year(s)* | *Title* <br> *Audience* | *Type of Presentation* <br> *Sponsor* |
|---|---|---|
| 2012 – Pres. | Laboratory Testing and Diagnostic Imaging in the Diagnosis of Rheumatoid Arthritis | Invited lectures <br> 6 lectures total |
| | Genentech Scientific Educational Conference | BWH |
| 2013 – Pres. | Treatment Decisions in Complex Cases of Rheumatoid Arthritis – Expert Advice | Invited lectures <br> 3 lectures total |
| | Genentech Scientific Educational Conference | BWH |
| 2013 – Pres. | Laboratory Testing and Diagnostic Imaging in the Diagnosis of Rheumatoid Arthritis | Invited lectures <br> 1 lecture total |
| | Bristol Meyers Squibb Educational Conference | BWH |
| 2013 – Pres. | Treatment Decisions in Complex Cases of Rheumatoid Arthritis – Expert Advice | Invited lectures <br> 1 lecture total |
| | Bristol Meyers Squibb Educational Conference | BWH |
| 2013 – Pres. | Juvenile Idiopathic Arthritis | Invited lectures <br> 1 lecture total |
| | Bristol Meyers Squibb Educational Conference | BWH |

**International Events**

| *Year(s)* | *Title* <br> *Audience* | *Type of Presentation* <br> *Sponsor* |
|---|---|---|
| 1998 | ART2 Expression on $\gamma\delta$ T Cells in the Intraepithelial Lymphocyte Compartment of the BB Rat | Invited presentation of poster |
| | Meeting titled "CD38 and related molecules" for basic scientists | Federation of American Societies for Experimental Biology (FASEB) |
| 04/2008 | Challenges in Identifying Cases of NSF | Invited Lecture |
| | Meeting titled "Nephrogenic Systemic Fibrosis: Individual Susceptibility to Gadiolinium Based Contrast Agents" for basic and clinical scientists | "Creative Concepts" Symposium |
| 06/2008 | Nephrogenic Systemic Fibrosis: Case Definition | Invited Lecture |
| | Meeting titled "From Clinical Evidence to Best Practices in Contrast-Enhanced MRI" for radiologists and other clinicians | Bracco Diagnostics, Inc. |
| 02/2010 | Case Presentations | Invited Lecture |
| | Brigham-Harvard International Rheumatology Symposium" for international rheumatologists | HMS |
| 09/2010 | Imaging in the Management of Rheumatoid Arthritis | Invited Lecture |
| | Meeting titled "Biogen-Idec Advanced Training Rheumatology Fellowship" | BWH |
| 05/2011 | Clinical Case Presentations | Invited Lecture |
| | Asia Rheumatology Leadership Exchange Program | BWH |

| 02/2014 | Imaging of Spondyloarthropathies | Invited Lecture |
|---|---|---|
|  | Boston Spondyloarthropathy Symposium | BWH |

# Report of Clinical Activities and Innovations

## Current Licensure and Certifications

| Year(s) | Type of License or Certification |
|---|---|
| 2012 – 2014 | License to practice medicine. Conferred by Massachusetts Board of Registration in Medicine, 560 Harrison Ave, G-4, Boston, MA 02118. |
| 2006 – 2016 | Board Certified, Internal Medicine. Conferred by American Board of Internal Medicine. |
| 2008 – 2018 | Board Certified, Rheumatology. Conferred by American Board of Internal Medicine. |
| 2013 – 2023 | Certified in Musculoskeletal Ultrasound, conferred by American College of Rheumatology |

## Current Practice Activities

| Activity | Practice Setting | Practice Name and Location | Level of Activity |
|---|---|---|---|
| Ambulatory Care | Outpatient Clinic Kenneth Pariser, MD (supervisor) | BWFH Rheumatology Center 1153 Center Street, Suite 48 Jamaica Plain, MA 02130 | Five half-day sessions per week, including one session per week in orthopedic hand clinic |
| Ambulatory Care | Outpatient Clinic Jonathan Coblyn, MD (supervisor) | BWH Arthritis Center 75 Francis St. Boston, MA 02115 | Two half-day sessions per week |
| Ambulatory Care | Outpatient Clinic | MSK U/S, BWH Arthritis Center 75 Francis St. Boston, MA 02115 | Incorporated into two half-day sessions per week, plus two dedicated session per month |
| Ambulatory Care | Outpatient Clinic | CAPRI – Center for Adults with Pediatric Rheumatic Illness BWH and BWFH | Incorporated into seven half-day sessions per week, plus one dedicated session per month |
| Ambulatory Care | Outpatient Clinic | Charles River Medical Associates 571 Union Avenue Framingham, MA 01702 | One half-day session per week |
| Inpatient Consultation | Hospital | BWFH | On 24-hour call for approximately one week out of every three. |
| Inpatient Consultation | Hospital | BWH | Rheumatology Consult Attending Approximately 2 weeks per year. |
| Inpatient Attending | Hospital | BWH | General Internal Medicine Ward Attending, 1 week per year |

