November 24, 2014

Dear Mr. David Krugler,

I was asked to prepare a report detailing my opinion regarding the unfortunate case of Mr. Carson Hammersley. In order to do this, I reviewed Mr. Hammersley's extensive medical record as well as several depositions and other materials listed in Table 1, attached. I also performed an independent medical evaluation (IME) of Mr. Hammersley on June 15, 2013. My findings and conclusions from the IME are included as part of this report, and I have also attached my handwritten notes from the IME (Appendix 1). Based on these sources of information, I have written a report that chronicles Mr. Hammersley's battle with nephrogenic systemic fibrosis (NSF): the conditions surrounding his exposure to the causative agent Omniscan, the subsequent disease onset, its diagnosis, and its aftermath.

In writing this report, I have also relied upon my extensive expertise in NSF, which dates from 2003. Details of my education, training, and research experiences have been provided in my curriculum vitae. I have also provided as a general reference to this report my Expert Witness Report and Declaration (dated June 13, 2009), prepared for the gadolinium-based contrast agents (GBCA) litigation. This report provides, to a reasonable degree of medical certainty, my opinions regarding the causative role of Omniscan in the onset of Mr. Hammersley's NSF. In addition, Mr. Hammersley may have additional medical records or documents that I have not yet had a chance to review, and I reserve my right to modify the opinion in this report based on any additional information that might become available to me. I also reserve the right to re-examine Mr. Hammersley and file an addendum to this report, if I believe it necessary in order to characterize further any of his NSF-related disabilities.       Please note that I use [ ] brackets to

1

clarify misspellings/abbreviations in medical records and also to reference articles from the medical literature. I use { } brackets to reference Bates numbers directly from a page or document. In order to improve readability of this report, I have included a list of my abbreviations of these Bates numbers and other documents (Table 2).

# 1   Overview

Mr. Carson Hammersley is an unfortunate 39 year old gentleman who was diagnosed with idiopathic end-stage renal disease (ESRD) in January 2004. Renal replacement therapy (RRT) has consisted of hemodialysis (HD) since March 2004. He underwent a renal transplantation in December 2004, but this failed to function properly. Over the course of three years (2004-2006), Mr. Hammersley underwent six separate Omniscan-enhanced magnetic resonance imaging (MRI) studies, with the last one on December 5, 2006 (listed in Table 3). Mr. Hammersley had one additional GBCA-enhanced MRI on April 25, 2008, after the clinical onset of his NSF, but prior to his physicians knowing that he had NSF. ProHance, a macrocyclic GBCA, was used in the April 2008 study. All of these GBCA-enhanced MRI studies were performed when Mr. Hammersley had negligible renal function and was on HD.

As early as August 2005, Mr. Hammersley started to report symptoms consistent with Omniscan-induced NSF. In the August 2005 to April 2008 timeframe, Mr. Hammersley experienced progressively severe chronic pain and tightness in his extremities, with development of severe joint contractures and disabling physical limitations. These are hallmark clinical features of advancing severe NSF. In 2006, Mr. Hammersley started to develop firm lesions on his bilateral buttocks. Biopsy of these lesions in October 2006 (and multiple times subsequently) showed fibrous connective tissue. Although no specific pathologic diagnosis was provided at the

2

time of the initial biopsies of his buttock lesions, these lesions subsequently were confirmed to be histologically consistent with NSF, as determined by Drs. Charles Zaloudek and Timothy McCalmont at the University of California at San Franscisco (UCSF) {UCSF,250-251}{Depo-TM,42-45} and by Dr. Shawn Cowper of Yale University {YPR(BM)}.

Because of Omniscan-induced NSF, Mr. Hammersley experienced chronic pain, severe skin fibrosis, and tight joint contractures, which directly caused his health to deteriorate substantially. Currently, as a direct consequence of very severe Omniscan-induced NSF, Mr. Hammersley lives with chronic severe pain, ambulates minimally, and is highly dependent on others for basic activities of daily living (ADLs). Further, Omniscan-induced NSF limits treatment options available to Mr. Hammersley for many of his other medical conditions, such as operative solutions for his spine disease and ankle arthritis. Sadly, because of Omniscan-induced NSF and related immobility, Mr. Hammersley has withdrawn himself from being considered for renal transplantation, a procedure that could not only be life-prolonging but also improve some of his other co-morbidities (e.g. chronic anemia and secondary hyperparathyroidism). In his deposition testimony, Mr. Hammersley expressed his feelings that others who are more functionally able than he should be given priority because he "didn't want to take that kidney from somebody who could actually use it" {Depo-CLH2,42-43}.

Mr. Hammersley has other medical conditions besides his Omniscan-induced NSF and ESRD. Table 4 is my compilation of these conditions, divided into columns for chronic issues and selected self-limited ones. I have indicated each condition for which I think Omniscan-induced NSF is directly responsible either in part or in total (including NSF itself). I have also indicated each condition for which Omniscan-induced NSF has had a negative impact on the treatment options available to Mr. Hammersley. As Table 4 shows, Mr. Hammersley has

recovered fully from many of his conditions unrelated to NSF (except the ESRD). The same cannot be said of his more serious chronic illnesses, most of which are negatively impacted by Omniscan-induced NSF.

Thus, it is my expert opinion that, to a reasonable degree of medical certainty, Mr. Hammersley's six Omniscan exposures in 2004 – 2006 caused his subsequent very severe NSF. Mr. Hammersley had clinicopathologic evidence of his very severe Omniscan-induced NSF well prior to his April 2008 ProHance-enhanced MRI, even though he did not receive a formal clinicopathologic diagnosis of NSF by his treating physicians until January 15, 2009. Further, it is my expert opinion that Mr. Hammersley's Omniscan-induced NSF explains the vast majority of his current chronic pain, physical morbidity, depression, and functional disability, and NSF shortens his life expectancy. I detail the multiple lines of evidence for these opinions throughout this report, as supported by my review of Mr. Hammersley's records, my IME of Mr. Hammersley, my extensive personal experience with this severely disabling condition, and the vast preponderance of scientific literature (referenced here and in my generic expert report on behalf of all plaintiffs in the GBCA litigation process).


## 2   Background Prior to September 2004 Omniscan Exposure

Mr. Carson Hammersley was in a state of generally good health until approximately March 2003 (age 27) when he developed progressive nausea, abdominal pain, and back discomfort. This was initially diagnosed as gastroesophageal reflux disease (GERD), but in January 2004 he was found to be in advanced renal failure, with a serum creatinine 8.5 mg/dL. Dr. Manuel Sanchez-Palacios, who would later become Mr. Hammersley's long-term nephrologist, concluded that Mr. Hammersley had end-stage renal disease (ESRD). A workup was unrevealing for

explainable causes {OIM,3-10}. Mr. Hammersley had a fistula created by Dr. Eddlemon {EE22}, and he started hemodialysis on March 5, 2004 (initially via a vascular catheter) {OIM,387}.

Prior to being diagnosed with ESRD, Mr. Hammersley had a relatively unremarkable medical history, which included non-disabling, episodic, or self-limited conditions: pes planus (flat foot), headache, neck pain, and back pain (Table 4). For these, he occasionally sought help from podiatry or from chiropractor Dr. Chester Granka {CG,2-6}. He had no history of tobacco, alcohol abuse, or illicit drug use. Mr. Hammersley's wife Amy recalls him to be a vibrant, active, affectionate, productive, and busy man {IME,DJT}. The two were engaged at the time, and they had a then-two-year-old daughter Aubrey {OIM,314}. Mr. Hammersley worked >40 hours per week among several jobs, including at a casino and a carpet cleaning company {IME,DJT; OIM,314}. Mr. Hammersley described himself as "too busy for recreation," but he did get in an occasional game of golf, had a collection, enjoyed fishing, and ran as a hobby {IME,DJT; OIM,339-340}. The couple had a close circle of friends, and the family had just taken a trip to Disneyland in January 2004 {IME,DJT}.

In March 2004, shortly after starting HD, Mr. Hammersley started the evaluation process to receive a living-related-donor kidney transplant. This was delayed, however, when Mr. Hammersley noted a mass of his right orbital bone in August 2004. For this, he was evaluated by Dr. Pablo Arregui (ophthalmology) of Chico Eye Center, Dr. Jeffrey Lobosky (neurosurgery) of Northstate Neurosurgical Associates, and Dr. Michael McDermott (neurosurgery) of University of California at San Francisco (UCSF) Medical Center. Workup included a computed tomography (CT) scan, which showed findings consistent with a "malignant or sarcomatous type of meningioma." As part of a surgical evaluation intake form with Dr. McDermott, Mr.

5

Hammersley indicated that he was disabled since 2/13/2004 because of "kidney failure" {UCSF,7-8}.

## 3   Six Omniscan Exposures: September 2004 – December 2006

*Omniscan-Enhanced MRI #1 (Brain): September 15, 2004*

Surgery for Mr. Hammersley's orbital bone mass was scheduled for 9/16/2004. As part of the pre-operative evaluation, Dr. McDermott obtained a GBCA-enhanced MRI of the brain on Wednesday, September 15, 2004, at 17:35 hours {UCSF,54-55}. The specific GBCA agent and amount used were not included in the MRI report. Based on the affidavit of Mr. Benjamin Mow of the UCSF (signed on 9/16/2009), the GBCA was later identified as Omniscan, and the amount was 20 cc (20 ml) {Mow Affdvt,2}{Depo-BM,29-30}. Based on Mr. Hammersley's recorded weight of 173 pounds (79 Kg) at the time {UCSF,62}, the 20 ml of Omniscan was 0.25 ml/Kg, 25% more than the standard recommended dose of Omniscan (0.2 ml/Kg). According to the MRI intake form, this was Mr. Hammersley's first known MRI procedure {UCSF,62}. At the time of the MRI, Mr. Hammersley was in a state of ESRD, with a creatinine 11.8 mg/dL {UCSF,63}. He had received HD that morning, prior to the Omniscan. This can be inferred from the pre-operative anesthesia assessment by Dr. Christopher Hatch on 9/15/2004, in which he notes that Mr. Hammersley had "last HD this AM (1 day prior to surgery)" {UCSF,196}, prior to the Omniscan-enhanced MRI study at 17:35 hours. Thus, Mr. Hammersley's first post-MRI hemodialysis session was not until 9/17/2004 at 08:20 hours, approximately 39 hours after the Omniscan exposure {UCSF,192}.

The MRI showed a "large multilocular cystic heterogeneously enhancing extra-axial mass with fluid/fluid level centered at the right frontal calvarium…" The radiologic impression

6

was that the "differential diagnosis would include aneurismal bone cyst, giant cell tumor, telangiectatic osteosarcoma, and, given the patient's history of renal failure, brown tumor." Indeed, histologic assessment of the tumor specimen showed "giant cell tumor of bone" (as reported by Dr. Andrew Bollen and also reviewed by Dr. Grace Kim) {UCSF,207-208}. No alternative diagnosis was offered. Dr. McDermott later published a case report about Mr. Hammersley's case, offering the alternative diagnosis of a brown tumor based on the presence of secondary hyperparathyroidism {OM Zwick 2006 *Ophthal Plast Reconstr Surg*}.


*Omniscan-Enhanced MRI #2 (Brain): December 2, 2004*

At 09:30 hours on December 2, 2004, Mr. Hammersley underwent a second GBCA-enhanced MRI of the brain {NSR,3-4}{NSR2,7}. Again, the specific GBCA agent and amount used were not included in the MRI report. Based on the affidavit of Ms. Laverne Hubbard, the Executive Director of Northstate Imaging in Oroville (notarized on 10/22/2009), the GBCA was later identified as Omniscan {Hubb. Affdvt}, and the amount of Omniscan was 16 cc (16 ml) {NSR2,9}. Based on Mr. Hammersley's recorded weight of 76 Kg at the time {NSR2,8}, the 16 ml of Omniscan was 0.21 ml/Kg, approximately the standard recommended dose of Omniscan. Mr. Hammersley's first post-MRI hemodialysis session was on 12/03/2004 at 14:00 hours, approximately 28.5 hours after the Omniscan exposure {DR1,1}. The MRI reported "post-operative change in the right supraorbital region. No abnormal areas of enhancement are demonstrated" {NSR,3-4}. Based on this MRI, Dr. McDermott did not suggest any intervention, and he scheduled a follow-up MRI for July 2005 {UCSF,23-24}.

