**CURRICULUM VITAE FOR ACADEMIC PROMOTION**

The Johns Hopkins University School of Medicine

(Signature) _____     _____
                     Derek Michael Fine, MD                   11/23/2014
                                                              (Date of this version)

**DEMOGRAPHIC AND PERSONAL INFORMATION**

**Current Appointments**

05/08-present  Associate Professor of Medicine
               Johns Hopkins University School of Medicine

08/09-present  Fellowship Director, Division of Nephrology
               Department of Medicine, Johns Hopkins Univ. School of Medicine

**Personal Data**

               The Johns Hopkins University School of Medicine
               Division of Nephrology, Department of Medicine
               1830 E. Monument Street. Suite 416
               Baltimore, MD 21205
               (410) 955-5268 (Phone)
               (410) 955-0485 (Fax)
               dfine1@jhmi.edu

**Education and Training  (in chronological order)**

- Undergraduate

1985-1986      University of Witwatersrand, Johannesburg, South Africa
               Completed 2 years of MBBCh Degree (Degree not completed)

1987-1989      University of Miami, BS (Mathematics)

- Doctoral (MD)

1989-1994      The Johns Hopkins University School of Medicine, MD

- Postdoctoral

1994-1997      Intern, Junior Assistant Resident, Senior Assistant Resident, Osler Medical Service,
               The Johns Hopkins Hospital/ University School of Medicine
1997-1999      Postdoctoral Fellow, Division of Nephrology
               The Johns Hopkins University School of Medicine

1

**Professional Experience (in chronological order)**

| | |
|---|---|
| 1999-2000 | The Johns Hopkins Hospital/ University School of Medicine<br>Instructor/ Assistant Chief of Service – Medicine |
| 2000-2001 | The Johns Hopkins University School of Medicine<br>Instructor in Medicine |
| 2001-2008 | The Johns Hopkins University School of Medicine<br>Assistant Professor of Medicine |
| 2008-Present | The Johns Hopkins University School of Medicine<br>Associate Professor of Medicine |
| 2003-2010 | Course Director, Second Year Curriculum, Pathophysiology Course,<br>Johns Hopkins University School of Medicine |
| 2010 | Course Director, Renal Section, Second Year Curriculum, Genes-to-Society<br>Course, Johns Hopkins University School of Medicine |
| 2009-Present | Fellowship Director, Division of Nephrology<br>Department of Medicine, Johns Hopkins Univ. School of Medicine |

# RESEARCH ACTIVITIES

**Peer-reviewed scientific articles:**

1. **Fine DM**, Lo CF, Aguillar L, Blackmon DL, Montrose MH. Cellular chloride depletion inhibits cAMP-activated electrogenic chloride fluxes in HT29-18-C1 cells. *J Membr Biol.* May 1995; 145(2):129-141.

2. Fairbanks KD, Eustace JA, **Fine D**, Thuluvath PJ. Renal function improves in liver transplant recipients when switched from a calcineurin inhibitor to sirolimus. *Liver Transpl.* Oct 2003;9(10):1079-1085.

3. Pawarode A, **Fine DM**, Thuluvath PJ. Independent risk factors and natural history of renal dysfunction in liver transplant recipients. *Liver Transpl.* Jul 2003;9(7):741-747.

4. Atta MG, Longenecker JC, **Fine DM**, et al. Sonography as a predictor of human immunodeficiency virus-associated nephropathy. *J Ultrasound Med.* May 2004;23(5):603-610; quiz 612-603.

5. Christopher-Stine L, Petri M, Astor BC, **Fine D**. Urine protein-to-creatinine ratio is a reliable measure of proteinuria in lupus nephritis. *J Rheumatol.* Aug 2004;31(8):1557-1559.

6. **Fine DM**, Arepally A, Hofmann LV, Mankowitz SG, Atta MG. Diagnostic utility and safety of transjugular kidney biopsy in the obese patient. *Nephrol Dial Transplant.* Jul 2004;19(7):1798-1802.

7. F**ine DM**, Gelber AC, Melamed ML, Lin JC, Zhang L, Eustace JA. Risk factors for renal failure among 72 consecutive patients with rhabdomyolysis related to illicit drug use. *Am J Med.* Oct 15 2004; 117(8):607-610.

8. Grover DS, Atta MG, Eustace JA, Kickler TS, **Fine DM**. Lack of clinical utility of urine myoglobin detection by microconcentrator ultrafiltration in the diagnosis of rhabdomyolysis. *Nephrol Dial Transplant.* Oct 2004; 19(10):2634-2638.

9. Atta MG, Choi MJ, Longenecker JC, Haymart M**,** Wu J, Nagajothi N, Racusen LC, Scheel PJ, Brancati FL, **Fine DM**. . Nephrotic range proteinuria and CD4 count as noninvasive indicators of HIV-associated nephropathy. *Am J Med.* Nov 2005;118(11):1288.

10. Sengeolge G, Luo W, **Fine D**, Perschl AM, Fierlbeck W, Haririan A, Sorensson J, Rehman T, Hauser P, Trevick JS, Kulak SC, Wegner B, Ballermann BJ.. A SAGE-based comparison between glomerular and aortic endothelial cells. *Am J Physiol Renal Physiol.* Jun 2005;288(6):F1290-1300.

11. Atta MG, MPH, Gallant JE, Rahman MH, Nagajothi N, Racusen LC, Scheel PJ, **Fine DM**.  Antiretroviral therapy in the treatment of HIV-associated nephropathy. *Nephrol Dial Transplant.* Jul 24 2006.

12. Estrella M, **Fine DM**, Gallant JE, Rahman MH, Nagajothi N, Racusen LC, Scheel PJ, Atta MG. HIV type 1 RNA level as a clinical indicator of renal pathology in HIV-infected patients. *Clin Infect Dis.* Aug 1 2006;43(3):377-380.

13. Kasitanon N, **Fine DM**, Haas M, Magder LS, Petri M. Hydroxychloroquine use predicts complete renal remission within 12 months among patients treated with mycophenolate mofetil therapy for membranous lupus nephritis. *Lupus.* 2006;15(6):366-370.

14. Kim HS, **Fine DM**, Atta MG. Catheter-directed Thrombectomy and Thrombolysis for Acute Renal Vein Thrombosis. *J Vasc Interv Radiol.* May 2006;17(5):815-822.

15. Christopher-Stine L, Siedner M, Lin J, Parekh HJ, Petri M, **Fine DM**. Renal biopsy in lupus patients with low levels of proteinuria. *J Rheumatol.* Feb 2007;34(2):332-335.

16. Siedner MJ, Christopher-Stine L, Astor BC, Gelber AC, **Fine DM**. Screening for proteinuria in patients with lupus: A survey of practice preferences among American rheumatologists. *J Rheumatol.* May 2007; 34(5): 973-977.