## Clinical Innovations

| Year(s) | Description |
|---|---|
| 2008 – Pres. | Director and coordinator for the MSK U/S Clinic at BWH Arthritis Center. Roles include patient care, education, and clinical research. Rheumatology fellows are trained in the diagnostic and interventional uses of MSK U/S in the rheumatic diseases. 08/2008: University of Rochester Basic MSKUS Training Conference 02/2012: University of Florida Intermediate MSKUS Training Conference 08/2013: Certified Musculoskeletal Ultrasonography, conferred by ACR 2011 – 2012: American College of Rheumatology MSKUS "Train-the-Trainer" Course 2012 – 2014: Faculty mentor Jeffrey Sparks, MD, fellow participant in ACR MSK U/S course. 2013 – 2014: Faculty mentor Medha Barbhaiya, MD, fellow participant in ACR MSK U/S course. |

# Report of Technological and Other Scientific Innovations

Novel methodology for the isolation of intraepithelial lymphocytes (IELs) from the intestine of rats. Published in: **Todd D**, Singh AJ, Greiner DL, Mordes JP, Rossini AA, Bortell R. *The Journal of Immunological Methods*. "A New Isolation Method for Rat Intraepithelial Lymphocytes." Apr 1999, 224: 111-127.

    As a member of the Rossini Laboratory, I pioneered a new methodology for the isolation of IELs from the intestine of rats. This method yielded far greater numbers of more pure IELs than previously published and allowed us to identify and characterize a novel population of intraepithelial natural killer (NK) cells, which spontaneously secrete interleukin-4 and interferon-$\gamma$. This methodology was adapted by our laboratory and several others worldwide.

# Report of Education of Patients and Service to the Community

### Activities

| Year(s) | Role | Organization or Institution |
|---|---|---|
| 2008 – 2009 | Performed joint counts for the Brigham Rheumatoid Arthritis Sequential Study (BRASS). PI: Nancy Shadick, MD | BWH |
| 11/2010 | Volunteer lecture titled "Arthritis – Get Moving Again" | Retired Fed. Workers Local 1491 |
| 2010 – 2011 | Volunteer mentor for undergraduate pre-med students | Harvard College |
| 2010 – Pres. | Volunteer Medical Chair, Annual Arthritis Foundation Annual Walk to Benefit Arthritis Research, Boston MA | Arthritis Foundation |
| 2013 – Pres. | Member, Growth and Development Committee | Memorial Congregational Church |

### Educational Material for Patients and the Lay Community

| Year(s) | Title | Type of Contribution | Citation |
|---|---|---|---|
| N/A | | | |