In the time after the December 2004 Omniscan-enhanced MRI, and before the next Omniscan-enhanced MRI in July 2005, Mr. Hammersley experienced several noteworthy health

events. On 12/28/2004, he was admitted to the University of California Davis Health System (UCDHS), where he received a living-related-donor kidney transplant from his half-sister {OH,30}. Unfortunately, the kidney transplant never functioned properly. During a re-admission on 01/06/2005, it was discovered that the kidney transplant had inadequate flow because of extensive thrombosis of the renal vein and likely renal parenchyma {UCDHS,10-11}. Hence, Dr. John McVicar performed a transplant nephrectomy on 01/07/2005. In February and March of 2005, Mr. Hammersley had several issues with an inadequately functioning fistula. He underwent several fistulogram and fistula angioplasty procedures. On 4/07/2005, Mr. Hammersley was placed on the UCDHS wait list for deceased donor kidney transplant.


*Omniscan-Enhanced MRI #3 (Brain): July 25, 2005*

Mr. Hammersley underwent a third GBCA-enhanced MRI of the brain on July 25, 2005 {OIM,189}. Again, the specific GBCA agent and amount used were not included in the MRI report, but the GBCA was later identified as Omniscan by Ms. Laverne Hubbard {Hubb.Affdvt}. An amount of Omniscan was not recorded for this study. If a standard recommended dose of Omniscan was used, then Mr. Hammersley would have received 0.2 ml/Kg (0.1 mmol/Kg) of Omniscan. It is unlikely that he received much less than this amount. The time of the 7/25/2005 MRI was not specified in the record, so it is not possible to know whether Mr. Hammersley's first post-MRI hemodialysis session was the one he had on 7/25/2005 at 09:30 hours or 7/27/2006 at 09:30 hours {DR2,1-2}. The MRI reported "stable post-surgical changes without interval space occupying or enhancing mass" {OIM,189}. No specific action was taken on these MRI findings, and Dr. McDermott requested another "MR end of Dec" (which did not actually happen until March 21, 2006) {UCSF,35}.

In the time after the July 2005 Omniscan-enhanced MRI, and before the next Omniscan-enhanced MRI in March 2006, Mr. Hammersley again experienced several noteworthy health events. On July 27, 2005, two days after the Omniscan-enhanced MRI, Mr. Hammersley was admitted to Enloe Medical Center for an episode of lower extremity cellulitis {OIM,289}. Later, on a visit intake form for Dr. McDermott (dated 8/16/2005), Mr. Hammersley indicated "generalized weakness or fatigue," "abnormal arm or leg feelings," and "tingling," as well as "numbness" on the dorsum of both hands and feet and "aching" on the bottom of both feet {USCF,31-33}. He also self-reported a general decline in ADLs, social activities, and psychological well-being {UCSF,34}. Moreover, Mr. Hammersley had a urology evaluation by Dr. Gregory Lang on 10/12/2005, because of erectile dysfunction. Note was made of "small firm cutaneous lesions ~2-5 mm diameter, mobile" on the shaft of the penis. These were initially questioned to be "sebaceous cysts?" [Dr. Lang's question mark] {NU,1}. The presence of these lesions is relevant when considering that Dr. Lang later diagnosed Mr. Hammersley in 2007 with Peyronie's disease, a fibrotic lesion of the penis (discussed later) {NU,8}. When considered individually, each of these events could be interpreted as somewhat non-specific. However, one must consider these events collectively and in the context of Mr. Hammersley's later diagnosis of NSF, in which case these events were, to a reasonable degree of medical certainty, consistent with manifestations of early NSF. Besides these issues, additional studies and health events included evidence of carpal tunnel syndrome by nerve conduction study {AB,23-24}, several chiropractic evaluations {CG,22; JR,2-4}, and another evaluation for kidney transplantation, including echocardiography {OIM,353-354; OH,40}.

*Omniscan-Enhanced MRI #4 (Brain): March 21, 2006*

9

Mr. Hammersley underwent a fourth GBCA-enhanced MRI of the brain at 13:30 hours on March 21, 2006 {OIM,191-192}{NSR2,15}. Again, the specific GBCA agent and amount used were not included in the MRI report, but the GBCA was later identified as Omniscan by Ms. Laverne Hubbard {Hubb.Affdvt}. An amount of Omniscan was not recorded for this study. One can again presume that he received at least 0.2 ml/Kg (0.1 mmol/Kg) of Omniscan. It is unlikely that he received much less than this amount. Mr. Hammersley's first post-MRI hemodialysis session was on 3/22/2006 at 9:40 hours, approximately 20 hours after the Omniscan exposure {DR3,1}. The MRI reported "slightly increased subdural signal which may represent post-operative inflammation. Recurrent tumor with slightly increased dural enhancement" and "I see no obvious enhancement right frontal lobe mass or orbital tumor" and "post-surgical changes of right frontal craniotomy are noted" {OIM,191-192}.

In the time after this March 2006 Omniscan-enhanced MRI, and before the next Omniscan-enhanced MRI in August 2006, Mr. Hammersley experienced several health issues that, to a reasonable degree of medical certainty, represented evidence for progressively worsening Omniscan-induced NSF. On April 17, 2006, Mr. Hammersley applied for a permanent handicap placard {OIM,385}. On June 1, 2006, the physical therapist Valerie Nelson noted at Mr. Hammersley's first visit that he had "bilateral LE [lower extremity] weakness and muscle pain with popping in knees" and "increased difficulty going up and down stairs" and "pain in left quad and calf" and "muscle contractions in LE's" {VN-PT,1}. She concluded that he had "reduced strength, with reduced endurance in bilateral LE's secondary to complications with kidney failure." Later, she documented "LE flexibility is minimally decreased, but is improving with a home stretching routine" and "most of pain is focused in the hamstrings and calf muscles"

{VN-PT,8}. The lower extremity pain, muscle contractions, and reduced flexibility were all hallmark clinical features of worsening Omniscan-induced NSF.

In addition, Dr. Sanchez-Palacios documented in July 2006 that "there appear to be some small lumps under the skin on both pretibial areas. I believe there are subcutaneous calcifications" {OIM,25} and later a "lump in left buttocks 1 month" {OIM,26}. By August 2006, Mr. Hammersley was doing very poorly, as documented by Dr. Sanchez-Palacios: "wife stated that this was not the man she met or married. He is very depressed and cries all the time" and "he is depressed, which may lead to pain, and he has pain, which may lead to depression" and "he does have subcutaneous nodules on both buttocks and also on the forearms. I believe these are subcutaneous calcifications" {OIM,27}. Although it was not recognized by Mr. Hammersley's providers at the time, these lesions were manifestations of NSF, as determined by subsequent histologic analysis (discussed later). Thus, it is my expert opinion that, within a reasonable degree of medical certainty, a clinicopathologic diagnosis of NSF could have been established as early as July 2006, had these lesions been biopsied at the time and initially interpreted correctly as NSF. Considering that NSF characteristically progresses from the lower legs proximally to the upper legs and sometimes the torso, the presence of NSF in the buttocks indicates that, more likely than not, that Mr. Hammersley's aforementioned calf and thigh abnormalities from 2005 – 2006 represented unrecognized NSF.

*Omniscan-Enhanced MRI #5 (Brain): August 24, 2006*

Mr. Hammersley underwent a fifth GBCA-enhanced MRI of the brain at 14:15 hours on August 24, 2006 {AB,12-13}{NSR2,25}. Again, the specific GBCA agent and amount used were not included in the MRI report, but the GBCA was later identified as Omniscan by Ms. Laverne

Hubbard {Hubb.Affdvt}, and the amount of Omniscan was 17 cc (17 ml) {NSR2,24}. Based on Mr. Hammersley's recorded weight of 180 pounds (82 Kg) at the time {NSR2,22}, the 17 ml of Omniscan was 0.21 ml/Kg, approximately the standard recommended dose of Omniscan. Mr. Hammersley's first post-MRI hemodialysis session was on 8/25/2006 at 09:55 hours, approximately 20 hours after the Omniscan exposure {DR4,1}. The MRI reported "post procedure in the right frontotemporal bone region" and "MRI does not provide good detail of bone" {AB,12-13 }.

In the time after this August 2006 Omniscan-enhanced MRI, and before the next Omniscan-enhanced MRI in December 2006, Mr. Hammersley demonstrated additional and progressive features of Omniscan-induced NSF. At a visit on September 18, 2006, Dr. Sanchez-Palacios documented that Carson had "pain on his lower extremities, as usual, and that they were swollen and they felt tight" {OIM,30}. In a note from October 18, 2006, Dr. Sanchez-Palacios also noted "there are indurated areas on both [lower] extremities consistent with subcutaneous calcifications" {OIM,33}. Rather than calcified, however, these lesions more likely than not represented the tightness and hardening of the skin from unrecognized NSF, as was confirmed by subsequent biopsy. Also at this visit, Mr. Hammersley was started on an oxycodone-based analgesic because of chronic pain (another hallmark feature of NSF) {OIM,33}. From that point in time to the present, Mr. Hammersley became increasingly dependent on escalating doses of chronic narcotic-based agents for at least partial control of his NSF-related pain, although he sadly does not get complete relief from NSF-related pain {IME,DJT}.

In late 2006, much diagnostic effort was focused on Mr. Hammersley's bilateral buttock lesions. On October 3, 2006, Mr. Hammersley saw a surgeon, Dr. C.J. Shieh, who documented "lumps at buttocks x3-4 months. When sits hurts. Increasing size" and "multiple lumps at arms

12

and legs" {CJS,3-4}. This latter comment affirmed Dr. Sanchez-Palacios' observation of Mr. Hammersley's legs, and also expanded the areas of involvement of NSF to include the arms (present in Mr. Hammersley's case, as detailed later). Dr. Shieh obtained a CT scan of the buttock lesions, which showed "increased density in the soft tissues in the subcutaneous fat over the gluteal regions and actually to some extent over the sacrum in the midline" {OIM,201}. Dr. Shieh interpreted this as a "large indurated tumor mass at both buttocks" and planned for core biopsy {CJS,4}.

Core biopsy of both buttock lesions was performed on October 18, 2006, by Dr. Gary Stromberg, who noted that there was a "palpable abnormality of both buttocks - but no discrete mass on CT is there - more of an infiltrative process" {OH,43}, and that he "was able to palpate bilateral hard thickened areas in the medial gluteal region" {OH,44}. The histologic specimens were interpreted by pathologist Dr. Michael Merwin as showing "fibrous connective tissue and adipose tissue. No neoplasm identified" {OH,49}. No specific diagnosis was given at the time.

In addition, these same specimens (and others) were reviewed and interpreted by Dr. Shawn Cowper, one of the dermatopathologists who first published histologic details of NSF lesions in 2000. On September 25, 2014, Dr. Cowper reported the two October 2006 buttock core biopsies as "Nephrogenic Systemic Fibrosis" {YPR(BM)}. Specifically, the right buttock lesion had "small fragments of fibrofatty tissue showing thickened collagen and a bland proliferation of spindled to epithelioid stromal cells." The left buttock lesion showed "small fragments of skeletal muscles showing increased numbers of bland epithelioid stromal cells set in a fibrous matrix. This process surrounds and entraps some skeletal muscle cells."

The presence of NSF in skeletal muscle in 2006 confirmed that Mr. Hammersley's Omniscan-induced NSF was clearly not just a dermal disease, but rather an advanced case of

Omniscan-induced NSF, with extra-cutaneous involvement. In addition, these findings confirm that Mr. Hammersley clearly contracted NSF from Omniscan long before the April 2008 ProHance-enhanced MRI. Other areas of likely extra-cutaneous NSF (including the eye and diaphragm) will be addressed later in this report.