17. Benjo A, Thompson RE, **Fine D**, Hogue CW, Alejo D, Kaw A, Gerstenblith G, Shah A, Berkowitz DE, Nyhan D.  Pulse Pressure Is an Age-Independent Predictor of Stroke Development Following Cardiac Surgery.  *Hypertension.* 2007 Sep 4; [Epub ahead of print]

18. **Fine DM**, Garg N, Haas M, Rahman MH, Lucas GM, Scheel PJ, Atta MA. Cocaine use and hypertensive renal changes in HIV infected patients. *Clin. J Am Soc Neph*, November 2007 2: 1125-1130

19. Kasitanon N, **Fine DM**, Haas M, Magder LS, Petri M. Estimating Renal Function in Lupus Nephritis: Comparison of the Modification of Diet in Renal Disease and Cockcroft Gault Equations. *Lupus.* 2007;16(11):887-95

20. Atta MG, **Fine DM**, Kirk GD, Mehta SH, Moore RD, Lucas GM. Survival on renal replacement therapy among African Americans infected with HIV-1 in urban Baltimore. *Clin Infect Dis.* 2007; 45(12): 1625-1632

21. Siedner MJ, Gelber AC, Rovin BH, Mckinley AM, Christopher-Stine L, Astor BC, Petri M, **Fine DM**. Diagnostic Accuracy Study of Urine Dipstick in Relation to 24 Hour

Measurement as a Screening Tool for Proteinuria in Lupus Nephritis. *J Rheumatol.* 2008; 35(1):84-90

22. Petri M, Kasitanon N, Lee SS, et al; Systemic Lupus International Collaborating Clinics. Systemic lupus international collaborating clinics renal activity/response exercise: development of a renal activity score and renal response index. *Arthritis Rheum.* 2008 Jun;58(6):1784-8.

23. Petri M, Kasitanon N, Singh S, et al; Systemic Lupus International Collaborating Clinics. Systemic lupus international collaborating clinics renal activity/response exercise: comparison of agreement in rating renal response. *Arthritis Rheum.* 2008 Jun;58(6):1789-95.

24. Kasitanon N, Petri M, Haas M, Magder LS, **Fine DM.** Mycophenolate Mofetil as the Primary Treatment of Membranous Lupus Nephritis With and Without Concurrent Proliferative Disease: A Retrospective Study of 29 Cases. *Lupus.* 2008;17(1):40-5

25. Berliner AR, **Fine DM**, Lucas GM, Rahman MH, Racusen LC, Scheel PJ, Atta MG. Observations on a Cohort Of HIV-Infected Patients Undergoing Native Renal Biopsy. *Am J Nephrol.* 2008; 28(3):478-486

26. Siedner MJ, Atta MG, Lucas GM, Perazella MA, **Fine DM**.  Poor validity of urine dipstick as a screening tool for proteinuria in HIV patients. *J Acquir Immune Defic Syndrome.* 2008; 47, No 2, pp. 261-262

27. Lucas GM, Lau B, Atta MG, **Fine DM**, Keruly J, Moore RD.  Chronic kidney disease incidence and progression to end-stage renal disease in HIV-infected individuals: A tale of two races. *J Infect Dis.* 2008 Jun 1;197(11):1548-57

28. Perez-Rodriguez J, Lai S, Ehst B, **Fine DM**, Bluemke DA.  A Report of 33 Cases of Nephrogenic Systemic Fibrosis:  Incidence, Associations and Impact of Risk Factor Assessment. *Radiology.* 2009 Feb; 250 (2), pp. 371-377

29. Smith KY, Patel P, **Fine D**, Bellos N, Sloan L, Lackey P, Kumar PN, Sutherland-Phillips DH, Vavro C, Yau L, Wannamaker P, Shaefer MS; HEAT Study Team. Randomized, double-blind, placebo-matched, multicenter trial of abacavir/lamivudine or tenofovir /emtricitabine with lopinavir/ritonavir for initial HIV treatment. *AIDS.* 2009 Jul 31;23(12):1547-56.

30. **Fine DM**, Ziegenbein M, Petri M, Han E, McKinley AM, Chellini J, Nagaraja HN, Carson KA, Rovin BH. A prospective study of protein excretion using short-interval timed urine collections in patients with lupus nephritis.  *Kid Int.* Sept. 2009 [Epub ahead of print]

31. Tabatabai S, Sperati CJ, Atta MG, Janjua K, Roxbury C, Lucas GM, **Fine DM.** Predictors of Complication after Percutaneous Ultrasound-Guided Kidney Biopsy in HIV-infected Individuals: Possible Role of Hepatitis C and HIV coinfection. *Clin. J Am Soc Neph*,  Oct 2009 [Epub ahead of print]

32. George E, Lucas GM, Nadkarni GN, **Fine DM**, Moore R, Atta MG. Kidney function and the risk of cardiovascular events in HIV-1-infected patients. *AIDS.* 2009 Dec 17. [Epub ahead of print]

33. Parkhie SM, **Fine DM**\*, Lucas GM, Atta MG\*. Characteristics of Patients with HIV and Biopsy-Proven Acute Interstitial Nephritis. *Clin. J Am Soc Neph*, 2010 March 25.[Epub ahead of print] \*contributed equally to this work

34. Lanata C, Mohmood T, **Fine D**, Petri M.  Combination Therapy of Mycophenolate Mofetil and Tacrolimus in Lupus Nephritis. *Lupus*. 2010;19(8):935-40. Epub 2010 Apr 13

35. Lucas GM, Clarke W, Kagaayi J, Atta MG, **Fine DM**, Laeyendecker O, Serwadda D, Chen M, Wawer MJ, Gray RH. Decreased Kidney Function in a Community-based Cohort of HIV-Infected and HIV-Negative Individuals in Rakai, Uganda. *J Acquir Immune Defic Syndr*. 2010 Jul 6. [Epub ahead of print]

36. Blankson JN, Basseth CR, Kuperman M, **Fine DM**. Spontaneous Resolution of HIV-Associated Nephropathy in an Elite Controller. *AIDS*, 2011; 25(8): 1135-1137

37. George E, Nadkarni GN, Estrella MM, Lucas GM,  Sperati CJ, Atta MG, **Fine DM**.  The Impact of Hepatitis C Coinfection on Kidney Disease in Human Immunodeficiency Virus: A Biopsy Study.  *Medicine* (Baltimore), 2011 Sep;90(5):289-95.

38. **Fine DM**, Wasser WG, Estrella ME, Atta MG, Kuperman M, Shemer R, Rajasekaran A, Tzur S, Racusen LC, Skorecki K.  *APOL1* Risk Variants Predict Histopathology and Progression to End-Stage in Patients with HIV-Related Kidney Disease. *J Am Soc Nephrol*, 2012 Feb;23(2):343-50. Epub 2011 Dec 1.

39. Estrella ME, Kirk G, Mehta S,  Brown T, **Fine DM**, Atta MG, Lucas GD, Vitamin D Deficiency and Persistent Proteinuria among HIV-infected and -uninfected Injection Drug Users.  *AIDS*. 2012 Jan 28;26(3):295-302.

40. Atta MG, Estrella ME, Kuperman M, Foy M, **Fine DM**, Racusen L, Lucas GM, Nelson G, Warner A, Winkler CA, Kopp JB.  HIV associated nephropathy: *APOL1* variant-associated cases lack unique clinical and pathological characteristics. *Kid Int*. Kidney Int. 2012 Aug;82(3):338-43. doi: 10.1038/ki.2012.111. Epub 2012 Apr 11

41. Chen TK, Estrella MM, **Fine DM**. Predictors of Kidney Biopsy Complication among Patients with Systemic Lupus Erythematosus.  *Lupus*. 2012 Jul;21(8):848-54

42. Ono M, Arnaoutakis GJ, **Fine DM**, Brady K, Easley RB, Zheng Y, Brown C, Katz NM, Grams ME, Hogue CW. Blood Pressure Excursions Below the Cerebral Autoregulation Threshold During Cardiac Surgery Are Associated With Acute Kidney Injury. *Crit Care Med*. 2013 Feb;41(2):464-71

43. Birmingham DJ, Shidham G, Perna A, **Fine DM**, Bissell M, Rodby R, Remuzzi G, Petri M, Hebert P, Rovin BH, Hebert LA. Spot PC ratio estimates of 24-hour proteinuria are more unreliable in lupus nephritis than in other forms of chronic glomerular disease. *Ann Rheum Dis*. 2014 Feb;73(2):475-6. doi: 10.1136/annrheumdis-2013-203790. Epub 2013 Oct 3. PMID: 24092416