### Recognition

| Year(s) | Award Name | Organization or Institution |
|---|---|---|
| N/A | | |

# Report of Scholarship

## Peer Reviewed Publications in print or other media

*Research investigations*

| | |
|---|---|
| 1. | **Todd D**, Singh AJ, Greiner DL, Mordes JP, Rossini AA, Bortell R. "A New Isolation Method for Rat Intraepithelial Lymphocytes." *J Immunol Methods*. Apr 1999, 224: 111-127. |
| 2. | Bortell R, Waite DJ, Whalen BJ, **Todd DJ**, Leif JH, Lesma E, Moss J, Mordes JP, Rossini AA, Greiner DL. "Levels of Art2+ Cells but not Soluble Art2 Protein Correlate with Expression of Autoimmune Diabetes in the BB Rat." *Autoimmunity*. May 2001, 33: 199-211. |
| 3. | **Todd DJ**, Greiner DL, Rossini AA, Mordes JP, Bortell R. "An Atypical Population of Natural Killer Cells that Spontaneously Secrete IFN-gamma and IL-4 is Present in the Intraepithelial Lymphocyte Compartment of the Rat." *J Immunol*. Oct 2001, 167: 3600-3609. |
| 4. | **Todd DJ**, Forsberg E, Greiner DL, Mordes JP, Rossini AA, Bortell R. "Deficiencies in Gut NK Cell Number and Function Precede Diabetes Onset in BB Rats." *J Immunol*. May 2004, 172: 5356-5362. |
| 5. | **Todd DJ**, Kagan A, Chibnik LB, Kay J. "Cutaneous Changes of Nephrogenic Systemic Fibrosis Predict Early Mortality and Are Associated with Gadolinium Exposure." *Arthritis Rheum*. Oct 2007, 56 (10): 3433-3441. |
| 6. | Lisbona F, Rojas-Rivera D, Thielen P, Zamorano S, **Todd D**, Martinon F, Glavick A, Kress C, Lin JH, Walter P, Reed JC, Glimcher LH, Hetz C. "BAX inhibitor-1 is a negative regulator of the ER stress sensor IRE1$\alpha$." *Mol Cell*. Mar 2009, 33: 679-671. |
| 7. | **Todd DJ**, McHeyzer-Williams LJ, Kowal C, Lee AH, Volpe BT, Diamond B, McHeyzer-Williams MG, Glimcher LH. "XBP1 Governs Late Events in Plasma Cell Differentiation and is not Required for Antigen-Specific Memory B Cell Development." *J Exp Med*. Sept 2009, 206 (10): 2151-2159. |
| 8. | **Todd DJ**, Knowlton N, Amato M, Frank MB, Schur PH, Izmailova ES, Roubenoff R, Shadick NA, Weinblatt ME, Centola M, Lee DM. "Erroneous Augmentation of Multiplex Assay Measurements in Patients with Rheumatoid Arthritis due to Heterophilic Binding by Serum Rheumatoid Factor." *Arthritis Rheum*. Apr 2011; 63 (4): 894-903. |
| 9. | Feldman CH, Bermas BL, Zibit M, Fraser P, **Todd DJ**, Fortin PR, Massarotti E, Costenbader KH. "Designing an intervention for women with systemic lupus erythematosus from medically underserved areas to improve care: a qualitative study." Lupus. Jan 2013; 22 (1): 52-62. |
| 10. | Solomon DH, Garg R, Lu B, **Todd DJ**, Mercer E, Norton T, Massarotti E. "The effect of hydroxychloroquine on insulin sensitivity and lipid parameters in non-diabetic patients with rheumatoid arthritis: A randomized blinded cross-over trial." *Arthritis Care Res*. 2014 (epub ahead of print). |

*Other peer-reviewed publications*

| | |
|---|---|
| 1. | **Todd DJ**, Helfgott SM. "Serum Sickness Following Treatment with Rituximab." *J Rheumatol.* Jan 2007, 34: 430-433. Case Report. |
| 2. | **Todd DJ**, Costenbader KH, Weinblatt ME. "Abatacept in the Treatment of Rheumatoid Arthritis." *Int J Clin Pract.* Mar 2007, 61: 494-500. Review. |
| 3. | Pahk PJ, **Todd DJ**, Landmann DS, Craven DE, Tronic BS, Zabar Y, Blaha GR, Soukiasian SH, Marx JL. "Intravascular Lymphoma Masquerading as Vogt-Koyanagi-Harada Syndrome." *Ocul Immunol Inflamm.* May-June 2008, 16 (3): 123-126. Case Report. |
| 4. | **Todd DJ**, Kay J. "Nephrogenic Systemic Fibrosis: An Epidemic of Gadolinium Toxicity." *Curr Rheum Rep*. June 2008, 10 (3): 195-204. Review. |
| 5. | **Todd DJ**, Lee AH, Glimcher LH. "The Endoplasmic Reticulum Stress Response in Immunity and Autoimmunity." *Nat Rev Immunol*. Sept 2008, 8 (9): 663-674. Review. |
| 6. | **Todd DJ**. "Serum Uric Acid Level Reduction, Cardiovascular Outcome, and Mortality: Comment on the Article by Ioachimescu et al." *Arthritis Rheum.* Aug 2008, 58 (8): 2585-2586. |
| 7. | **Todd DJ**, Costenbader KH. "Dyspnea in a young woman with active systemic lupus erythematosus." *Lupus.* Aug 2009, 19 (9): 777-784. |
| 8. | Ramirez MP, **Todd DJ**. "Pulmonary Manifestations of Systemic Lupus Erythematosus." *US Respiratory Disease*, Summer 2011; 7 (1): 43-8. Review. |

9. Goldstein BL, Gedmintas L, **Todd DJ**. "Drug-associated polymyalgia rheumatica/giant cell arteritis occurring in two patients after treatment with ipilimumab, an antagonist of CTLA-4." *Arthritis Rheum*. 2014 (epub ahead of print).
10. MacFarlane LA, **Todd DJ**. "Kinase inhibitors: The next generation of therapies in the treatment of rheumatoid arthritis." *Int J Rheum Dis*. 2014 (epub ahead of print).