*Omniscan-Enhanced MRI #6 (Pelvis): December 5, 2006*

Mr. Hammersley underwent a sixth GBCA-enhanced MRI at 13:15 hours on December 5, 2006 {NSR,22}{NSR2,32}. This was a pelvis MRI, as requested by Dr. Steven Fletcher, to whom Mr. Hammersley had transferred his surgical care after Dr. Shieh. Prompting the MRI was Dr. Fletcher's observation of Mr. Hammersley's "very firm/hard masses, non-tender!" [underline and exclamation point were Dr. Fletcher's emphasis] {CCG,1}. Again, the specific GBCA agent and amount used were not included in the MRI report, but the GBCA was later identified as Omniscan by Ms. Laverne Hubbard {Hubb.Affdvt}, and the amount of Omniscan was 15 cc (15 ml) {NSR2,32}. Based on Mr. Hammersley's recorded weight of 174 pounds (79 Kg) at the time {NSR2,30}, the 15 ml of Omniscan was 0.19 ml/Kg, approximately the standard recommended dose of Omniscan. Mr. Hammersley's first post-MRI hemodialysis session was on 12/06/2006 at 09:29 hours, approximately 20 hours after the Omniscan exposure {DR5,1}. The MRI reported "there is no focal mass lesion identified. However, bilateral reticulations especially medial subcutaneous buttocks are noted. Edema or cellulitis?" [question mark part of the report] {NSR,22}.

Of note, this Omniscan-enhanced MRI would not have been done but for the presence of Mr. Hammersley's buttock lesions, which we now know were themselves manifestations of his Omniscan-induced NSF in the first place {YPR(BM)}. This last Omniscan-enhanced MRI likely

14

contributed to his NSF severity, as a dose-dependent relationship has been established between NSF and the number of Omniscan exposures. Further, this was the last Omniscan-enhanced MRI that Mr. Hammersley ever received. Additionally, all of these Omniscan exposures occurred before the December 22, 2006 public health advisory statement by the U.S. Food and Drug Administration (FDA), in which use of GBCA's in patients with renal failure was advised against, as well as before the May 23, 2007 label change to Omniscan. By this time, unfortunately, Mr. Hammersley's Omniscan-induced NSF was already well-established, severely painful, and systemic in nature as demonstrated, in part, by the muscle involvement noted above.

## 4   Eventual Clinicopathologic Diagnosis of NSF

*Events after the December 2006 Omniscan: NSF lesions in the extremities, buttocks, and penis*

In the time between the sixth (and last) Omniscan exposure in December 2006 and his next GBCA exposure (ProHance) in April 2008, Mr. Hammersley would go on to develop more severe and debilitating joint contractures from Omniscan-induced NSF, with associated rapid and progressive deterioration in his health. Although the NSF diagnosis was not recognized until January 2009, Dr. Sanchez-Palacios raised concerns about NSF to Mr. Hammersley's providers as early as January 4, 2007:

> "Carson is having progressive difficulty ambulating with pain and stiffness. The pain and stiffness does not necessarily seem to be associated with the joints, but he also has trouble making a fist with his hands."   "There is no obvious inflammation in the MCP joints, but the skin is tight and he also has 1+/4+ pitting and some skin tightness in the lower extremities."   "I will make a referral to Dr. Harchetan Singh in Chico for a rheumatology opinion. I wonder if he could be having a case of a new entity described with the use of gadolinium in end-stage renal disease which is nephrogenic fibrosing dermopathy. I hope to hear from him regarding this potential problem." {OIM,34}

15

Dr. Sanchez-Palacios also composed a letter to Dr. Singh, specifically indicating these same concerns about the possibility of NSF {OIM,232-233}. The evaluations by Dr. Singh are addressed later in this report.

On January 10, 2007, Mr. Hammersley underwent surgical resection of the left buttock lesion. By this time, both lesions had become 7-10 cm in size {OH,56-57}. They were described as "very firm, hard masses which on palpation appear to be calcified" and "non-tender and they are mobile" {OH,56-57}. In his operative report, Dr. Fletcher noted that "a very large hard mass was encountered" and "the mass was so firm and unusual in appearance that it was suspicious. It was opened on the back table and found to be grayish-white with ribbons of scar tissue and did not appear typical at all for lipoma" {OH,58-59}. Frozen section was interpreted as "atypical spindle cell tumor/lesion suggestive of atypical lipoma versus well-differentiated liposarcoma" {OH,98-99}. A preliminary microscopic assessment of this specimen was provided locally by Dr. Frank Thomas, who reported:

> "The sections demonstrate variably thickened strands of connective tissue surrounded by lobules of fat. The connective tissue strands in turn are interspersed by occasional small vessels and aggregates of connective tissue arranged in bundles. Between the connective tissue fibers are plump bland appearing cells. In areas there are islands of dystrophic calcification and multinucleated giant cells. No mitotic activity is identified. No significant inflammation is present" {OH,98}.

Because of the atypical nature of the findings, the specimen was also sent to UCSF for further analysis by Dr. Charles Zaloudek and colleagues. They reported "unremarkable fat with intervening septae that are widened by extensive fibrosis" and "extensive areas of calcification" and "areas of osseous metaplasia." They commented that "the tumor bears a resemblance to a calcified aponeurotic fibroma. This lesion typically occurs in young patients on the hands and feet; however, some cases have occurred in the gluteal region." They went on to postulate that

"the presence of renal disease raises the possibility that these lesions are related to the patient's renal failure. This may represent a peculiar reactive process, such as calciphylaxis/tumor calcinosis or a process related to hyperphosphatemia." Finally, they caution that "to our knowledge, this lesion has not previously been reported in the literature" and "there is a risk that additional areas of calcification will be found in other locations" {UCSF,244-245}. At the time, the UCSF pathologists were "unable to render a definite diagnosis", and the final diagnosis remained that of a "calcified nodule" {OH,99}. In April 2009, however, Dr. Zaloudek and colleagues (including Dr. Timothy McCalmont) reviewed a surgical biopsy specimen from Mr. Hammersley's contralateral right buttock mass (addressed later), and they reported it to be "compatible with nephrogenic systemic fibrosis." Furthermore, the April 2009 report commented that, in retrospect, the histologic findings in the January 2007 left buttock lesion were "similar to those seen here [in the April 2009 right buttock NSF lesion]" {UCSF,250-251}{Depo-TM,42-45}.

Dr. Shawn Cowper has also reviewed the January 10, 2007, left buttock pathology specimen. On September 25, 2014, Dr. Cowper reported the histologic diagnosis of the January 2007 left buttock mass as "Nephrogenic Systemic Fibrosis" {YPR(BM)}. Specifically, he noted:

> "Deep incisional biopsy of fat and fibroconnective tissue. There is massive widening of fatty septa with a bland background proliferation of spindled to epithelioid stromal cells. Inflammation is inconspicuous to absent. There are bands of thickened collagen with diminished clefts. There is increased myxoid interstitial matrix. There are distinct aggregations of mineralized collagenous matrix, in some areas forming bone-like osteoid structures (lollipop bodies). There are irregular and fragmented portions of elastic tissue noted."

The presence of these "lollipop bodies" is particularly noteworthy, as they have been described as highly specific findings in NSF lesions, along with osseous metaplasia {DP Ruiz-Genao 2005 *J Cutan Pathol*}{Y Nagai 2008 *Acta Derm Venereol*}{J Bhawan 2009 *J Cutan Pathol*}{K

17

Wiedemeyer 2009 *Am J Dermatopathol*}{DR Berk 2010 *Dermatol Online J*}{F Kartono 2011 *J Cutan Pathol*}. Further, they are characterized as late pathologic findings in patients with NSF. Although the Oroville Hospital and UCSF pathologists did not realize it in January 2007, the histology as interpreted by Dr. Cowper (and re-interpreted in April 2009 by Drs. Zaloudek and McCalmont) confirmed that, all along, Mr. Hammersley's buttock lesions were manifestations of Omniscan-induced NSF. Further, the "lollipop lesions" suggest that Mr. Hammersley's NSF had been present for some time. Of note, following this surgical excision, Mr. Hammersley experienced a left buttock abscess at the operative site {OH,127-128}. He recovered with drainage and antibiotics.

In early 2007, at the same time as he was suffering with NSF lesions in the buttocks, Mr. Hammersley also experienced worsening penile fibrosis. This issue was noted by Dr. Sanchez-Palacios on January 4, 2007: "He reports new symptoms of a painful erection a few days ago and would like to be referred to Dr. Lang" {OIM,34}.  Mr. Hammersley saw Dr. Lang for penile lesions that caused "painful erections" and "downward deflection" of his penile shaft {NU,5-6}. On January 30, 2007, Dr. Lang noted "some mild plaque-like hardening but no distinct plaques" on the penis, and concluded that Mr. Hammersley had "possible Peyronie's Disease." Later that year, Dr. Lang noted that the "skin is stretched" on the penis, and he again documented "Peyronie's" in the assessment {NU,8}. Peyronie's disease is a disorder in which a fibrotic cord forms in the tunica albuginea layer of the penile shaft. The fibrotic cord causes skin hardening, penile deformity, and painful erections. During my IME with Mr. Hammersley, he declined physical examination of his penis, but he described worsening tightness of the skin on the penis, such that erections, if they happened at all, were very painful. While Peyronie's disease can exist

as an isolated disorder, it is my opinion that Mr. Hammersley's penile fibrosis is, more likely than not, yet another manifestation of his severe, systemic Omniscan-induced NSF.

*Opinions on the rheumatology evaluations by Dr. Harchetan Singh, 2007 - present*

On February 12, 2007, Mr. Hammersley had his first of what would be many visits with the rheumatologist Dr. Harchetan Singh/Sandhu (hereafter referred to as Dr. Singh) {HS,1-4}. He was referred by Dr. Sanchez-Palacios because of concern about NSF, as above. Dr. Singh documented a history and physical examination:

> "joint pains ongoing for the past 6-8 months." "...located at the hands, wrists, elbows, back, hips, knees, ankles, feet." "…swelling in the joints, especially than [sic] knees, hands, ankles, and feet. He has had decreased range of motion, tenderness in the joints; and warmth at the knees. He states that he cannot flex his fingers. He has had occasional locking of the fourth and fifth digits. He denies any skin thickening of the extremities, but has had lower extremity swelling, especially below the knees." "Dr. Sanchez has raised the possibility of nephrogenic sclerosing dermopathy. The patient has been exposed to gadolinium contrast in the past." "Range of motion is decreased in the small joints of the hands, knees…mild effusion at bilateral knees, which are warm and tender…infrapatellar fullness." "He does not have erythematous plaques/skin thickening in the upper extremity, trunk. But, has the below-the-knee edema making the examination for sclerosis difficult. Active synovitis present in CMC joints, 1-5 PIP, 1-5 MCP, wrists, elbows, knees, ankles, mid-foot, 1-5 MTPs. Sacroiliac joint tenderness present." {HS,1-4}

Radiographic films of the feet reported "degenerative changes and disuse osteoporosis" {SM,52}. Hand radiographs were noteworthy for degenerative changes, but the report also documented "flexion deformities involving the PIP and DIP joints to a moderate degree in both hands. The patient is unable to flatten the hands against the cassette for optimal demonstration of the PIP and DIP joints secondarily" {SM,53}. As will be discussed later, these findings were consistent with NSF-related contractures of the fingers.

19

Because of the knee effusion, Dr. Singh performed an arthrocentesis. He aspirated "6 cc gelatinous yellowish fluid" {HS,1-4}. Laboratory analysis revealed this fluid to be mucoid and non-inflammatory, with a fluid white blood count of only 22 cells per $mm^3$ (inflamed effusions have at least >1000 $WBC/mm^3$). Microbiologic assessment of the fluid demonstrated no infectious organisms, and the fluid was negative for Congo red staining for amyloid {EMC,118-119}. Despite a largely bland and underwhelming joint aspirate, Dr. Singh attributed Mr. Hammersley's polyarthralgias to an "inflammatory arthritis…consistent with polyarticular, chronic inflammatory arthritis" {HS,1-4}.

While it might have been the case that Mr. Hammersley had a transient inflammatory process affecting his joints, there was little or no objective data to support the diagnosis of a chronic inflammatory arthritis. The erythrocyte sedimentation rate (ESR) and C reactive protein (CRP) tests were elevated, but these are non-specific findings {OIM,180}. These could just as easily have been attributed to any of Mr. Hammersley's comorbid health issues, including ESRD, NSF, or the recent buttock abscess (for which he had been discharged from Oroville hospital just two days prior {OH,127}). Unfortunately, Dr. Singh missed Mr. Hammersley's NSF entirely:

> "The question of nephrogenic fibrosis was raised, and that is a possibility but the patient has significant synovitis, and has warmth in the knees, that should not be seen with this problem." {HS,1-4}

During deposition testimony in November 2012, Dr. Singh clarified that he did not formally exclude a diagnosis of NSF at Mr. Hammersley's initial evaluation, either (attorney questions in *italics*):

> "…*your initial evaluation in February 2007 you were not indicating in your report that he [Mr. Hammersley] didn't have tight skin on his legs. You were just indicating that it was difficult to evaluate for sclerosis because --.* A: That's right.