44. Lucas GM, Jing Y, Sulkowski M, Abraham AG, Estrella MM, Atta MG, **Fine DM**, Klein MB, Silverberg MJ, Gill MJ, Moore RD, Gebo KA, Sterling TR, Butt AA; NA-ACCORD of the IeDEA.Hepatitis C viremia and the risk of chronic kidney disease in HIV-infected individuals. *J  Infect Dis*. 2013 Oct 15;208(8):1240-9. doi: 10.1093/infdis/jit373. Epub 2013 Jul 31. PMID: 23904290

45. Foy MC, Estrella MM, Lucas GM, Tahir F, **Fine DM**, Moore RD, Atta MG. Comparison of risk factors and outcomes in HIV immune complex kidney disease and HIV-associated nephropathy. *Clin J Am Soc Nephrol*. 2013 Sep;8(9):1524-32. doi: 10.2215/CJN.10991012. Epub 2013 May 16. PMID: 23685946

46. Bhasin B, Lau B, Atta MG, **Fine DM**, Estrella MM, Schwartz GJ, Lucas GM. HIV viremia and T-cell activation differentially affect the performance of glomerular filtration rate equations based on creatinine and cystatin C. PLoS One. 2013 Dec 23;8(12):e82028. PMID: 24376511

47. Sandler NG, Zhang X, Bosch RJ, Funderburg NT, Choi AI, Robinson JK, **Fine DM**, Coombs RW, Jacobson JM, Landay AL, Douek DC, Tressler R, Read SW, Wilson CC, Deeks SG, Lederman MM, Gandhi RT; on behalf of the AIDS Clinical Trials Group A5296 Team. Sevelamer Does Not Decrease Lipopolysaccharide or Soluble CD14 Levels But Decreases Soluble Tissue Factor, Low-Density Lipoprotein (LDL) Cholesterol, and Oxidized LDL Cholesterol Levels in Individuals With Untreated HIV Infection. J Infect Dis. 2014 May 26. PMID: 2486412

48. Chen TK, Gelber AC, Witter FR, Petri M, **Fine DM**. Renal biopsy in the management of lupus nephritis during pregnancy. *Lupus*. 2014 September 23. PMID: 25249595

49. Murakami CA, Attia D, Carter-Monroe N, Lucas GM, Estrella MM, **Fine DM**, Atta MG. The Clinical Characteristics and Pathological Patterns of Postinfectious. Glomerulonephritis in HIV-Infected Patients. *PLoS One*. 2014 Oct 1;9(10). PMID: 25272150

**Extramural Funding (current, pending, previous):**

2004-2005          National Kidney Foundation of Maryland
                   "Title: Development of an Automated Non-Invasive
                   Urinalysis System to Detect Acute Renal Failure in Real-
                   Time in Patients Hospitalized in the ICU"

2005-2009          (NIAID) Grant# U01 AI52748-03
                   Co-investigator (2% Salary support)
                   Duration: 5 years (Oct 2003-2008)
                   Protocol HIVTR, Solid Organ Transplantation in HIV: Multi-Site Study.

2010-2011          National Kidney Foundation of Maryland Minigrant ($10,000)
                   "Cyclohexanone kinetics in hemodialysis patients"

2010-present       NIH Subgrant 5P01DK056492-13 (09/01/10-07/31/15: The Pathogenesis
                   of HIV Associated Nephropathy, Core C: Clinical Trial: Hopkins PI – M
                   Atta; 3% salary support)

                   NIDA grant R01 DA026770 (03/01/10 – 12/31/14): Early-Stage Chronic
                   Kidney Disease in HIV-infected Individuals: PI- G Lucas;  5% salary
                   support)

2012-present          National Kidney Foundation of Maryland Minigrant (Co-PI with Dr. Teresa Chen)
Title: "The Role of *APOL1* Risk Allele Status in Lupus Nephritis"


## EDUCATIONAL ACTIVITIES

**Educational Publications**
***Invited/Submitted Reviews***


1.      **Fine DM**, Statin-Related Muscle Toxicity. *Adv Stud Med*. 2003; 3(10), 554-560.

2.      **Fine DM**, Petri M. Kidney Biopsy in Lupus Nephritis: Seize the Opportunity. *Acta Reumatológica Portuguesa.* 2005;30:121-127.

3.      **Fine DM**. Pharmacological therapy of lupus nephritis. *JAMA*. Jun 22 2005; 293(24):3053-3060.

4.      Bihl GR, Petri M, **Fine DM**. Kidney biopsy in lupus nephritis: look before you leap. *Nephrol Dial Transplant*. Jul 2006;21(7):1749-1752.

5.      **Fine DM**. Renal disease and toxicities: issues for HIV care providers. *Top HIV Med*. Dec 2006 - Jan 2007;14(5):164-169.

6.      **Fine DM**, Atta MG. Kidney Disease in the HIV-Infected Patient. *AIDS Patient Care and STDs*. Nov 2007, 21 (11): 825-832

7.      Linfert DR, Schell JO, **Fine DM.** Treatment of Nephrogenic Systemic Fibrosis: Limited Options but Hope for the Future. *Semin Dial*. 2008 Jan [Epub ahead of print]

8.      **Fine DM**, Perazella MA, Lucas GM, Atta MG. Kidney Biopsy in HIV: Beyond HIVAN. *Am. J. Kid. Dis*. 2008; 51:504-14

9.      **Fine DM**, Perazella MA, Lucas GM, Atta MG. Renal Disease in HIV: Epidemiology, Pathogenesis and Management. *Drugs*. 2008; 68 (7): 963-80

10.     Atta MG, Lucas GM, **Fine DM**. HIV-associated nephropathy: diagnosis and management. *Expert Rev Anti Infect Ther*. 2008 Jun; 6 (3):365-71.

11.     **Fine DM**, Fogo AB, Alpers CE. Thrombotic Microangiopathy and other Glomerular Disorders in the HIV-infected Patient. *Semin Nephrol*. 2008; 28 (6): 545 – 555.

12.     Estrella M, **Fine DM**. Screening for Chronic Kidney Disease in HIV-Infected Patients. *Adv Chronic Kidney Dis*. 2010 Jan;17(1):26-35.

13.     **Fine DM**, Perazella MA.  Nephrogenic Systemic Fibrosis: What the Hospitalist Needs to Know. *J. Hosp. Med.* 2010 Jan: 5:46-50

14.     Estrella MM, **Fine DM**, Atta MG. Recent Developments in HIV-related kidney disease. *Hiv Ther*. 2010 Sep; 4 (5): 589-603

15.     Chen TK, **Fine DM**. Top 10 developments in lupus nephritis. *Curr Rheumatol Rep*. 2013 Sep;15(9):358. doi: 10.1007/s11926-013-0358-7. Review. PMID: 23893235

### *Editorials*

1.      **Fine DM**. Editorial comment: tenofovir nephrotoxicity--vigilance required. *AIDS Read.* Jul 2005;15(7):362-363.

2.      **Fine DM**. Editorial: Lupus Nephritis: Know Thine Enemy. *Intl. Pediatrics*. Sept 2006; 21 (3): 133-134.