*Research publications without named authorship*

1. N/A

**Non-peer reviewed scientific or medical publications/materials in print or other media**

*Proceedings of meetings or other non-peer reviewed research publications*

1. **Todd DJ**. "Rheumatology Biorhythms: More than Just Mojo." *Rheumatology Reports.* Fall 2008. Proceedings from EULAR 2008.
2. **Todd DJ**. "Best of Research in Rheumatology: Commentaries from Brigham and Women's Hospital." Rheumatology Practice News, November 2013.

*Non-peer reviewed reviews, chapters, monographs and editorials*

1. **Todd D**, Helfgott SM. "Vasculitis." In: Badey PP, Buttaro TM, Oas KH, and Trybulski J, eds. *Primary Care: A Collaborative Practice.* St Louis, Mosby-Year Book, Inc., Third Edition, 2006. Chapter 237.
2. **Todd DJ**. "Nephrogenic Systemic Fibrosis: What Nephrologists Need to Know." *Nephrology Rounds.* June/July 2007, 5, (6): 1-6. Monograph.
3. **Todd DJ**, Weinblatt ME. "Commentary on Oral Versus Parenteral Administration of Methotrexate for the Treatment of Active Rheumatoid Arthritis." *Nat Clin Pract Rheumatol.* June 2008, 4 (7): 342-343. Review.
4. **Todd DJ**, Weinblatt ME. "Rheumatoid and Inflammatory Arthritis." In: Coblyn J, Weinblatt ME, et al., eds. *Brigham and Women's Experts' Approach to Rheumatology*. Burlington MA, Jones & Bartlett Learning, First Edition, 2010. Chapter 7.
5. **Todd D**, Helfgott SM. "Vasculitis." In: Badey PP, Buttaro TM, Oas KH, and Trybulski J, eds. Primary Care: A Collaborative Practice. St Louis, Mosby-Year Book, Inc., Fourth Edition, 2010. Chapter 223.
6. **Todd D**, Dellaripa P. "Rheumatologic Emergencies." In: McKean SC, Ross JJ, et al., eds. Principles and Practice of Hospital Medicine. New York: McGraw-Hill, First Edition, 2011. Chapter 254.
7. **Todd DJ**, Coblyn JS. "Rheumatology: Rheumatoid Arthritis." In: Singh AK, Loscalzo J, eds. The Brigham Intensive Review of Internal Medicine. New York: Oxford University Press, First Edition, 2012. Chapter 23.
8. **Todd DJ**, Coblyn JS. "Rheumatology: Summary." In: Singh AK, Loscalzo J, eds. The Brigham Intensive Review of Internal Medicine. New York: Oxford University Press, First Edition, 2012. Chapter 30.
9. **Todd DJ**, Coblyn JS. "Rheumatology: Rheumatoid Arthritis." In: Singh AK, Loscalzo J, eds. The Brigham Intensive Review of Internal Medicine. New York: Oxford University Press, Second Edition, 2014. Chapter 23.
10. **Todd DJ**, Coblyn JS. "Rheumatology: Summary." In: Singh AK, Loscalzo J, eds. The Brigham Intensive Review of Internal Medicine. New York: Oxford University Press, Second Edition, 2014. Chapter 30.
11. **Todd DJ**. "Rheumatology: Board Review Practice Questions." In: Singh AK, Loscalzo J, eds. The Brigham Intensive Review of Internal Medicine. New York: Oxford University Press, Second Edition, 2014.

*Books/Textbooks for the medical or scientific community*

1. N/A

*Non-peer reviewed case reports*

1. 

*Non-peer reviewed letters to the Editor*

1.

**Professional Educational Materials or Reports, in print or other media**

| | |
|---|---|
| 1. | **Todd DJ**. Question writing for the American College of Rheumatology CARE (Continuing Assessment, Review, and Evaluation) series, an online self-assessment tool designed to assess the rheumatology knowledge base of physicians. |

**Clinical Guidelines and Reports**

| | |
|---|---|
| 1. | N/A |

**Thesis**

| Year(s) | Title | Institution |
|---|---|---|
| 2001 | Doctoral Dissertation: "Role of the Intestinal Immune System in the Pathogenesis of Autoimmune Diabetes in the BB Rat Model of Type 1 Diabetes Mellitus" | University of Massachusetts Graduate School of Biomedical Sciences |

**Abstracts, Poster Presentations and Exhibits Presented at Professional Meetings:**

*Abstracts published and exhibits presented at meetings during the last 3 years which have not already been published as full length manuscripts.*

| | |
|---|---|
| 1. | |