> Q: -- *the skin was tight, it was just difficult to tell if it was swelling or sclerosis?*
> A: Yes." {Depo-HS,109}

Still, Dr. Singh did not address the fact that NSF can also cause thick skin, joint pain, soft tissue

swelling, and joint contractures in a same distribution of joints experienced by Mr. Hammersley.

He also did not adequately comment about the "skin tightness" endorsed by Mr. Hammersley in

the "Review of Systems" (ROS), a hallmark characteristic of NSF {HS,2}.

In reviewing Dr. Singh's office notes, it is clear to me that NSF was outside of Dr.

Singh's area of expertise, something Dr. Singh himself freely admitted on many occasions

during deposition testimony (attorney questions in *italics*):

> "*...I'm going to presume that you don't claim to be an expert at NSF?* A: No."
> {Depo-HS,16}; and

> "*Do you have any specialized training in terms of nephrogenic systemic fibrosis?*
> A: No, I don't." {Depo-HS,17}; and

> "*Have you ever published any papers or articles or anything regarding NSF?* A:
> No, I haven't." {Depo-HS,18}; and

> "*Have you ever diagnosed a patient as having NSF?* A: No, I haven't." {Depo-
> HS,18}; and

> "It's just dramatic, the skin changes are just so dramatic. Nothing I've ever seen
> in my career." {Depo-HS,86}

> "The rapid progression and the skin involvement, the way the contractures are all
> over his body and that was something that I hadn't seen before." {Depo-HS,87}

However, even after reviewing Dr. Singh's deposition testimony, and recognizing Dr. Singh's

lack of expertise in NSF, it is still unclear to me why Dr. Singh did not address Dr. Sanchez-

Palacios' specific concerns about NSF. In his own words, Dr. Singh was aware that Dr. Sanchez-

Palacios "...was looking forward to my opinion and recommendations about that [NSF]" {Depo-

HS,19}. Yet, according to Dr. Singh (attorney questions in *italics*):

> "[NSF] was not the reason he was seeing me..." {Depo-HS,14}; and

"To be honest with you, the first time I saw him we did not talk much about that condition [NSF]." {Depo-HS,21}; and

"—*February 12th of 07, did you discuss nephrogenic systemic fibrosis with him based on your review of the record?* A: I don't recall discussing that with him." {Depo-HS,23}; and

"*Did you ever at any point in time treat Mr. Hammersley for NSF or prescribe treatment for NSF?* A: No. Q: *You had another specialist take care of that?* A: You know, that's where the specialists, the dermatologists come into play. This was very clear to him and his wife that my role here was limited to the inflammatory arthritis that I clearly saw." {Depo-HS,63}; and

"*Did you ever have any conversations from 2007 to 2009 with Mr. Hammersley about NSF?* A: No. I don't recall talking to him…not to the extent where I would be talking specifically about NSF. No, I was focused more on the joints with him…" {Depo-HS,64}

Dr. Singh therefore freely acknowledged in deposition testimony that he did not consider himself to be the one who should have addressed Mr. Hammersley's NSF in 2007 or thereafter, nor did he have much knowledge of the condition. Yet, those sentiments are not conveyed in his clinic notes at the time.

Despite Mr. Hammersley's clearly deteriorating status over the course of almost two years from February 2007 to November 2008 (from Omniscan-induced NSF), Dr. Singh did not refer Mr. Hammersley to an NSF expert, or at least a dermatologist for a skin biopsy. Rather, Dr. Singh instead focused on an overly narrow misconception that Mr. Hammersley's musculoskeletal complaints were a feature of chronic inflammatory arthritis. With this misbelief, Dr. Singh treated Mr. Hammersley over the years with corticosteroids (oral and injectable) and the anti-rheumatic therapies azathioprine and hydroxychloroquine {HS,1-12}. Clearly, Mr. Hammersley's condition deteriorated markedly despite these interventions, which have not been shown to be effective treatments for NSF.

Based on my review of the available records, I regrettably must raise concerns about Dr. Singh's methods and clinical abilities above and beyond his missed diagnosis of NSF. Dr. Singh documented findings and made clinical assessments in a manner in which I must respectfully disagree:

1. Dr. Singh apparently used highly templated notes that do not adequately capture the individual nature of each of Mr. Hammersley's clinic visits. For example, in Mr. Hammersley's initial office visit with Dr. Singh, there is a long list of symptoms that Dr. Singh documented Mr. Hammersley to have denied {HS,2}. Some of these, like "Raynaud's phenomenon", were appropriate. Raynaud's syndrome is a feature frequently seen in patients with scleroderma. However, Dr. Singh contradicted himself when documenting in the ROS that Mr. Hammersley denied "musculoskeletal swelling" {HS,2}. Swelling was a symptom that Mr. Hammersley specifically endorsed having in his joints, as recorded earlier in Dr. Singh's same note {HS,1}.

2. Dr. Singh must have used a lot of "cut-and-paste" methods to document Mr. Hammersley's follow-up office visits. For example, much of Dr. Singh's documented physical examination of Mr. Hammersley changed very little from one office visit to the next. Much of the text of each of his notes is verbatim. It becomes difficult to know which parts of the musculoskeletal examination represent true changes or stable findings, when comparing documented examinations from different visits. Records of this nature also lead me to conclude that Dr. Singh relied on highly templated computer documentation, and his notes therefore did not reflect the complex nature of Mr. Hammersley's office visits.

3. On March 6, 2007, Dr. Singh diagnosed Mr. Hammersley as having Dupuytren's contractures as an explanation for multiple finger contractures {HS,6}. The term

Dupuytren's contracture describes when there is a localized fibrotic cord in the palmar fascia, superficial to the flexor tendon of a finger. Over time, the cord tightens and leads to progressive flexion contracture of the finger. Dupuytren's contractures do not come and go from one visit to the next (as indicated by Dr. Singh at the March 27, 2007, office visit) {HS,8}. The flexor cord is a classic physical examination finding of Dupuytren's contracture. However, when I examined Mr. Hammersley at the IME, he did not have classic Dupuytren's cords. Rather, Mr. Hammersley had flexion contractures of the soft tissues around the hand and finger joints, characteristic of NSF changes. At the time of my IME, Mr. Hammersley had not had any significant intervention for the finger contractures. Therefore, one would not have expected any putative Dupuytren's flexor cord to have disappeared and later be replaced by NSF changes.

Thus, it is my opinion that, within a reasonable degree of medical certainty, the finger contractures that Dr. Singh observed back in 2007 were manifestations of Omniscan-induced NSF, not Dupuytren's contractures. My position is supported by the observations and conclusions of the hand surgeon Dr. Leonard Brazil, who first examined Mr. Hammersley on January 18, 2011 {OANC,19-20}. Dr. Brazil provided a detailed description of Mr. Hammersley's finger contractures, including the statements that "there is a question of maybe some Dupuytren's on the [right] ring finger ray, but I cannot say this with certainty. This may just be a contracture of some skin and tendon" and "flexor and extensor tendons do seem to have decent excursion in his limited range of motion and do not appear to have adhesions" {OANC,19-20}. Dr. Brazil concluded that Mr. Hammersley had "nephrogenic systemic fibrosis causing severe contractures of both hands" {OANC,19-20}, not Dupuytren's contractures. Dr. Singh himself acknowledged

confusion about Dupuytren's contractures in Mr. Hammersley's case: "He has contractures everywhere, so as far as Dupuytren's versus non-Dupuytren's, I'm not sure of the distinction in his case" {Depo-HS,95}.    In his deposition, Dr. Singh also seemed to defer to Dr. Brazil regarding interpretation of the finger contractures: "You know, I would go with him" {Depo-HS,98}.

4. Finally, Dr. Singh had what I would consider to be an overly narrow focus on what he perceived to be an inflammatory arthritis, such that he had a hands-off approach to any other musculoskeletal issues (including NSF). For this reason, Dr. Singh missed the diagnosis of Mr. Hammersley's NSF, and he did not address the impact NSF had (and continues to have) on Mr. Hammersley's other health issues. This was true of the hand contractures as above, as well as scoliosis {Depo-HS,73-80}, carpal tunnel syndrome {Depo-HS, 85,101}, and deforming arthritis of the ankles {Depo-HS,68-71}.

It was not until November 13, 2008, that Dr. Singh recommended that Mr. Hammersley have a dermatology evaluation by Dr. Paul Sajben for "evaluation of any underlying fibrotic skin condition" {HS,36}. Dr. Sajben immediately recognized that Mr. Hammersley had NSF (addressed later). It's not clear from the notes whether Dr. Singh was concerned specifically about NSF, or whether he discussed his concerns with Mr. Hammersley. Prior to November 2008, Dr. Singh essentially side-stepped the crucial issue of whether Mr. Hammersley might have NSF, even though Omniscan-induced NSF (not chronic inflammatory arthritis) explained the vast majority of Mr. Hammersley's chronic and progressive disabling musculoskeletal pain, joint contractures, and functional disability.

Because Dr. Singh lacked sufficient understanding of NSF and did not involve himself with Mr. Hammersley's NSF, it is inadvisable to draw any conclusions about the presence or absence of Mr. Hammersley's NSF from Dr. Singh's office notes or deposition testimony. Thus, based on the preponderance of other available records (reviewed above), my opinion remains that Mr. Hammersley's Omniscan-induced NSF long pre-dated his first visit with Dr. Singh on February 12, 2007. Symptoms consistent with NSF were present as early as August 2005, and NSF was advanced and well-established by the time Mr. Hammersley developed his NSF buttock lesions in the summer of 2006.

*Further events occurring prior to the ProHance-enhanced Brain MRI on April 25, 2008*

Mr. Hammersley's physical function deteriorated markedly in 2007 – 2008 because of Omniscan-induced NSF, even though the diagnosis would not be made until January 2009. On March 9, 2007, Dr. Sanchez-Palacios requested personal care services for Mr. Hammersley, indicating that he was "at risk of placement in a residential care facility" because he required physical assistance with many ADLs {OIM,384}. In June 2007, Mr. Hammersley re-established with Ms. Nelson for physical therapy, who recorded "decreased walking tolerance to <100 yards secondary to whole leg pain", and "bilateral calf pain" when sitting, and "pt has decreased bilateral LE strength and ROM with muscle and joint pain likely due to complications from kidney failure", and "bilateral knee and hip flexion limited at <110 degrees with pain" {VN-PT,11}. At subsequent visits, she documented:

> "Pt continues to have mod. limited bilateral LE strength and flexibility. Gait is very slow and guarded." {VN-PT,14}; and

> "Pt cont. to have bilateral lower extremity tightness and stiffness with pain in all directions and movements." {VN-PT,16}; and

"Pain in joints of fingers and tightness in flexor tendons" and "Pt has decreased bilateral finger flexibility and joint mobility with pain secondary to complications of renal failure." {VN-PT,20-21}; and

"Flexibility is still limited in almost all fingers, especially in the L 4th and 5th fingers and R 4th fingers. Also, ROM in MP joint in L thumb is also very limited." {VN-PT,23}; and

"Bilateral hand symptoms are slowly improving…" and "overall, flexibility in bilateral fingers and thumbs are increasing with ROM increasing at all joints." {VN-PT,24}; and

"Bilateral ankle and foot pain, entire foot for several years, problems with feet >10 years, ankles pop a lot - painful, ankles" and "had orthotics for feet >10 years ago" and "pt has limited bilateral ankle and foot ROM and strength with significant irritation of bilateral ankle and foot joints, muscles, ligaments, and tendons limiting gait + functional mobility tolerance", with ankle contractures present {VN-PT,32-33}; and

"Overall bilateral ankle and foot ROM is improving [after physical therapy], but is still very tight in bilateral gastroc muscles. This is likely the source of increased irritation in the heel cord as well as the forefoot and arches, which are severely collapsed." {VN-PT,36}

These findings were all documented prior to the ProHance-enhanced MRI on April 25, 2008. The notes portrayed the chronic pain, psychological turmoil, and physical limitations that Mr. Hammersley was experiencing at the time, as well as the benefits of physical therapy focused on the involved areas. These many issues are all commonly experienced by patients who have severe advanced NSF. Further, Mr. Hammersley and his wife both reaffirmed to me at the IME that these notes accurately reflect the state of his physical and psychological challenges. It is thus my opinion that, within a reasonable degree of medical certainty, these factors were directly caused by Mr. Hammersley's Omniscan-induced NSF (table 4). Of note, the severe ankle and foot issues documented by Ms. Nelson arose within the 2007-2008 timeframe, but gained greater attention later. I therefore address them in greater detail later in this report.