3.      **Fine DM.** Editorial Comment: Tenofovir and Fanconi Syndrome: Understanding Proximal Tubule Dysfunction. *AIDS Read.* June 2007;17(6):326-7

4.      Atta MG, **Fine DM.** Editorial Comment: Tenofovir Nephrotoxicity: The Disconnect Between Clinical Trials and Real-World Practice. *AIDS Read.* Mar 2009;19(3):118-9

5.      **Fine DM**, Gallant JE. Nephrotoxicity of Antiretroviral Agents: Is the List Getting Longer? *J Infect Dis*. May 2013; 207(9):1349-51

### *Case Reports*

1.      Dasgupta N, Gelber AC, Racke F, **Fine DM**. Central nervous system lymphoma associated with mycophenolate mofetil in lupus nephritis. *Lupus.* 2005;14(11):910-913.

2.      Scialla JJ, Atta MG, **Fine DM**. Relapse of HIV-associated nephropathy after discontinuing highly active antiretroviral therapy. *AIDS.* Jan 11 2007;21(2):263-264.

3.      Zeidner JF, Ostrin EJ, Sydnor E, **Fine DM**, Sperati CJ.  Minus the Sinus, Tissue's the Issue. *Am J Med*. 2010; 123(5):420-2.

4.      Lipson EJ, Huff CA, Holanda DG, McDevitt MA, **Fine DM**. Lenalidomide-Induced Acute Interstitial Nephritis. The Oncologist. 2010; 9: 961-964

5.      Shafi T, Choi MJ, Racusen LC, Spacek L, Berry C, Atta M, **Fine DM**. Ritonavir Induced Acute Kidney Injury: Kidney Biopsy Findings and Review of Literature. Clin Nephrol. 2011 Sup;75(S1):60-64

8

6.    Foy M, Thio C, Hwang H, Saulynas M, Hamilton J, **Fine D**, Atta M. False Negative
       Hepatitis B Surface Antigen in a Vaccinated U.S. Dialysis Patient with HBV DNA.
       *Clinical and Vaccine Immunology*. 2012 Mar 21. [Epub ahead of print]

### *Teaching Points*

1.    Berliner AR, **Fine DM**. There's Something Fishy About This Bleeding. NDT Plus 2011;
       doi: 10.1093/ndtplus/sfr046

### *Clinical Image*

1.    Crews DC, **Fine DM**, Racusen LC. End-stage renal disease after bariatric surgery. *NDT-
       Plus*. Advance Access published on December 1, 2008, DOI 10.1093/ndtplus/sfn131.
       *Nephrol Dial Transplant Plus* 1: 459-460

### *Letters, correspondence*

1.    Gelber AC, Christopher-Stine L, **Fine DM**. Sequential therapies for proliferative lupus
       nephritis. *N Engl J Med.* Jun 10 2004; 350(24):2518-2520; author reply 2518-2520.

### *Book Chapters*

1.    Chi P., **Fine DM**.  Hyperkalemia. Osler Medical Handbook, Eds. A. Chang & A.Zaas,
       Mosby, 2003

2.    Cavanaugh K., **Fine DM**.  Hyponatremia. Osler Medical Handbook, Eds. A. Chang &
       A.Zaas, Mosby, 2003

3.    **Fine DM**, Scheel PJ.  Chronic Renal Insufficiency.  Johns Hopkins Internal Medicine
       Board Review. Eds. R. Miller, S. Sisson, & B. Ashar.  Chapter 35.  Elsevier Science,
       2004

4.    **Fine, DM**.  Glomerular Disease.  Johns Hopkins Internal Medicine Board Review. Eds.
       R. Miller, S. Sisson, & B. Ashar.  Chapter 34.  Elsevier Science, 2004

5.    **Fine, DM**.  Acute Renal Failure in the Critically Ill. Adult Multiprofessional Critical
       Care Review. Eds. M. Ivy, P. Lipsett, Society of Critical Care Medicine, 2005

6.    Gewin LS, **Fine DM**.  Urinalysis. Osler Medical Handbook, Eds. K. R. Nilsson, Jr. & J.P.
       Piccini, Elsevier, 2006

7.    Schopick, EL Cavanaugh, KL, **Fine DM**.  Disorders of Sodium Balance.  Osler Medical
       Handbook, Eds. K. R. Nilsson, Jr. & J.P. Piccini, Elsevier, 2006

8.    Berliner AR and **Fine DM** , Beware of Intensive Care Unit Medications that can increase
       serum potassium and cause hyperkalemia in Avoiding Common ICU Errors, Marcucci L,

Martinez E, Haut E, Slonim A, Suarez J, eds. Lippincott Williams & Wilkins, 2006, Philadelphia.

9.    Berliner AR and **Fine DM.**  Be alert for hypophosphatemia in the intensive care patient on dialysis in Avoiding Common ICU Errors, Marcucci L, Martinez E, Haut E, Slonim A, Suarez J, eds. Lippincott Williams & Wilkins, 2006, Philadelphia.

10.    Berliner AR and **Fine DM**. Have a high level of suspicion for drug-induced acute interstitial nephritis in Avoiding Common ICU Errors, Marcucci L, Martinez E, Haut E, Slonim A, Suarez J, eds. Lippincott Williams & Wilkins, 2006, Philadelphia.

11.    **Fine DM**. Nephrology.  Oxford American Handbook of Geriatric Medicine.  Durso CS, Ed. Oxford University Press, 2010, New York

12.    **Fine DM,** Estrella M, and Atta, MG. Chronic Kidney Disease in Patients with HIV Infection in Handbook of Chronic Kidney Disease.  Daugirdas J, ed. Lippincott Williams & Wilkins, 2011, Philadelphia.

13.    Chen TK, **Fine DM**. Nephrogenic Systemic Fibrosis. Rheumatology and the Kidney. Adu D, Emery P, Madiao M, eds. Oxford University Press, 2012, Oxford, UK

*Patient Education*

1.    **Fine DM**, Kidney Disease: Why the Concern? Moore News Quarterly, Vol. 7, Number 3, Summer, 2006.

*Other Media*

1.    **Fine DM**, Atta MG, Gupta SK, et al. Renal Issues in HIV. Medscape 2006: Available from: http://www.medscape.com/viewprogram/5907.

2.    **Fine DM**. Lupus Nephritis Screening and Diagnosis: Is Change Needed?. Rheumatology Grand Rounds.  Johns Hopkins Arthritis Center. Online CME released March, 2009. Found at http://www.hopkins-arthritis.org/physician-corner/cme/rheumatology-rounds/r19-Lupus-Nephritis-Screening-and-Diagnosis-Is-Change-Needed.html

3.    Sperati CJ, **Fine DM**. Evaluation of Proteinuria. British Medical Journal Point of Care. 2009; www.pointofcare.bmj.com.

4.    **Fine, DM**. Management strategies in Acute Kidney Injury. March 2010: Volume 1, Number 2.  *eNephrology Review*: Found at http://www.hopkinscme.edu/ofp/eNephrologyReview/newsletters/2010/0310.html

5. **Fine, DM**. Optimizing Treatment Strategies for CVD and CKD: Tough Decisions for Everyday Cases. *Medscape Nephrology*: Found at http://www.medscape.org/viewarticle/744976

6. Optimizing Diagnosis and Management of Hyponatremia in the Hospitalized Patient. Johns Hopkins CME. Advanced Studies in Medicine. Faculty member and planner. Published September 2011. Found at http://www.jhasim1.com/index.aspx?case_id=44

7. Managing the High-Risk Hyponatremia Patient, Patients with Comorbid Conditions. The Hospitalist. Wiley Health Learning. Presenter of Online Webinar. Found at https://wileyhealthlearning.com/default.aspx

8. Rhabdomyolysis. Topics in Nephrology. Audio-Digest Internal Medicine. Volume 59, Issue 04. January 28, 2012.

9. Management of Hyponatremia in the Hospitalized Patient…It's NOT Just the Salt. Course Director and Faculty member. Found online at: http://cmeuniversity.com/course/disclaimer/109867 or http://www.freecme.com/gcourse_view.php?course_id=12658