On January 8, 2008, Mr. Hammersley underwent surgical resection of his right buttock lesion. His surgeon (again Dr. Fletcher) documented that Mr. Hammersley "had a firm, subcutaneous mass that was painful and caused him difficulty with sitting" and "subcutaneous dissection with electrocautery revealed a hard rubbery subcutaneous mass. The borders or margin of this mass was very indistinct" and "the lower extent of this mass was down onto the fascia of the gluteus maximus muscle" {OH,247-248}. The Oroville Hospital pathologist (again Dr. Thomas) provided a diagnosis of "fibrofatty proliferation with calcification" and commented that "the histology is virtually identical to that seen in 2007" {OH,320}. He referenced the UCSF interpretation of the tissue obtained from the left buttock mass resection in 2007. Dr. Cowper also reviewed the 2008 right buttock mass specimen histologically. Dr. Cowper provided a diagnosis of "Nephrogenic systemic fibrosis" with the comment that "there is massive widening of fatty septa with a bland background proliferation of spindled to epithelioid stromal cells. Inflammation is inconspicuous to absent. There are bands of thickened collagen with diminished clefts. There is increased myxoid interstitial matrix. There are distinct aggregations of mineralized collagenous matrix, in some areas with intermixed multinucleated giant cells. There are irregular and fragmented portions of elastic tissue noted." Thus, Dr. Cowper's histologic diagnosis was NSF for all of the biopsy specimens obtained from the buttock lesions in 2006 – 2008.


*ProHance-enhanced Brain MRI (brain): April 25, 2008*

Mr. Hammersley underwent a GBCA-enhanced MRI of the brain on April 25, 2008, because of headache and to follow-up on any potential recurrence of his old orbital bone tumor {AB,18-19}.Again, the specific GBCA agent and amount used were not included in the MRI

28

report, but the GBCA was later identified as ProHance by Ms. Laverne Hubbard {Hubb.Affdvt}.

An amount of ProHance was not recorded. It is possible that Mr. Hammersley received as much

as 0.2 ml/Kg (0.1 mmol/Kg) of ProHance, but protocols may have been in place to use a lower

dose in patients with known ESRD.  In addition, by this time protocols were often in place for

patients with ESRD to received HD immediately following any GBCA-enhanced MRI, in order

to mitigate exposure time to the contrast. The HD note on 04/25/2008 indicated that Mr.

Hammersley started HD at 10:45 hours, immediately after arriving from North State Imaging

{DR6,1}. The MRI reported "prior right frontal craniotomy" and "otherwise negative MRI of the

brain. Specifically negative for evidence of meningioma or mass at this time" {AB,18-19}.

It is now well understood that different GBCA agents are associated with differential

risks of causing NSF. At a meeting on December 8, 2009, the FDA Office of Surveillance and

Epidemiology concluded that "Omniscan, Magnevist, and Optimark are associated with the

highest risk [of NSF], while the risk associated with Multihance and ProHance is low"

{http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/Card

iovascularandRenalDrugsAdvisoryCommittee/UCM196218.pdf}.   The  European  Medicines

Agency    (EMA)    has    essentially    the    same    position

{www.ema.europa.eu/docs/en_GB/document_library/Other/2010/07/WC500094268.pdf}. In my

review of the literature using the Pubmed search terms "((nephrogenic systemic fibrosis) or

(nephrogenic fibrosing dermopathy)) and ((Gadoteridol) or (ProHance) or (Gd-HP-DO3A))", I

was unable to find a single unconfounded case of NSF caused by ProHance administration. One

noteworthy article by Reilly failed to identify a single case of NSF in 141 HD patients who had

been exposed to ProHance at least once {RF Reilly 2008 *Clin J Am Soc Nephrol*}. In their

presentation to the FDA on December 8, 2009, Bracco Diagnostics, the manufacturers of

ProHance, detailed two unpublished cases in which NSF was reported to have occurred following exposure to only ProHance (so-called "unconfounded cases") {http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM196224.pdf}. One patient had received 6 doses of ProHance over approximately 2 years and developed "non-severe" NSF. The second patient had only one dose of ProHance, did not have any renal disease, and did not have a skin biopsy to confirm the case. It is therefore highly doubtful that this second patient even had NSF. The Bracco presentation also reported 20 cases of NSF that occurred following administration of ProHance plus at least one other GBCA (so-called "confounded cases"). In most instances, Omniscan was one of the additional GBCAs administered.

With regards to NSF risk, the much improved relative safety of ProHance over Omniscan is likely explained at least in part on its macrocyclic structure and greater stability (addressed in my generic expert report and testimony). Multiple exposures of Omniscan have also been shown to confer additional risk of NSF than a single infusion of any GBCA (also addressed in my generic expert report and testimony). Based on these chemistry and dose-response factors, and the preponderance of epidemiologic data supporting the low risk of ProHance and NSF, it is my opinion that Mr. Hammersley's brief exposure to ProHance had no appreciable effect on the overall state of Mr. Hammersley's NSF, as compared to the six Omniscan exposures that he had already received. There is overwhelming evidence that Mr. Hammersley had advanced Omniscan-induced NSF after having been exposed to Omniscan on six occasions, all well prior to the brief ProHance exposure. Further, Mr. Hammersley's continued decline in health and function after April 2008 is attributable to Omniscan-induced NSF in a manner expected in patients with unconfounded cases of severe Omniscan-induced NSF (regardless of his brief

ProHance exposure). Thus, it is my expert opinion that, within a reasonable degree of medical certainty, Mr. Hammersley's six Omniscan exposures caused his NSF and the overwhelming majority of his subsequent morbidity related to the condition. This position is supported by the timeframe of Omniscan exposure as it relates to disease onset, proximal involvement of the trunk at the buttocks, the instability of the culprit agent (Omniscan), the vast preponderance of scientific literature (referenced in my generic expert report and testimony on behalf of all plaintiffs in the GBCA litigation process), and my extensive personal experience with this severely disabling condition.

*Clinicopathologic diagnosis of NSF:*

In November 2008, Dr. Singh recommended that Mr. Hammersley see a dermatologist for "evaluation of any underlying fibrotic skin condition" {HS,36}. At the first office visit on January 15, 2009, Dr.Paul Sajben observed "L>R hand tightening + bound down skin, distal legs + ankles" {NVDC,5}. These are classic descriptions of NSF. Dr. Sajben concluded that Mr. Hammersley had "probable nephrogenic fibrosing dermopathy" and offered no other alternative diagnosis. For pathologic confirmation, Dr. Sajben performed a surgical biopsy of the right shin and also a shave of a nevus on Mr. Hammersley's back {NVDC,3-7}. The biopsy was interpreted by Dr. Timothy McCalmont as "nephrogenic fibrosing dermopathy (nephrogenic systemic sclerosis)" based on the presence of "scattered slender fibrocytes and altered thickened collagen bundles throughout the reticular dermis and in widened subcutaneous septa, with concurrent suggestion of interstitial mucin deposition" {AB,37}.

On June 1, 2009, Dr. Shawn Cowper reported his histologic interpretation of the January

2009 leg biopsy as "highly consistent" with "Nephrogenic Systemic Fibrosis" {YPR(L)}.

Specifically, he noted:

> "Sections demonstrate a non-inflammatory fibrosing process with mildly
> increased cellularity noted predominantly in the deep dermis and subcutis. The
> cells are banal to slightly plump spindle cells which expand the subcutaneous
> septa, encroaching focally on adipocytes. These cells stain positively with CD34,
> revealing tram-track pattern. Thick collagen bundles are noted with relatively few
> distinct thin bundles, and elastic fibers are present. Fenestrations remain present.
> Intermixed are smaller numbers of slightly stellate epitheliod cells and
> histiocytes." {YPR(L)}

Thus, the pathologic findings were consistent with the clinical diagnosis of NSF. Dr. Sajben

referred Mr. Hammersley to Dr. Timothy Berger for specialized dermatologic care of the NSF

{NVDC,12}.

# 5   Events Following Clinicopathologic Diagnosis of NSF: Impact on Pain, Health, Function, Livelihood, Mood, and Life-Expectancy

Omniscan-induced NSF has ravaged Mr. Hammersley's body. It has permeated every facet of his

life, and also all of those around him. Rather than list chronologically all of the events of Mr.

Hammersley's life since the NSF diagnosis in January 2009, it is more logical to approach by

topic how Omniscan-induced NSF has caused Mr. Hammersley (1) severe chronic daily pain; (2)

adverse effects on his health, function, livelihood, and mood; and (3) reduced life expectancy.

*Chronic pain and Omniscan-induced NSF*

Prior to his first Omniscan exposure in 2004, Mr. Hammersley was not one to experience severe

chronic daily pain. He had some episodic back and neck complaints, but rarely-if-ever required

narcotic-based analgesics for pain control. Even after his failed transplant and buttock masses,

Mr. Hammersley was not prescribed chronic daily painkillers. However, by summer 2006, coincident with advancing Omniscan-induced NSF (as above), Mr. Hammersley's condition had deteriorated to the point where Dr. Sanchez-Palacios documented that Mr. Hammersley's "wife stated that this was not the man she met or married. He is very depressed and cries all the time" and "he is depressed, which may lead to pain, and he has pain, which may lead to depression" {OIM,27}. By October 18, 2006, Mr. Hammersley reported enough severe chronic daily pain that Dr. Sanchez-Palacios prescribes Percocet, a potent narcotic analgesic. It is my opinion that, within a reasonable degree of medical certainty, the pain Mr. Hammersley was experiencing (and continues to experience) was primarily cause by his Omniscan-induced NSF. In a 9/18/2006 note, Dr. Sanchez-Palacios described "…pain on his lower extremities, as usual, and that they were swollen and they felt tight" {OIM,30}. Over and over, throughout his medical records, Mr. Hammersley's pain relates to skin tightness and joint contractures. This was also what he reported to me during the IME. At that time, he was taking oxycodone (the narcotic component of Percocet) at a dose of 45 mg four times per day, on top of extended-release Morphine 60 mg twice per day {IME,DJT}. Despite these very high doses of narcotics, which can cause cognitive impairment and respiratory depression, Mr. Hammersley reported inadequate pain control. Unfortunately, this severity of chronic daily pain is all too common in patients with advanced NSF. It also affects patients (and Mr. Hammersley) emotionally and psychologically.

*Effect of Omniscan-induced NSF on Mr. Hammersley's health, function, livelihood, and mood*

To understand the effect of Omniscan-induced NSF on Mr. Hammersley's health, function, livelihood, and mood, it is necessary to appreciate the extent of systemic involvement that this disease has had on him. I have already commented above on the likely penile involvement, as

33

well as the deep muscle NSF in his buttock biopsy. Further, it is my opinion that Mr.

Hammersley has had scleral involvement by his NSF. This was identified as early as April 2009

by ophthalmologist Dr. Lili Phung as "granulation tissue on eyes" {Phung,2}, and it was later

described as a "large amounts of firbotic [sic] tissue on surface of conjunctiva OU, similar

appearance to inflamed pingucula…" with "fibrosis of conjunctival surface" {OFPEC,3-6}.

When I examined Mr. Hammersley at the IME, he had the classic yellow scleral plaques of NSF

{IME,DJT}. Thus, it is my opinion that, more likely than not, these scleral changes represent

NSF.