10. What About Hyponatremia? The Role of the NP/PA in Identifying and Treating Electrolyte Imbalances. The Practicing Clinicians Exchange (PCE) 2014 Symposia Series, accredited by Boston University. Course Directory and Content Developer. May/June 2014


**Educational Program Leadership**

| | | |
|---|---|---|
| 2000-2010 | Medical School Year 2 Pathophysiology Course | Course Director |
| 2010-2011 | Genes to Society Medical School Course, Renal Section | Course Co-Director |
| 2009-Present | Fellowship Director, Johns Hopkins Division of Nephrology | |

**Teaching:**

***Classroom instruction***

| | | |
|---|---|---|
| 2000-2010 | Year II Renal Pathophysiology | Course Instructor |
| 2000-2010 | Year II Pharmacology | Course Instructor |
| 2001-2008 | Year I Organ Systems Course | Renal Physiology: Small Group Instructor |
| 2002-Present | Medicine Clerkship Lectures | Lecturer |
| 2006-2008 | Year I Organ Systems Course | CV Physiology: Small Group Instructor |
| 2010-Present | Genes to Society, Renal Section | Course Instructor |

***Clinical Instruction***

| | | |
|---|---|---|
| 2000-Present | Housestaff Noon Lecture Series | Speaker |

Topics: "Hyponatremia", "Rational Use of Diuretics", "Hematuria and Rapidly progressive Glomerulonephritis", "Rhabdomyolysis and other Pigment Nephropathies", "Nephrogenic Systemic Fibrosis", "Drug Toxicities and the Kidney", "HIV Kidney Disease"

2000-Present   Renal Fellowship Seminar Series       Speaker
Selected Topics: "Membranoproliferative GN", "Renal Manifestations of SLE", "HIV Kidney Disease", "Diuretics and Volume Management", "Hyponatremia", "Rhabdomyolysis", "Kidney Disease in the Aging Patient", "Hematuria/RPGN", "Scleroderma Kidney Disease", "Renal Toxicities", "Nephrogenic Systemic Fibrosis"

2009-Present   Renal Fellows Physiology/Electrolyte Board Review Seminars
"Calcium Disorders", "Metabolic Acidosis", "Renal Pathology Board Review", "Hyponatremia"

2000-Present   Nephrology Consultation Service      Attending, 4 months/year
2000-Present   Nephrology Fellows Clinic            Preceptor 1 clinic/month
2001-2005      Clinical Skills Instructor (Quarter 3) Course Instructor
2001-2008      Introduction to Clinical Medicine    Preceptor
2001-Present   Thayer Firm (Osler) Faculty          Teaching Attending
2002-Present   Good Samaritan Hospital Internal     Medicine Lecture Series
2003-2007      Renal Fellows Case Conference        Organizer and Moderator
2004           Pulmonary Clinical Research Conference, Speaker on "Rhabdomyloysis in Drug Users", Apr
2007           ID Division Fellows Conference, Speaker on "Kidney Disease in the HIV infected Patient", Jan
               Pulmonary Fellows Conference, Speaker on "Renal Replacement Therapy in the ICU", March
               Renal Disease Interest Group, Welch Center, Speaker on "Proteinuria in Lupus Nephritis: Screening and the Meaning", March
               CVDL Morning Conference, Speaker on "Nephrogenic Systemic Fibrosis: An Update", September
               Division of Endocrinology, Johns Hopkins Bayview, Speaker on "Nephrogenic Systemic Fibrosis and the Role of Gadolinium", November
2008           Division of Infectious Diseases: Case Conference, Speaker on "Kidney Biopsy in the HIV Patient", January
               Department of Radiology Residents Conference, Johns Hopkins University School of Medicine, Speaker on "Nephrogenic Systemic Fibrosis. Gad: Bad or Fad?" October
2009           Clinical Immunology Lecture Series, Johns Hopkins Immunology Fellows Conference. "Immune-mediated Renal Disease". December
2011,2013      Neurology Resident Conference, Johns Hopkins Hospital, "Nephrogenic Systemic Fibrosis" February
2012           Allergy and Immunology Fellows Conference: "Immunologic Kidney Disease", January
2014           Cardiology Fellow Noon Conference: "Hyponatremia and CHF and other volume related issues"

12

***Nurse/Physician Assistant Education***

2003-2010    JHU School of Nursing Spring Nurse Practitioner Course: Diagnosis,
             Symptom and Illness Management, Lecturer

2009/10, 2012 Physician Assistant Resident in Surgery Conference: "Renal Issues in ICU"

2012         JHU School of Nursing.  Physiology/Pathophysiology for Advanced Practice.
             Renal and Urology Systems, November

***Patient Education***

2007         Aids Awareness Sunday, Mt. Calvary Baptist Church, "The History of Aids: Past,
             Present and Future", Rockville, MD, December 2007

***CME Instruction***

2002-Present  Nephrology Grand Rounds, Johns Hopkins University SOM
                   Rhabdomyolysis in Drug Users (2002)
                   Transjugular Kidney Biopsy in the Obese Patient (2003)
                   Renal TMA in Castlemans Disease (2003)
                    Statin Induced Rhabdomyolysis (2004)
                   CellCept in the Treatment of Lupus Nephritis (2004)
                   Drug Toxicities in HIV (2005)
                   Lupus Nephritis: Research Update (2005)
                   Kidney biopsy in lupus nephritis (2006)
                   Phosphate nephropathy: Fleeting insult, permanent damage (2008)
                   Diagnosis and Management of Proteinuria in Pregnancy (2010)
                   Clinicopathologic case: 27 year old heroin user with palpable purpura (2012)

2002 to 2010
             Johns Hopkins Internal Medicine Board Review Course, Speaker on
             Acute Renal Failure and End Stage Renal Disease

2003
             48th Annual Philip A. Tumulty Topics in Clinical Medicine, Johns Hopkins
             University School of Medicine: "Myopathy:  Are Statins Safe?" May

             31st Annual Current Topics in Geriatrics, Johns Hopkins Geriatric Center and
             American Geriatric Society: "Rising Creatinine in an Older Outpatient"  October

2004
             49th Annual Philip A. Tumulty Topics in Clinical Medicine, Johns Hopkins
             University School of Medicine: "Rising Creatinine in the Elderly" May

 2005

15th Annual Conference on the Clinical Care of the Patient with HIV Infection, Johns Hopkins University School of Medicine "Renal Complications in HIV" April

50th Annual Philip A. Tumulty Topics in Clinical Medicine Johns Hopkins University School of Medicine  "A Case of Hematuria" May

2006

16th Annual Conference on the Clinical Care of the Patient with HIV Infection, Johns Hopkins University School of Medicine "Renal Complications in HIV" March

51st Annual Philip A. Tumulty Topics in Clinical Medicine Johns Hopkins University School of Medicine, "Radiocontrast Prophylaxis: What works and what doesn't" May

Johns Hopkins University/Harvard Medical School (PriMed): Current Clinical Issues in Primary Care, Baltimore, MD, "Prevention of Radiocontrast Nephropathy in Older Patients" December

2007      17th Annual Conference on the Clinical Care of the Patient with HIV Infection, Johns Hopkins School of Medicine "Renal Complications in HIV"  May

Advances in the Diagnosis and Treatment of the Rheumatic Diseases, Johns Hopkins University School of Medicine, Department of Medicine, Division of Rheumatology  "Nephrology for the Rheumatologist" May

2008      53 rd Annual Philip A. Tumulty Topics in Clinical Medicine Johns Hopkins University School of Medicine,  "Renal Diagnoses We Are Most Likely to Miss" May