Mr. Hammersley has other evidence of the severe and systemic involvement from his

Omniscan-induced NSF. On March 29, 2009, Mr. Hammersley saw Dr. Timothy Berger for

specialized dermatology evaluation of NSF. Dr. Berger (and his fellow Dr. Shira Lipton) detailed

symptoms and examination findings that were highly consistent with the presence of severe NSF

{TB,2-6}:

> "He began to experience increasingly tight skin and difficulty moving his legs and
> hands and was initially diagnosed with rheumatoid arthritis."; and

> "Today, the patient notes that he is most bothered by his legs and hands where the
> skin is very taut and therefore he finds walking and using his hands difficult. He is
> also quite bothered by the calcified nodules on his buttocks because it is
> uncomfortable to sit."

> "He is unable to open his hands due to contractures. He also has, on the bilateral
> lower extremities, taut skin, woody induration, and is unable to completely
> straighten the knees. There are yellow scleral plaques bilaterally (otherwise his
> face is spared). Also of note, he has 2 nodules, one on each central buttock, what
> have no overlying skin changes but are tender to palpation."

They conclude that Mr. Hammersley has "nephrogenic systemic fibrosis with likely dystrophic

calcification" {TB,5}. No alternative diagnosis was proffered. Pentoxifylline and diltiazem were

suggested as treatment. Additional therapies were discussed, including sodium thiosulfate and

extracorporeal photopheresis. It should also be noted that Mr. Hammersley was in a wheelchair during the visit, which is a testament to the severe effect Omniscan-induced NSF had on his functional activity.

Dystrophic calcification, osseous metaplasia, and calcified sclerotic bodies such as those described in Mr. Hammersley's NSF buttock biopsy, are all well-described complications of advanced, long-standing NSF {WW Ting 2003 *Arch Dermatol*}{K Hershko 2004 *J Cutan Pathol*}{DP Ruiz-Genao 2005 *J Cutan Pathol*}{KG Lewis 2006 *J Cutan Pathol*}{JP Weigle 2008 *Skeletal Radiology*}{Y Nagai 2008 *Acta Dermato-Veneraeologica*}{J Bhawan 2009 *J Cutan Pathol*}{K Wiedemeyer 2009 *Am J Dermatopathol*}{A Deng 2010 *J Cutan Pathol*}{DR Berk 2010 *Dermatol Online J*}{F Kartono 2011 *J Cutan Pathol*}. These changes are also highly specific for NSF, such that Dr. Cowper and colleagues assigned them the strongest weight in a histologic scoring system for diagnosing NSF {M Girardi 2011 *J Am Acad Dermatol*}. Unfortunately, there is no known treatment for this feature of NSF.

Several imaging studies provided non-invasive evidence that the dystrophic calcifications from Mr. Hammersley's Omniscan-induced NSF involved areas besides his skin and buttocks. On January 13, 2009, Mr. Hammersley had a CT scan that showed "…calcification of the psoas and calcification in the pelvic girdle musculature/myositis ossificans" and "…rather dramatic calcification/ossification of muscles about the pelvic girdle including the iliopsoas, pyriformis [sic], gluteus complex, rectus femoris" {EMC,157}. On April 6, 2009, Mr. Hammersley had another CT scan of the abdomen and pelvis that this time showed "some tendonous calcification noted, best demonstrated in the paraspinous muscles as they insert on the ilium and the iliopsoas tendons" {TS,19-20}. In a later CT scan from September 10, 2013, there was "…heterotopic bone about the hips. There is an expansile lytic lesion of the right superior posterior iliac crest

35

measuring 2.4 x 1.8 cm. There is minimal bibasilar atelectasis or scar" and "there are bilateral diaphragmatic calcifications" and "there is calcification of the vas deferens" {OH2,576}. The radiology report proffered asbestos exposure and diabetes mellitus as possible explanations for the diaphragmatic and vas deferens calcifications, respectfully. However, Mr. Hammersley had neither known asbestos exposure nor diabetes mellitus. It is well known that NSF can affect muscles and related structures. It is thus my expert opinion that, to a reasonable degree of medical certainty, the calcifications described in these reports are caused by systemic involvement of NSF. In support of this position, psoas muscle, diaphragmatic, and male sperm tract involvement have all been described in patients with advanced NSF {WW Ting 2003 *Arch Dermatol*}{SR Daram 2005 *Am J Kidney Dis*}{C Kucher 2006 *J Am Acad Dermatol*}. NSF involvement of the diaphragm was implicated as the cause of fatal respiratory failure in some of these patients.

On April 23, 2009, Mr. Hammersley underwent repeat excision of the right buttock lesion because, according to the surgeon Dr. Fletcher, "these are very painfully symptomatic for him" and "despite the possibility of poor healing and complications with this surgery, it has become prohibitive to even sitting down for this patient, who will certainly be spending more and more time sitting down and is becoming less mobile as this incurable disease progresses" {OH,377-378}. In the operative report, Dr. Fletcher described the NSF lesion "…was dissected out all the way down to the gluteal musculature. There was no true capsule around the mass defining its extent" {OH,381-382}. Not surprisingly, the pathology from this sample was also consistent with NSF, when reviewed by Drs. Zaloudek, McCalmont, and Dr. Cowper {UCSF,250-251}{Depo-TM,42-45}{YPR(BM)}.

36

Involvement of the torso by Omniscan-induced NSF (as evidenced by the deep buttock lesions, diaphragmatic involvement, and psoas muscle calcifications) also provides evidence for the relationship between Mr. Hammersley's severe NSF and his severely deforming kyphoscoliosis. This condition is currently a source of much pain and functional limitation for Mr. Hammersley, although NSF involvement of the extremities also contributes substantially to his pain and disabilities. Prior to his Omniscan-induced NSF, Mr. Hammersley had only very mild neck and back issues, for which he sought the aid of the chiropractor Dr. Chester Granka (1996 – 2005). Prior to Omniscan-induced NSF, there was no documentation by Dr. Granka of Mr. Hammersley reporting chronic, severe pain in the neck or back that would require long-term narcotic analgesics, nor were there reports of significant deformity or chronic disability from neck or back disease {CG,7-23}{Depo-CCG,46-48}. As already mentioned above, Mr. Hammersley was not on chronic narcotic therapy until it was prescribed for pain related to his Omniscan-induced NSF. Further, multiple physicians and other providers did not comment on any significant neck or back disease prior to Mr. Hammersley's Omniscan-induced NSF. In August 2004, for example, the neurosurgeon Dr. Jeffrey Lobosky described Mr. Hammersley's spine examination as "the cervical spine is supple and non-tender with a full range of motion" and "forced flexion and vertex compression produced no radicular pain" and "lumbosacral spine - there is no palpable or percussive tenderness or spasm. Straight leg raising is negative" {UCSF,36-38}. In June 2006, the physical therapist Valerie Nelson did not comment upon kyphosis, scoliosis, or lordosis {VN-PT,1}, despite a thorough musculoskeletal assessment.

Spine deformity was commented upon in a CT scan on January 13, 2009: "There is rotary levoscoliosis" {EMC,157}. In an October 2009 physical therapy assessment, there was indication that Mr. Hammersley had a "thoracic kyphosis" {TSS,23-24}. In October 2011, Dr.

Sanchez-Palacios noted "severe scoliosis" with "trouble ambulating" {CRCG,52}. By 2012, this had progressed relentlessly to Mr. Hammersley "…getting progressively more immobile. He ambulates with a walker, he has significant scoliosis" {CRCG,56} and "his wife states that his head is leaning more and more to the left" and "the scoliosis might be getting worse, I am not sure there is much more we can do about this" and "I think this is related to NSF" {CRCG,58}. Imaging from 2012 to the present confirmed the presence of a severe kyphoscoliosis {CRCG,114-115}{OH2,576}. My IME confirmed the presence of a thoracic levoscoliosis (fixed at 45 degrees) and a cervical dextroscoliosis: 40 degrees when neck muscles were relaxed, although he could partly straighten it to only a 20 degree defect with active effort {IME,DJT}. The kyphoscoliosis caused him pain and difficulty when trying to sit up straight in his power wheelchair. However, many other joint contractures also contribute to his limitations (addressed below) {IME,DJT}.

It is my expert opinion that, to a reasonable degree of medical certainty, Mr. Hammersley's Omniscan-induced NSF contributes significantly to his severe kyphoscoliosis. Mr. Hammersley has involvement of Omniscan-induced NSF along his torso in the buttock lesions, and also likely in the psoas muscles and diaphragm. These areas of involvement are all along the trunk, in areas that adjoin the spine and associated structures. Further, the rapidity of the progression of his kyphoscoliosis disease is much faster than would ever be expected in someone his age with such little prior history of severe spine deformity. The impact of the kyphoscoliosis on Mr. Hammersley's health goes above and beyond just the chronic pain, physical deformity, and functional limitations. It also imparts on him a restrictive chest wall defect, which reduces respiratory capacity and contribute to him needing oxygen regularly since at least August 2012 {LC,4}. I have concerns about the effect this deformity has on his

respiratory function, especially in the setting of superimposed chronic narcotic usage (which depresses respiratory drive) and the likely NSF involvement of the diaphragm, which imparts an additional respiratory defect. These features will likely shorten his life expectancy (addressed below).

Mr. Hammersley has advanced arthritic disease in his ankles and feet. It is my opinion that, because of Omniscan-induced NSF, few treatment options exist for this aspect of Mr. Hammersley's health. While Mr. Hammersley had mild pes planus (flat foot) prior to any kidney disease, the ankle and foot was not much of a problem for him for years. However, after the onset of Omniscan-induced NSF, the pace and severity of the ankle and foot deformities progressed rapidly. Ankle contractures were present in April 2008 {VN-PT,36}. In June 2010, the podiatrist Dr. Dennis Trenner described "severe PTTD [posterior tibialis tendon dysfunction]/congenital pes planus and severe calcaneal valgus and midfoot collapse" and "structurally the foot severely pronated - rigid flat foot deformity with noted" and "increased pain with ROM, strength all normal 3/5 [this is not normal]" and "Gait analysis: Left: Rearfoot pronated past heel vertical - consistent with overall pronated foot structure, shuffling unsteady gait" {DLT,1-2}. Dr. Trenner concluded that Mr. Hammersley had a "congetial [sic] rigid pes planus foot deformity b/l which is painful" {DLT,1-2}.

I disagree with Dr. Trenner's conclusion that Mr. Hammersley had simply a congenital rigid pes planus. First, it is not clear from Dr. Trenner's note whether he was even aware of Mr. Hammersley's NSF, nor the implications of it if he did know it was present (NSF is not included in the Past Medical History). In his deposition testimony, Dr. Trenner admitted to never having seen NSF before {Depo-DLT,23}{Depo-DLT,34}, nor knowing that Mr. Hammersley had the disease {Depo-DLT,35}. Second, Dr. Trenner inaccurately documented the skin examination of

the legs "Integumentary: Generalized appearance of the skin is: supple, normal hair growth, turgor, temperature and color" and "no significant edema and erythema" {DLT,1-2}. This would put Dr. Trenner at odds with every other provider who was seeing Mr. Hammersley around that time, and it calls into question the validity of his diagnostic impression. Thirdly, Mr. Hammersley's foot and ankle disease was progressing at a time when he was spending less and less time ambulatory, arguing that mechanical forces were not suddenly causing rapid progression of some previously mild congenital deformity. Dr. Trenner jumped to the hasty conclusion that Mr. Hammersley's foot and ankle deformities were simply congenital in nature. Importantly, Omniscan-induced NSF adversely limits the treatment options available to Mr. Hammersley's ankle and foot arthritis. It is my opinion that Mr. Hammersley is not a good candidate to undergo any potential surgical correction of his ankle and foot disease. Surgery to stabilize his ankle and foot would be fraught with peril because of the severity of his Omniscan-induced NSF in the same area. Risk of poor wound healing and secondary infection because of NSF would be too great to recommend orthopedic intervention on the ankle.