18th Annual Conference on the Clinical Care of the Patient with HIV Infection, Johns Hopkins University School of Medicine "Renal Complications in HIV" May

Chronic Kidney Disease: An educational initiative on screening strategies and multidisciplinary care.  Town Hall Meeting Series.   Johns Hopkins Continuing Medical Education.  **Course Director**. February – May 2008

2009      54 th Annual Philip A. Tumulty Topics in Clinical Medicine Johns Hopkins University School of Medicine, "Curbside Consultations: Nephrology. Nephrogenic Systemic Fibrosis and Acute Phosphate Nephropathy"  May

Johns Hopkins University/Harvard Medical School (PriMed): Current Clinical Issues in Primary Care, Baltimore, MD, "Curbside Consultations: Nephrology" (Nephrogenic Systemic Fibrosis and Acute Phosphate Nephropathy) December

14

2010       Perioperative Management.  Johns Hopkins University School of Medicine. Marco Island, FL.  "Perioperative Renal Dysfunction". March

Perioperative Management.  Johns Hopkins University School of Medicine. Marco Island, FL.  "Perioperative Management of Steroids and Adrenal Insufficiency". March

55 th Annual Philip A. Tumulty Topics in Clinical Medicine Johns Hopkins University School of Medicine, "Curbside Consultations: Nephrology.  "Non-diabetic kidney disease in diabetics. Renal artery stenosis controversies"  May

20th Annual Conference on the Clinical Care of the Patient with HIV Infection, Johns Hopkins University School of Medicine "Kidney Disease in HIV"  May

2011       Perioperative Management.  Johns Hopkins University School of Medicine. Marco Island, FL.  "Perioperative Renal Dysfunction". March

Perioperative Management.  Johns Hopkins University School of Medicine. Marco Island, FL.  "Perioperative Management of Steroids and Adrenal Insufficiency", March

21st Annual Conference on the Clinical Care of the Patient with HIV Infection, Johns Hopkins University School of Medicine "Kidney Disease in HIV: An Update",  April

56 th Annual Philip A. Tumulty Topics in Clinical Medicine Johns Hopkins University School of Medicine, "Rhabdomyolysis",  May

Seventh Annual Advances in the Diagnosis and Treatment of Rheumatic Diseases. Baltimore, MD. "Lupus Nephritis", May

2012       Perioperative Management.  Johns Hopkins University School of Medicine. Marco Island, FL.  "Perioperative Renal Dysfunction". March

Perioperative Management.  Johns Hopkins University School of Medicine. Marco Island, FL.  "Perioperative Management of Steroids and Adrenal Insufficiency", March

57th Annual Philip A. Tumulty Topics in Clinical Medicine Johns Hopkins University School of Medicine, "Hyponatremia: What's New?", May

2013       Perioperative Management.  Johns Hopkins University School of Medicine. Marco Island, FL.  "Perioperative Renal Dysfunction". March

Perioperative Management.  Johns Hopkins University School of Medicine. Marco Island, FL.  "Perioperative Management of Steroids and Adrenal Insufficiency", March

23rd Annual Conference on the Clinical Care of the Patient with HIV Infection, Johns Hopkins University School of Medicine "Kidney Disease in HIV: An Update",  April

2014             Perioperative Management.  Johns Hopkins University School of Medicine. Marco Island, FL.  "Perioperative Renal Dysfunction". March

Perioperative Management.  Johns Hopkins University School of Medicine. Marco Island, FL.  "Perioperative Management of Steroids and Adrenal Insufficiency", March

24th Annual Conference on the Clinical Care of the Patient with HIV Infection, Johns Hopkins University School of Medicine "Kidney Disease in HIV: An Update", March

## CLINICAL ACTIVITIES

### Certification

| | |
|---|---|
| 1997- | State of Maryland Medical License – License # D52470 |
| 1997-2007 | Diplomate in Internal Medicine, American Board of Internal Medicine – Certification# 178474 |
| 2000- | Diplomate in Nephrology, American Board of Internal Medicine Certification # 178474 |

### Clinical (Service) Responsibilities

| | | |
|---|---|---|
| 2000-Present | Bond Street Dialysis Unit - Attending | ½ day/week |
| 2000-Present | Nephrology Consultation Service-Attending | 4 mo/yr |
| 2000-Present | Nephrology Fellows Clinic – Preceptor | ½ day/ month |
| 2001-2004 | Nephrology Outpatient Clinic | 4 x ½ day/month |
| 2005-Present | Nephrology Outpatient Clinic | 6 x ½ day/month |

[2 clinics/month in the Johns Hopkins HIV (Moore) Clinic]

### Affiliations

2005-present   Johns Hopkins Scleroderma Center – Specialist Nephrologist

**ORGANIZATIONAL ACTIVITIES**

**Institutional Administrative Appointments**

1999-Present   Intern Selection Committee, Department of Medicine

2003-2010   Course Director, Second Year Pathophysiology Course

2003-2011   Educational Policy Committee (Chairman: Dr. David Nichols)

2004-2009   Member, GCRC Protocol Review Subcommittee (Chairman: Dr. Christopher Saudek)

2004-2005   Gold Book and Silver Book Committees (Chairman: Dr. Myron Weisfeldt)

2005-2009   Curriculum Reform Committee (Chairman: Dr. Charles Weiner)

2010-2013   Medical School Council/Faculty Senate (Department of Medicine Representative)

**Non-institutional Activities**

2006-2009   CCSC Step 3 Scoring Committee Member, United States Medical Licensing Examination

**Professional Societies**

2000-Present   American Society of Nephrology
2000-Present   National Kidney Foundation
2007-2009   International AIDS Society – USA (Invited Core Faculty Member)
2011-present   American College of Rheumatology

**EDITORIAL ACTIVITIES**

**Editorial Board**

2009 – 2012   Advances in Chronic Kidney Disease Journal
2011 to present   Clinical Journal of the American Society of Nephrology

**Journal peer review**

Advances in Chronic Kidney Disease
AIDS Patient Care and STDs
Aids Reader
AIDS Research and Human Retroviruses
American Journal of Kidney Disease
American Journal of Nephrology

Arthritis and Rheumatism
Clinical Journal of the American Society of Nephrology
Clinical Infectious Diseases
Clinical Nephrology
Clinical Pharmacokinetics
International Journal of Nephrology
Journal of the American Medical Association
Journal of Hospital Medicine
Journal of Urology
Kidney International
Lupus
Medicine
Nature Reviews: Nephrology
Nephrology, Dialysis, Transplantation
The Journal of Infectious Disease
The Pharmacogenomics Journal

**Abstract review**

2007 American Society of Nephrology Renal Week

**RECOGNITION**

**Awards and Honors:**

| | |
|---|---|
| 1989 | Franklin Paine Mall Prize for Anatomy<br>Johns Hopkins University School of Medicine |
| 1992 | Four Schools Physician Scientist Program<br>Joint Program – Johns Hopkins, Duke, Washington University<br>and University of Pennsylvania Medical Schools |
| 1997 | Fellow Teaching Award, Awarded by Osler Medical Housestaff for Teaching<br>Contributions to the Housestaff Program |
| 1998 | Assistant Chief of Service, Osler Medical Service,<br>Johns Hopkins Hospital/University School of Medicine |
| 2003 | Faculty Teaching Award for Outstanding Full-time Housestaff Educator<br>Awarded by Osler Medical Housestaff |
| 2003 | Faculty Marshal, Johns Hopkins University School of Medicine<br>Medical School Graduation, May 2004 |
| 2006 | Hooder, Johns Hopkins University School of Medicine<br>Medical School Graduation, May 2006 |
| 2007 | Nominated for the Barry Wood Teaching Award |

|      | Hooder, Johns Hopkins University School of Medicine<br>Medical School Graduation, May 2007 |
|------|---|
| 2008 | Hooder, Johns Hopkins University School of Medicine<br>Medical School Graduation, May 2008 |
| 2009 | Hooder, Johns Hopkins University School of Medicine<br>Medical School Graduation, May 2009 |
|      | USA Today's Most Influential Doctors: Hypertension- Baltimore,<br>http://www.usatoday.com/yourlife/health/most-influential-doctors.htm |
| 2010 | Grand Marshall, JHU School of Medicine Graduation, May 2010 |
| 2011 | US News Top Doctors: Top Nephrologists<br>http://health.usnews.com/top-doctors/derek-fine-nephrologist-93CC000485 |
| 2012 | Alpha Omega Alpha Society, chosen by students and faculty at Johns Hopkins<br>University School of Medicine |