Perhaps in no greater way does Omniscan-induced NSF adversely impact Mr. Hammersley's health and function than the devastating contractures he has developed in his hands, wrists, hips, knees, and ankles. These contractures were well documented in physical therapy notes from 2006 to the present, and they progressively worsened. In June 2006, Ms. Valerie Nelson documented "LE flexibility is minimally decreased, but is improving with a home stretching routine" and "most of pain is focused in the Hamstrings and Calf muscles" {VN-PT,8}. These are the most common sites for NSF symptoms to start, with fibrosis of muscles and peri-articular tissues leading to disabling contractures. Dr. Sanchez-Palacios noted in January 2007 that Mr. Hammersley had "the pain and stiffness does not necessarily seem to be

associated with the joints but he also has trouble making a fist with his hands" {OIM,34}. By June 2007, Ms. Nelson noted that Mr. Hammersley had "decreased bilateral LE strength and ROM with muscle and joint pain" because of "bilateral knee and hip flexion limited at <110 degrees with pain" {VN-PT,11}. In a February 2008 visit, she documented "flexibility is still limited in almost all fingers, especially in the L 4th and 5th fingers and R 4th fingers. Also, ROM in MP joint in L thumb is also very limited" {VN-PT,23}. With concerted effort at PT sessions, Mr. Hammersley appeared to stabilize and potentially even improve {VN-PT,24}{VN-PT,40-41}. This finding is consistent with the general recommendation that patients afflicted with NSF should include regular stretching and range-of-motion exercises in their daily routine. Unfortunately, Mr. Hammersley had difficulty participating in physical therapy regularly because of the difficulty getting to the therapy sessions and challenges getting his insurance to pay for the sessions {NVDC,37-38}.

My IME of Mr. Hammersley found him to have advanced contractures of multiple joints from Omniscan-induced NSF. The most severely affected joints were the bilateral fingers, left wrist, bilateral hips, bilateral knees, and bilateral ankles {IME,DJT}. Please refer to the IME homunculus in the Appendix to this report, on which I document the severity of these joint contractures. For example, the "-30" for the right knee indicates a 30 degree flexion contracture, meaning that Mr. Hammersley has a deficit of 30 degrees when trying to extend his knee fully. I also performed a 17-site modified Rodnan Skin Score (mRSS), a measurement of cutaneous fibrosis in patients with scleroderma. Mr. Hammersley scored 26 out of a possible 51 total points (a very high score).

The hip, knee, and ankle contractures mean that Mr. Hammersley cannot stand comfortably. Some of the finger contractures are very severe, with many joints having at least a

45 degree flexion contracture or more. These cause Mr. Hammersley to be unable to perform fine motor tasks that require manual strength and dexterity, like using utensils, dressing himself, washing himself, and toileting himself. His wife Amy (or a health aide) has to do these things for him. I can find no other reasonable explanation for Mr. Hammersley to have these joint contractures other than his Omniscan-induced NSF. I have already raised significant doubt about the presence of a separate underlying inflammatory arthritis (as proposed by Dr. Singh). In addition, simple degenerative arthritis of the hand joints would not lead to this degree of joint contractures so quickly in someone so young. Dr. Brazil was also of this opinion when he concluded that Mr. Hammersley had "nephrogenic systemic fibrosis causing severe contractures of both hands", as already mentioned when discussing Dupuytren's above {OANC,19-20}.

During my IME of Mr. Hammersley, I gained a deep understanding of the limitations that he experiences in function and livelihood as a direct consequence of joint contractures from Omniscan-induced NSF {IME,DJT}. Prior to Omniscan-induced NSF, Mr. Hammersley was a highly functional individual, largely free of pain and mood disturbances (as reviewed above). After, Omniscan-induced NSF, Mr. Hammersley has been reduced to a shell of his former self. He started using a cane consistently in 2008 and ended up in a wheelchair in 2009. Further, because of joint contractions and weakness in the upper extremities, Mr. Hammersley was unable to self-propel a wheelchair and therefore required a power wheelchair {TSS,2-4}. He stopped driving in 2008 and has had difficulty getting into any sort of standard vehicle because of his rigid lower extremity contractures and immobility. In 2011, Mr. Hammersley and his family finally moved into a one-floor home with a ramp because Mr. Hammersley was unable to negotiate stairs. Mr. Hammersley is unable to type, so most technical interfaces require touch screens, like a tablet device. Sadly, all forms of recreation have stopped, leading Mr.

Hammersley to become socially isolated from extended family, friends, and acquaintances. Mr. Hammersley is rarely if ever left home alone, out of fear that he cannot attend to any of his own needs or get out of the house in an emergency. Thus, Ms. Hammersley and their daughter Aubrey have also become somewhat isolated socially in their own home. The last vacation the family took together was to Disneyland in 2004, when Aubrey was 2 years old. Mr. Hammersley is rarely able to attend his daughter's activities and school events, such as cheerleading and choir.  It was not surprising for me to learn that Carson and Amy Hammersley are not able to experience the physical and emotional intimacy that is expected in a marriage. Rather, Ms. Hammersley "feels like the caregiver, not the spouse. Carson cannot hold hands or hug" {IME,DJT}. Amy Hammersley has been dressing, bathing, and toileting her husband since 2007. The couple sleeps in separate rooms because Mr. Hammersley is in a custom-made bed, uses oxygen, and is awake frequently to adjust himself to find a comfortable position.

In his youth, Mr. Hammersley was not one to suffer long bouts of depression. However, after being afflicted with Omniscan-induced NSF, Mr. Hammersley began to experience progressive emotional and psychologically difficulty. At some point between January 2005 and July 2005, Mr. Hammersley was diagnosed with depression and started on sertraline {OH,29; OIM,287}. While part of his depression might have been attributable to ESRD and a failed kidney transplant, it is my opinion that the major contributing factors to his depression were the chronic pain and progressively severe disabilities caused by Omniscan-induced NSF. By August 2006, when his NSF was already advanced and severe, Mr. Hammersley's depression had progressed to the point where Mr. Hammersley's wife "stated that this was not the man she met or married. He is very depressed and cries all the time" and "he is depressed, which may lead to pain, and he has pain, which may lead to depression" {OIM,27}. On June 27, 2007, Mr.

Hammersley underwent psychological evaluation via tele-medicine at the request of Dr. Sanchez-Palacios. The psychiatrist, Dr. David Smith, meticulously detailed many of the personal, social, and marital stressors that were affected Mr. Hammersley psychologically, as well as the chronic daily pain he was experiencing {OIM,339-340}. Dr. Smith made the diagnosis of major depressive disorder with contributing factors of renal failure and unexplained rheumatologic pain syndrome (which more likely than not was NSF) {OIM,340}.

When considering the systemic involvement of Mr. Hammersley's Omniscan-induced NSF, his chronic pain from the disease, the severe limitations of his NSF-related joint contractures, and his secondary depression from this disease, it easy to conclude that Mr. Hammersley is completely disabled by NSF and reliant upon others for his ADL's. None of his other health conditions disables him in this way. Thus, Omniscan-induced NSF has had a direct or indirect adverse effect on almost every factor that causes Mr. Hammersley pain, depression, or functional limitations. Thus, had Mr. Hammersley never had Omniscan induced NSF – if one were to review Table 4 and simply remove any of the illnesses with NSF as the major contributor or caused entirely by NSF (represented by two or three asterisks, respectively) – then Mr. Hammersley would more like than not be living a much more fruitful and enjoyable life.


_Effect of Omniscan-induced NSF on Mr. Hammersley's life expectancy_

According to my study published with Dr. Jonathan Kay in _Arthritis and Rheumatism_ in 2007, HD patients with NSF have a significantly increased risk of death compared to HD patients without NSF. Others have made this same association as well. However, I am unable to predict Mr. Hammersley's life-expectancy based solely on this, because mortality statistics are difficult to apply to an individual case. What I can state with absolute certainty, however, is that Mr.

Hammersley faces a lifetime of progressive functional disability, chronic pain, depression, and other hardships from his Omniscan-induced NSF, with little hope of sustained improvement.

Because of his Omniscan-induced NSF, it is my opinion that Mr. Hammersley's life-expectancy is shortened beyond what it would have been if he had never been afflicted with Omniscan-induced NSF. This is based not only on the medical literature, but also on my opinions that (1) Mr. Hammersley is at increased risk of falls and bleeding complications because of his unsteady gait; (2) Mr. Hammersley is at increased risk for cardiopulmonary complications because of his inability to engage in regular physical fitness; (3) Mr. Hammersley more likely than not has diaphragmatic involvement from Omniscan-induced NSF, which  has been associated with death from respiratory failure; (4) Mr. Hammersley is likely unable to rescue himself from any type of emergency situation (e.g. home fire); and (5) Mr. Hammersley has selflessly removed himself from consideration of renal transplantation because of his severe NSF-induced disabilities, in order to give others a better chance for a kidney. Renal transplantation would liberate Mr. Hammersley from HD treatments, potentially prolong his life, and ease the management of his anemia and secondary hyperparathyroidism. When asked about this monumental decision during deposition testimony on December 6, 2012, Mr. Hammersley attested that (attorney questions in *italics*) {Depo-CLH2,42-43}:

> "*Q: Are you on a transplant list today?* A: No. *Q: Why is that?* A: 'Cause I took myself off. *Q: Why did you do that?* A: Because I didn't feel that getting a kidney at the time – at the time that I took myself off that they said that, one, there was no cure, and two, that NSF is a disease that causes scarring without having – scarring without being hurt. From what my understanding is. Where scar tissue just forms on tissue, on skin, on ligaments, muscle, organs. And with that knowledge that I had of it, I didn't think that getting a kidney was viable because I didn't want to take that kidney from somebody who could actually use it."

Further, at the UC Davis Transplant Center, where Mr. Hammersley voluntarily removed himself from the transplant list in August 2009 {CRCG,83}, one of the patient selection criteria for

kidney transplantation at the time included "10. Functional status: Candidates must be able to walk short distances and perform activities of daily living without assistance" {CRCG,86}, which Mr. Hammersley had a difficult time demonstrating as early as 2007 {OIM,41}{VN-PT,11}. It should be noted that, at the time Mr. Hammersley took himself off the transplant list, he has no other identifiable contraindications to kidney transplantation. Thus, in a cruel irony, Mr. Hammersley's severe Omniscan-induced NSF and the collective disabilities from it have rendered him unwilling to receive a kidney transplant because of his belief that he's taking that opportunity away from someone else who stands a much better chance of deriving meaningful restoration of livelihood and function. Besides renal transplantation, the Omniscan-induced NSF also places him at increased risk should he decide to pursue surgical correction of his scoliosis or ankle/foot arthritis, as already addressed above.

## 6   Additional Case-Specific Issues

When one considers the clinical and pathological data available for Mr. Hammersley's case, there is no doubt in my mind that he suffers from severely disabling NSF and its complications. This opinion is based on the combination of symptoms consistent with NSF (as early as 2005), objective findings throughout his medical record, and pathologic re-interpretation of the buttock lesions from October 2006, which showed histologic evidence of NSF. While there is evidence of symptomatic NSF as early as 2005, there is nothing in the record to support a diagnosis of NSF prior to the first Omniscan exposure on September 15, 2004. Of note, Mr. Hammersley was not diagnosed with NSF until January 2009, many years after the onset of his disease. In the literature, NSF cases often have been reported to occur within 2-3 months of exposure to GBCAs, but the maximum duration of time between GBCA exposure and disease onset has not

been well established. Many reported cases of NSF have been diagnosed >6 months or longer from the most recent known GBCA exposure {CDC 2007 *MMWR*}{TA Collidge 2007 *Radiology*}{JL Abraham 2008 *Br J Dermatol*}{SO Grebe 2008 *Clin Exp Nephrol*}{JP O'Connor 2007/2008 *J Lancaster Gen Hosp*}{WM Shabana 2008 AJR}. Thus, the timing of Mr. Hammersley's NSF diagnosis, with symptoms as early as 2005 and more advanced findings in August 2006, remains well within an acceptable timeframe. More to the point, Mr. Hammersley had evidence of Omniscan-induced NSF retrospectively, but it was not identified by his physicians at the time.

No other chronic fibrosing condition adequately explains the totality of Mr. Hammersley's diagnosis. He lacks clinical features commonly present in fibrosing conditions other than NSF, such as scleroderma, scleromyxedema, diffuse morphea profunda, or lipodermatosclerosis. He has had no reported Raynaud's phenomenon, abnormal nailfold capillaroscopy, facial involvement, or serologic studies to support a diagnosis of scleroderma. He lacks facial involvement and monoclonal gammopathy of scleromyxedema. He had initial involvement in the extremities, whereas diffuse morphea profunda usually starts centrally and spreads acrally, sparing the fingers {H Minato 2009 *Br J Dermatol*}. Mr. Hammersley has had severe involvement of his arms in addition to his legs, which is not a feature of lipodermatosclerosis, in which sclerosis is limited to gravity-dependent aspects of the body. Thus, NSF, and only NSF, explains Mr. Hammersley's systemic fibrosing skin disorder.