## Invited Talks

| 2002 | |
|------|---|
|      | American Nephrology Nurses Association, Maryland Chapter ,Annual Meeting:<br>"Hepatitis C in the ESRD and Kidney Transplant Patient", October |
| 2003 | |
|      | Medical Grand Rounds, Johns Hopkins Hospital: "Rhabdomyolysis Associated<br>Renal Failure in Drug Users", February |
| 2004 | |
|      | Baltimore City Health Department, HIV CME Program, "HIV Associated<br>Nephropathy –Strategies for prevention and treatment", January |
|      | Maternal Fetal Medicine Conference, Johns Hopkins Department of Obstetrics<br>and Gynecology "Lupus Nephritis in the Pregnant Patient", March |
|      | American Society of Consultant Pharmacists , HIV/AIDS Traineeship at Johns<br>Hopkins University: "Renal Complications of HIV and Therapies" September |
|      | Nephrology Grand Rounds, Johns Hopkins Bayview: "Rhabdomyolysis<br>Associated with Illicit Drug Use"  September |
|      | Medical Grand Rounds, Johns Hopkins Bayview: "Mycophenolate Mofetil<br>Treatment of Lupus Nephritis"  September |
|      | Cardiac Anesthesia Conference, Johns Hopkins Anesthesiology, "Acute Renal<br>Failure: Issues related to the ICU Patient" December |
| 2005 | |

Vergelegen Medi-Clinic Medical Rounds, Cape Town, South Africa: "Rhabdomyolysis: A Clinical and Practical Approach"  January

Nephrology Grand Rounds, University of Maryland: "Rhabdomyolysis Associated with Illicit Drug Use", February

Emergency Medicine Grand Rounds, Johns Hopkins University School of Medicine, "Evaluation and Management of Rhabdomyolysis", April

Society of Critical Care Medicine's Adult Multiprofessional Critical Care Review Course, Chicago: "Acute Renal Failure in the Critically Ill" August

Annual HIV Clinical Update, Drexel University College of Medicine, Division of HIV/AIDS Medicine and PA/MidAtlantic AIDS Education and Training Center: "HIV and Renal Disease" December

2006

Infectious Disease Grand Rounds, Cedars-Sinai Medical Center, Los Angeles: "Kidney Disease in the HIV-infected Patient" January

Inner City HIV Conference: "Kidney Disease in the HIV-infected Patient." AIDS Healthcare Foundation.  Los Angeles, CA.  March

2nd Brazil Johns Hopkins University Conference on HIV and AIDS. Rio de Janiero, Brazil.  "Renal Complications in the HIV-infected Patient"  March

HIV Rounds, Strong Memorial Hospital, University of Rochester, Rochester, NY: "HIVAN and Other Kidney Disease Affecting the HIV Patient" June

HIV/AIDS Grand Rounds, Cleveland Clinic: "Renal Complications in the HIV Patient" June

HIV Visiting Professor Seminar at the Weill Medical College, Cornell University, NY:  "Renal Complications of HIV Infection and Treatment" July

Plenary Session Speaker, International AIDS Society-USA, 9th Annual Ryan White Care Act Clinical Update, Washington DC, "Renal Disease and Toxicities: Issues for HIV Providers" August

Nephrology Grand Rounds, Johns Hopkins Bayview: "Kidney Disease in the HIV Patient: State of HAART", October

The Ohio State University Department of Internal Medicine Grand Rounds, "Lupus Nephritis: What Are We Doing and Are We Doing It Right?", Columbus, Ohio, October

The Ohio State University Division of Infectious Disease Clinical Case Conference: "Kidney Disease in the HIV Patient: An Approach for the Non-Nephrologist", Columbus, Ohio, October

2007

Mercy Medical Center Grand Rounds, "Kidney Disease in HIV: Challenges in the HAART Era",  January

Columbia University Division of Infectious Diseases' Morning Conference, "Kidney Disease in the HIV-Infected Patient: Changing Face in the HAART Era", January

The Association of Nurses in AIDS Care Chesapeake Chapter,  "African Americans, HIV/AIDS, and Kidney Disease in the HAART Era", February

Physicians' Research Network, New York County Medical Society and New York State Osteopathic Medical Association, "Understanding, Preventing, and Managing Renal Complications in HIV/AIDS", March

Rheumatology Grand Rounds, Johns Hopkins School of Medicine: "Lupus Nephritis Screening and Diagnosis: Is Change Needed?", March

U.S. Food and Drug Administration Center for Drug Evaluation and Research: Cross-Cutting Issues in HIV Therapy and Management: Emerging Challenges, "HIV Management and Renal Issues", April

Medical Grand Rounds, Johns Hopkins Hospital: "Nephrogenic Systemic Fibrosis: Is Gad Bad?", May

8th Annual HIV Clinical Care Symposium, Albany, New York: "Renal Manifestations of HIV", May

Georgetown University Division of Infectious Diseases' Noon Conference, "Renal Considerations in HIV", July

Albert Einstein Medical Center Grand Rounds, "Lupus Nephritis: What Are We Doing?", Philadelphia, PA, September

Infectious Diseases Grand Rounds, University of Colorado at Denver and Health Sciences Center, "HIV Kidney Disease: Changing Face in the HAART Era", Denver, CO, October

2008

Infections Diseases Grand Rounds, Medical University of South Carolina, "HIV Kidney Disease: Beyond HIVAN", Charleston, SC, February

Plenary Session Speaker, International AIDS Society-USA, Spring 2008 Course, San Francisco, "Renal complications of HIV and its therapies" May

Intercity HIV Conference: "Renal Disease in HIV-infected Patient: Beyond HIVAN in the HAART Era." AIDS Healthcare Foundation.  Los Angeles, CA. May

Nephrology Grand Rounds, University of California, Los Angeles, "Kidney Disease in the HIV-infected Patient"  Los Angeles, CA, May

Maternal Fetal Medicine Conference, Johns Hopkins Department of Obstetrics and Gynecology "Renal Disease and the Pregnant Patient", June

Howard University Grand Rounds, Washington, DC, "Kidney Disease in the HIV Infected Patient in the HAART era", September

Harbor Hospital Grand Rounds, Baltimore, MD, "Renal diagnoses you are most likely to miss", September

Medical College of Georgia, ID Case Conference, Augusta, GA, "HIV Patient with Acute Renal Failure", November

Medical Grand Rounds, Johns Hopkins Hospital: "An Elderly Patient with Nausea, Vomiting and Acute Renal Failure", December

2009

Richmond Aids Consortium, Richmond, VA: "HIV Kidney Disease: An Update", January

Infectious Diseases Grand Rounds, University of South Florida, Tampa, FL:"HIV Kidney Disease", March