# 7   Conclusions

I have carefully reviewed the records encompassing the times surrounding Mr. Hammersley's exposure to Omniscan on six occasions in 2004-2006, each of which occurred while he was in

ESRD on HD. It is my expert opinion that these exposures caused his severe NSF, associated morbidity, and limited treatment options for his other medical conditions, as discussed extensively above. There is simply no clinical evidence in the medical record to support a presentation of NSF prior to the first Omniscan exposure, and the preponderance of scientific understanding links Omniscan (and the other high-risk GBCAs Magnevist and Optimark) as causative agents in the development of NSF. The brief ProHance exposure in 2008 would confer little if any additional morbidity related to NSF because of its relative stability, as reviewed above. Further, the onset of Mr. Hammersley's NSF following his multiple Omniscan exposures is similar to that reported in numerous publications that collectively prove to a reasonable degree of medical certainty that Omniscan causes NSF (referenced extensively in my expert report). In Mr. Hammersley's case, the clinical diagnosis of NSF was confirmed by skin biopsy in January 2009, but histologic evidence of his disease dated back to at least August 2006. Mr. Hammersley has become progressively disabled as a direct consequence of his Omniscan-induced NSF. This has happened despite efforts at seeking help and treatment with his disorder. There are no known cures for NSF, despite many modalities having been tried.

Prior to his ESRD diagnosis, Mr. Hammersley was a highly functional man who provided for his family and enjoyed life. Many patients with ESRD or kidney transplants can live fruitful, engaging, and long lives. Omniscan-induced NSF, not ESRD, has reduced Mr. Hammersley to a shell of his former self, living with impaired mobility, reduced manual dexterity, and chronic pain. He has been unable to be gainfully employed in any fashion because of NSF, and even his wife has had to restrict her employment because of his illness. This terrible disease has also limited the options available to Mr. Hammersley when considering treatment for his other medical co-morbidities, including his ESRD, scoliosis, and foot/ankle arthritis. Collectively,

these factors and the Omniscan-induced NSF itself also decrease his predicted life expectancy. Thus, it is my opinion that, to a reasonable degree of medical certainty, had Mr. Hammersley never been exposed to Omniscan, then he would never have had Omniscan-induced NSF. More to the point, he would, more likely than not, be an active and independently functional man with improved life-expectancy, as compared to his current condition.

I, Derrick J. Todd, M.D., Ph.D., hereby declare under the penalties of perjury that I am a duly licensed physician in the Commonwealth of Massachusetts.

Mr. Carson Hammersley was interviewed and examined according to restricted rules concerning an Independent Medical Evaluation. It is, therefore, understood that no doctor/patient relationship exists or is implied by this evaluation. I also further declare, under the penalties of perjury, that this document was prepared and is the work of the undersigned, and that my assertions and conclusions contained in the above report are true to the best of my knowledge and information.

Derrick J. Todd, M.D., Ph.D.

November 24, 2014

49

## Table 1: Materials Referenced In Addition to Medical Record*

| Abbreviation | Document | Pages |
|---|---|---|
| {Cowper} | Cowper.001 (Buttock Path Slides) | 3 |
| {Depo-CCG} | Deposition: Dr. Charles C. Granka, 3/25/2014 | 65 |
| {Depo-CLH1} | Deposition:  Carson L. Hammersley, 11/15/2012 | 148 |
| {Depo-CLH2} | Deposition:  Carson L. Hammersley, 12/06/2012 | 99 |
| {Depo-TM} | Deposition: Timothy McCalmont | 96 |
| {Depo-BM} | Deposition:  Benjamin Mow, 10/08/2009 | 76 |
| {Depo-HS} | Deposition: Dr. Harchetan Singh | 116 |
| {Depo-DLT} | Deposition: Dr. Dennis L. Trenner | 47 |
| {DR1} | Dialysis Record 12.1 & 3.2004 | 2 |
| {DR2} | Dialysis Record 7.25 & 27.2005 | 2 |
| {DR3} | Dialysis Record 3.20 & 22.2006 | 2 |
| {DR4} | Dialysis Record 8.23 & 25.2006 | 2 |
| {DR5} | Dialysis Record 12.4 & 6.2006 | 2 |
| {DR6} | Dialysis Record 4.25.2008 | 1 |
| {IME,DJT} | IME, Dr. Derrick J. Todd | 2 |
| {Hubb. Affdvt} | Hubbard Affidavit (NS Radiology) | 9 |
| {Mow Affdvt} | Affidavit of Benjamin Mow( UCSF) (9.16.09) | 4 |
| {NSR2} | North State Add'l Records | 32 |
| {YPR(B)} | Yale Path Report (Back) | 2 |
| {YPR(BM)} | Yale Path Report (Buttock Masses) | 2 |
| {YPR(L)} | Yale Path Report (Leg) | 2 |

*No Bates numbers for these documents

## Table 2: Abbreviations for Bates Numbers

| Abbreviation | Bates Reference |
|---|---|
| {AB} | AB,1-54 |
| {CCG} | CCG,1-54 |
| {CEC} | CEC,1-10 |
| {CG} | CG,1-33 |
| {CJS} | CJS,1-10 |
| {CPMC} | CPMC,1-185 |
| {CRCG} | CRCG,1-99 |
| {CVAC} | CVAC,1-9 |
| {DLT} | DLT,1-6 |
| {EE} | EE,1-35 |
| {EMC} | EMC,1-161 |
| {FPA} | FPA,1-39 |
| {FRH} | FRH,1-24 |
| {HS} | HS,1-68 |
| {JR} | JR,1-25 |
| {LC} | LC,1-41 |
| {NNA} | NNA,1-38 |
| {NSR} | NSR,1-40 |
| {NU} | NU,1-21 |
| {NVDC} | NVDC,1-51 |
| {OANC} | OANC,1-36 |
| {OFPEC} | OFPEC,1-13 |
| {OH} | OH,1-488 |
| {OH2} | OH,365-598[*] |
| {OIM} | OIM,1-405 |
| {PHUNG} | PHUNG,1-15 |
| {RPR} | RPR,1-5 |
| {SM} | SM,1-62 |
| {TB} | TB,1-13 |
| {TMPT} | TMPT,1-36 |
| {TS} | TS,1-21 |
| {TSS} | TSS,1-82 |
| {UCDHS} | UCDHS,1-63 |
| {UCSF} | UCSF,1-254 |
| {VN-PT} | VN-PT,1-42 |
| {WSH} | WSH,1-9 |

*Non-identical records with overlapping Bates numbers. OH2 refers to a 236 page PDF document titled "Oroville Hospital Vol II 9.10.13(Lifsey Bates)"

## Table 3: Mr. Carson Hammersley's GBCA Exposures

| Date | Agent | Study | Notes |
|------|-------|-------|-------|
| 09/15/2004 | Omniscan | MRI Brain {USCF,54-55} | • Indication: Characterize orbital mass<br>• Impression: "Large multilocular cystic heterogeneously enhancing extra-axial mass with fluid/fluid level centered at the right frontal calvarium and right lateral orbital wall, likely of osseous origin. Differential diagnosis would include aneurismal bone cyst, giant cell tumor, telangiectatic osteosarcoma, and, given the history of renal failure, brown tumor. Non-osseous lesions such as sarcoma, hemangiopericytoma, or metastasis are considered less likely." |
| 12/02/2004 | Omniscan | MRI Brain {NSR,3-4} | • Indication: Post-operative tumor surveillance. Headache.<br>• Impression: "Post-operative changes in the right supraorbital region. No abnormal areas of enhancement are demonstrated." |
| 07/25/2005 | Omniscan | MRI Brain {OIM,189} | • Indication: Post-operative tumor surveillance. Headache.<br>• Impression: "Stable post surgical changes without interval space occupying or enhancing mass." |
| 03/21/2006 | Omniscan | MRI Brain {OIM,191-192} | • Indication: Post-operative tumor surveillance.<br>• Impression: "Slightly increased subdural signal which may represent post operative inflammation. Recurrent tumor with slightly increased dural enhancement. I see no obvious enhancing right frontal lobe mass or orbital tumor. Post surgical changes of right frontal craniotomy are noted. No focal restricted diffusion or obvious hemorrhage appreciated on the gradient echo sequence." |
| 08/24/2006 | Omniscan | MRI Brain {AB,12-13} | • Indication: Brain tumor<br>• Impression: "Post procedure in the right frontotemporal bone region. Clinical correlation recommended as MRI does not provide great detail of bones. The elliptical fluid signal focus probably containing protein content or other appears unchanged. There is no mass like contrast enhancement." |
| 12/05/2006 | Omniscan | MRI Pelvis {NSR,22} | • Indication: Bilateral buttock masses<br>• Impression: "There is no focal mass lesion identified. However, bilateral reticulations especially medial subcutaneous buttocks are noted. Edema or cellulitis?" |
| 04/25/2008 | ProHance | MRI Brain {AB,18-19} | • Indication: Tumor surveillance. Headache for one month.<br>• Impression: "Prior right frontal craniotomy. Otherwise negative MRI of the brain. Specifically, negative for evidence of meningioma or mass at this time." |

Abbreviations: GBCA, gadolinium based contrast agent; MRI, magnetic resonance imaging;

NSF, Nephrogenic systemic fibrosis

## Table 4: Medical Conditions for Mr. Carson Hammersley

| Chronic conditions that pre-dated first Omniscan exposure | Select self-limited conditions/procedures that pre-dated first Omniscan exposure |
|---|---|
| 1. Factor V Leiden heterozygosity<br>2. MTHFR heterozygosity<br>3. Pes planus<br>4. *Idiopathic ESRD on hemodialysis<br>5. *Hyperparathyroidism secondary to ESRD<br>6. *Anemia secondary to ESRD<br>7. GERD<br>8. Erectile dysfunction | 1. Bilateral inguinal herniorrhaphy<br>2. Non-disabling neck pain<br>3. Non-disabling back pain<br>4. Tooth fracture<br>5. Intermittent headaches<br>6. Supraorbital giant cell tumor of bone<br>7. Fistula placement |
| Chronic conditions that occurred after first Omniscan exposure (chronological order) | Select self-limited conditions/procedures that occurred after first Omniscan exposure (chronological order) |
| 1. Hypertension<br>2. ***Nephrogenic systemic fibrosis with progressively severe contractures of fingers, hands, hips, knees, and ankles<br>3. **Depression (severe since May 2007)<br>4. ***Chronic musculoskeletal pain<br>5. ***Fibrotic masses on bilateral buttocks, with osseous metaplasia<br>6. **Penile fibrosis<br>7. **Severe scoliosis<br>8. Dysplastic nevi<br>9. *Severe pes planovalgus and ankylosis<br>10. **Conjunctival fibrosis<br>11. **Xerotic dermatitis<br>12. **Osteoporosis<br>13. **Multiple non-healing ulcers | 1. Renal transplantation<br>2. Renal graft failure from thrombus<br>3. Multiple fistulograms<br>4. Cellulitis<br>5. Carpal tunnel syndrome<br>6. **Left buttock abscess at incision site<br>7. Seronegative inflammatory arthritis<br>8. Myoclonus/restless leg syndrome<br>9. Plantar fasciitis<br>10. Multicystic degenerative kidney disease<br>11. Urinary tract infection<br>12. **Bed sores<br>13. Leg folliculitis<br>14. **Occlusive acne on back<br>15. Ischemic colitis |

* Presence of Omniscan-induced NSF has had a negative impact on treatment options available

to Mr. Hammersley for this condition, including transplant candidacy.

** Omniscan-induced NSF is at least a significant contributing factor to this condition.

*** Omniscan-induced NSF is the majority contributing factor or sole cause of this condition.

Abbreviations: ESRD, end stage renal disease; GERD, gastroesophageal reflux disease;

MTHFR, methylenetetrahydrofolate reductase;