Infectious Diseases Grand Rounds, East Virginia Medical School, Norfolk, VA:"HIV kidney disease: Where have we been? Where are we going?", April

Intercity HIV Conference: "Renal Disease in HIV-infected Patient: An Update." AIDS Healthcare Foundation.  Los Angeles, CA.  August

Grady Health System, Infectious Disease Program, Grand Rounds. "Kidney Disease Update in HIV-infected Patients" Atlanta, GA. August

Mercy Hospital Center Medicine Grand Rounds: " Gadolinium and Nephrogenic Systemic Fibrosis", Baltimore, MD. September

Wake Forest University School of Medicine, Infectious Diseases HIV Conference, "Kidney Disease in HIV", Winston-Salem, NC. September

Union Memorial Hospital Medicine Grand Rounds, Baltimore, MD, "Renal diagnoses you are most likely to miss", November

Harbor Hospital Grand Rounds, Baltimore, MD, "Neprhology Curbside Consultations: Nephrogenic Systemic Fibrosis and Acute Phosphate Nephropathy", November

2010

Diagnosis, Care, and Management of Persons with HIV/AIDS, The Institute for Johns Hopkins Nursing and The School of Nursing, Baltimore, MD, "Renal Complications of HIV", January

Society of Hospital Medicine Annual Meeting, Washington, D.C, "50 Ways to Kill (and 5 or 10 Ways to Save) Your Kidneys", April

New Mexico Annual HIV Update, Albuquerque, NM, " Kidney Disease in the HIV Patient: A Current Approach", April

Baltimore Area Critical Care Society Meeting. Pro/Con Debate "Prophylactic CVVH is not Indicated for Rhabdomyolysis", May

High Risk Obstetrical Conference, Johns Hopkins University SOM,  "The Evaluation and Management of Proteinuria in Pregnancy". August

Toronto General Hospital ID Rounds, Toronto, Canada, "Kidney Disease in HIV: Challenges and Choices", September

University of Pennsylvania, Nephrology Grand Rounds, Philadelphia, PA, "Lupus Nephritis Screening and Diagnosis: Optimizing Assessments", October

Montreal Chest Hospital (McGill University), ID Rounds, Montreal, Canada, "HIV Kidney Disease Update", November

Pri-Med, American College of Physicians, Dallas, TX. "Optimizing Care for the Patient with Newly Diagnosed Chronic Kidney Disease (CKD)", November

2011

Diagnosis, Care, and Management of Persons with HIV/AIDS, The Institute for Johns Hopkins Nursing and The School of Nursing, Baltimore, MD, "Renal Complications of HIV", January

Harbor Hospital Grand Rounds, Baltimore, MD, "Nephrology Curbside Consultations" Topics: Kidney Biopsy in Diabetic Patient; Controversies in Renal Artery Stenosis, February

Northwestern University School of Medicine, Medicine Grand Rounds – Lucy Cline Memorial Lecture, Chicago, IL " Lupus Nephritis: Optimizing Diagnosis and Management", February

23

University of Pittsburgh School of Medicine, Renal Grand Rounds, Pittsburgh, PA,  "Lupus Nephritis Screening and Diagnosis: Can We Do Better?", June

Hotel Dieu Hospital ID Rounds, Kingston, Ontario, Canada "HIV Kidney Disease". August

Cardiovascular-Thoracic (CVT) Critical Care 2011 [Sponsored by Foundation for the Advancement of CardioThoracic Surgical Care (FACTS-Care) and the American Association for Thoracic Surgery (AATS)], Washington, DC. "Renal Replacement Therapy: Early vs. Late, Intermittent vs. Continuous", September

Harbor Hospital Grand Rounds, Baltimore, MD, "Rhabdomyolysis: What's New and What's Not", December

2012

Diagnosis, Care, and Management of Persons with HIV/AIDS, The Institute for Johns Hopkins Nursing and The School of Nursing, Baltimore, MD, "Kidney Disease in HIV: The times they are a-changin", January

Harbor Hospital Medicine Grand Rounds, Baltimore, MD, "Hyponatremia: Anything New?", August

Suburban Hospital, Grand Rounds, "HIV and the Kidneys: Changes and Challenges in the Current Era", September

Cardiovascular-Thoracic (CVT) Critical Care 2012 [Sponsored by Foundation for the Advancement of CardioThoracic Surgical Care (FACTS-Care)], Washington, DC. "Diuretics, Hemofiltration& Dialysis – Protocols & Controversies", October

American College of Rheumatology Annual Meeting Clinical Symposium., Washington, DC.  "Update on Immune Mediated Glomerular Disease", November

Nephrology Rounds, Department of Nephrology, Rambam Health Care Campus/Haifa Technion, Haifa, Israel.  "HIV Kidney Disease: Spectrum of disease and evolving issues", November

Toronto General Hospital, ID Rounds, Toronto, Ontario, Canada. "HIV and the kidney: an update", November

Nephrology Grand Rounds, University of Western Ontario, London, Ontario, Canada.  "HIV Kidney Disease: HIV associated nephropathy and beyond"

Infectious Disease Rounds, East Virginia Medical School. "HIVAN and other HIV-related kidney disease"

2013   Diagnosis, Care, and Management of Persons with HIV/AIDS, The Institute for Johns Hopkins Nursing and The School of Nursing, Baltimore, MD, "Kidney Disease in HIV", January

The Society of Thoracic Surgeons (STS) 49th Annual Meeting, Los Angeles, CA; STS/AATS Cardiothoracic Critical Care Symposium, "Latest Management of Acute Postoperative Renal Failure", January

Nephrology Grand Rounds (with Dr. Charles Flexner), Johns Hopkins University School of Medicine, Baltimore, MD, "Debate: Is Tenofovir Nephrotoxic?" (Pro: Fine; Con: Flexner), February

Aids Healthcare Foundation, Fort Lauderdale, FL,  "Kidney Disease and HIV: An Update." , February

Society of Hospital Medicine Annual Meeting 2013, Washington, D.C, "50 Ways to Kill (and 5 or 10 Ways to Save) Your Kidneys", May

New Jersey Rheumatology Association. Annual Spring Meeting. Iselin, NJ. "Immune Mediated Glomerular Disease", May

Aids Healthcare Foundation, Miami Beach, FL,  "Kidney Disease and HIV: An Update." , November

Nephrology Grand Rounds, Johns Hopkins University School of Medicine, Baltimore, MD, "Nephrogenic Systemic Fibrosis: Out of Sight out of Mind?" (Pro: Fine; Con: Flexner), December

2014   Diagnosis, Care, and Management of Persons with HIV/AIDS, The Institute for Johns Hopkins Nursing and The School of Nursing, Baltimore, MD, "Update on Kidney Disease in  HIV", January

Society of Hospital Medicine Annual Meeting 2014, Las Vegas, NV, "Renal Update: Something Old, Something New", March

XII Brazil Johns Hopkins University Conference on HIV and AIDS. Rio de Janiero, Brazil.  "Renal Complications in the HIV-infected Patient"  September

Urology Grand Rounds. Johns Hopkins University School of Medicine. "Gadolinium and Nephrogenic Systemic Fibrosis: Why We Care", October American Society of Nephrology Kidney Week: Clinical Nephrology Conference: Session: Lupus Nephritis: The Wheels Are Turning, but Are We Moving?: Topic "Optimizing Outcomes of Pregnancy in Patients with Lupus Nephritis" , November

American Society of Nephrology Kidney Week. Clinical Nephrology Conference: Session: The ABCs of Kidney Disease in HIV. Topic: "HIV-Associated Glomerular Disease: More than HIVAN", November

Medicine Grand Rounds, Georgetown University Medical Center. "HIV Kidney Disease: An Update", November