November 23, 2014

Dear Mr. Krugler,

I hereby submit a report expressing my opinions regarding Mr. Carson Hammersley.  In preparation for this, I have reviewed relevant medical records and documents describing Mr. Hammersley's course of illness and treatment. I have also reviewed the examinations of Drs. Grossman and Skomer; and the depositions of Mr. Hammersley; and those of Dr. Manuel Sanchez-Palacios, Dr. Harchetan Singh Sandhu, Dr. Paul Sajben, Dr. Lili Phung, Dr. Tadd Selby, Dr. Chester Granka, Dr. Dennis Trenner, Dr. Timothy Berger, Dr. Timothy McCalmont, and Dr. Michael McDermott.  In addition, I had the opportunity to meet Mr. Hammersley and his wife, Amy, his mother in law, Lynn Leach, and his daughter, Aubrey, on August 7, 2012 at the San Francisco Marriot, at which time I took a medical history and performed a focused physical examination. I have also had the opportunity to review his current status with him via video call on November 23, 2014 using FaceTime software. In support of my opinions in this case, I have relied upon this information as well as my education, training, research and experience in the field of nephrology and my experience with Nephrogenic Systemic Fibrosis (NSF). Detailed information regarding my education, training, research and experience is provided in my Curriculum Vitae.

The entirety of my Expert Witness Report and Declaration prepared on behalf of all Plaintiffs in the Gadolinium-Based Contrast Agents Litigation is incorporated by reference as part of this report.

It is my opinion to a reasonable degree of medical certainty that the progression of Mr. Hammersley's clinical signs and symptoms with confirmatory biopsies are diagnostic of NSF caused by his preceding exposures to Omniscan.  The pattern of his skin thickening and contractures, the accompanying immobility, disability, pain and progression of his disease are characteristic of this diagnosis. In addition, the timing of the onset of his symptoms after Omniscan exposure in the context of end stage renal disease (ESRD) is highly consistent with that described in cases in the peer reviewed literature.

It is also my opinion to a reasonable degree of medical certainty that the two **brain MRIs with Omniscan in 2004 performed relatively closely to each other (September 15, 2004 and December 2, 2004),** after he had already started dialysis, may have played a role in the development of his NSF with the symptoms suggestive of NSF occurring in February 2005. Similarly, soon after the **MRI of the brain on July 25, 2005**, he develops symptoms that are consistent with NSF but do not appear to persist.  After an **MRI with Omniscan on March 21, 2006** he developed symptoms that are unequivocally those of NSF and continued to evolve thereafter into the devastating disease that he currently suffers. Though earlier scans may have triggered the NSF, it is clear that the NSF becomes full blown after the March 2006 scan, in which case it may be considered the primary trigger of his NSF.  The scans of **August 24, 2006 and December 5, 2006** may have contributed to an acceleration of the progression of his disease, but at the time of these exposures his disease was already present and progressing in which case the potential additive roles of these scans is difficult to determine.  All exposures to Omniscan (and the subsequent ProHance exposure) occurred in the context of ESRD while he was on dialysis.  It is also my opinion that the **MRI of the brain with ProHance on April 25, 2008** did not cause or result in progression of the NSF.

**Clinical course of Mr. Hammersley is Characteristic of NSF**

Prior to the development of his ESRD and start of dialysis in March 2004, Mr. Hammersley was in excellent health.  Over the previous several years he had visited a chiropractor for various joint pains, often with lower back pain. When I met with him he described these pains as being self-limited and of little effect on his daily activities.  Indeed, he noted that around the time he started dialysis he was holding 2 jobs and felt "totally fine".

Mr. Hammersley presented to the Community Comprehensive Care Clinic in Oroville on January 6, 2004 with anorexia, weight loss, nausea and pain in the right lower leg (OIM 358-359).  When he returned 3 days later he is noted to have "markedly" abnormal kidney function (OIM 360-361) – creatinine of 8.5 mg/dl (normal < 1.3 mg/dl) on January 6. A repeat creatinine at this visit of 8.1 mg/dl confirmed the lab abnormality; estimated glomerular filtration rate (eGFR) was 8 ml/min/1.73m$^2$.  On January 29, 2004, he saw his nephrologist Dr. Sanchez-Palacios for the first time who noted the advanced nature of his chronic kidney disease (CKD) -

2

Stage 5 defined by an estimated glomerular filtration rate (eGFR) < 15 ml/min/1.73m$^2$ -  and begun discussions regarding dialysis and transplantation (OIM 3-4).  At the time of a follow-up on February 13, 2004, Dr. Sanchez-Palacios noted that Mr. Hammersley was going to make a decision regarding dialysis modality (that is, hemodialysis versus peritoneal dialysis) and that a referral was to be made to UC Davis Transplant Services (OIM 6-7).

On February 25, 2004, Dr. Sanchez-Palacios documented plans to have an arteriovenous (AV) fistula placed for hemodialysis in March, with a dialysis catheter to be placed simultaneously to initiate hemodialysis before fistula maturation. Mr. Hammersley is described as having severe secondary hyperparathyroidism; calcium and phosphorus at that time were 9.4 and 5.1 respectively (OIM 9). Calcitriol was started. The placement of a left radial AV fistula and right internal jugular vein (IJ) tunneled catheter by Dr. Eddlemon took place on March 4, 2004 and dialysis was initiated shortly after.

On March 18, 2004 he underwent a kidney transplant evaluation. (OIM 313-316). At the evaluation he was deemed to be an excellent transplant candidate.  No skin changes, joint contractures or edema were noted.  No pain is described and he was on no pain medications. His intact parathyroid hormone (PTH) was elevated at 1420 pg/ml (OIM 315). On followup with Dr. Sanchez-Palacios on April 27, 2004 it is stated that the day prior to the visit he had started using the left forearm AV fistula.  His intact PTH had decreased considerably to 253 pg/ml, which is within the desired target range for dialysis patients – recommended target at that time 150 – 300 pg/ml (KDOQI Clinical Practice Guidelines for Bone Metabolism and Disease in Chronic Kidney Disease. Am J Kidney Dis 42:S1-S202, 2003); current recommended targets are in the 150-600 pg/ml [KDIGO clinical practice guideline for the diagnosis, evaluation, prevention, and treatment of chronic kidney disease–mineral and bone disorder (CKD–MBD). Kidney International 2009; 76 (Suppl 113): S1–S130]. No other symptoms were noted. (OIM 10-11).

On May 13, 2004 when he saw Dr. Sanchez-Palacios he continued to do well. The AV fistula had been used for several treatments and IJ catheter removal was scheduled. Mr. Hammersley complained of erectile dysfunction and Viagra was prescribed (OIM12). The dialysis catheter was removed on May 26, 2004 by Dr. Eddlemon (Eddlemon 4). Dialysis ensued without difficulty via the AV fistula.

On August 17, 2004 he presented to Dr. Pablo Arregui at the Chico Eye Center for a drooping right eyelid with decreased vision in the same eye for 2 weeks. Exam revealed right eye ptosis (eyelid drooping) and "bump over the temporal brow".  He was diagnosed with an orbital mass and a CT of the brain and orbits was ordered (CEC 1 – 3).  The CT scan performed at North State Radiology on August 20, 2004 and the impression was that the mass was a "malignant or sarcomatous type of meningioma on the right side" (NSR 1-2).  He was then referred to Dr. Jeffrey Lobotsky of Northstate Neurosurgical Associates who he saw on August 26, 2004 (NNA 15-17).  The ptosis and right frontal mass were again noted.  Other than the mass and eye findings, the physical exam showed no other significant findings. Specifically there were no skin changes or edema noted and he had no gait abnormalities. Due to the anticipated complicated nature of surgery needed Dr. Lobotsky referred Mr. Hammersley to Dr. Michael McDermott at the University of California San Francisco (UCSF) Medical Center.

He visited Dr. McDermott on September 7, 2004 (UCSF 5 – 19).  Plans were made for surgery the following week to address the painful proptosis (bulging of the eye) and subcutaneous mass. On **September 15, 2004** he saw an ophthalmic plastic surgeon, Dr. Kimberly Cockerham, who was recruited to assist Dr. McDermott with the tumor removal (UCSF 48-53). On the same day he underwent a **contrast enhanced MRI of the brain** at UCSF Medical Center and orbit showing a large "multilocular cystic heterogeneously enhancing extra-axial mass with fluid/fluid level centered at the right frontal calvarium and right lateral orbital wall, likely of osseous origin" with a broad differential diagnosis (UCSF 54-55). **Omniscan** was the gadolinium based-contrast used for this procedure; likely dose of 20 cc (Deposition of Benjamin Mow, October 8, 2009).

He subsequently underwent a right frontotemporal craniotomy with orbitotomy by Drs. McDermott and Cockerham on September 16, 2004.  The mass was removed without complication (McDermott Operation Report, UCSF 95-97; Cockerham Operation Report, UCSF 100-101). Post-operatively he remained at the UCSF Medical Center until September 19, 2004 (Discharge Summary, UCSF 91-92).  He was discharged in stable condition at which time he is described as ambulating without assistance. The final Surgical Pathology Report (UCSF 207-208) reported a diagnosis of a "Giant cell tumor of bone". No neoplastic cells were identified. Dr. McDermott subsequently determined a diagnosis of brown tumor as a result of secondary

hyperparathyroidism in the context of renal failure (Brief Report by Zwick et al, *Ophthal Plast Reconstr Surg*, Vol 22, No. 4, 2006)

On follow-up on September 28, 2004 with Dr. Sanchez-Palacios, no major issues were presented. He was noted to be anemic and have an increased phosphorus with an iPTH of 450 pg/ml two months earlier. It is documented that he was scheduled for living-related kidney transplant. Mr. Hammersley returned to the Transplant Clinic on November 2, 2004 where he was noted to have had dramatic improvement of the tumor related symptoms with plans to follow up with a CT scan later that month (OIM 317).  He is again described as having no skin or joint signs or symptoms. No edema was noted on exam.  No comment is made regarding labs. Plans were for a living donor transplant in the near future.

On **December 2, 2004 a Brain MRI with Omniscan** was performed as postoperative followup imaging and revealed no tumor recurrence (NSR 3-4; Affidavit of Laverna Hubbard signed October 22, 2009). He sees Dr. McDermott on December 7, 2004 who in a letter to Dr. Lobotsky (UCSF 23-24) wrote that he was doing well and recommends followup MRI's in July and December 2005.

Mr. Hammersley underwent a live donor kidney transplant on December 28, 2004. Though the surgery was uncomplicated his urine output remained low and his creatinine rose (consistent with non-functioning kidney).  Ultrasound did not show obstruction and a renogram was consistent with acute tubular necrosis of the transplant kidney (UC Davis, Discharge Summary, UCDHS 15).  He resumed dialysis and was discharged to continue outpatient dialysis on January 5, 2005. He was readmitted the following day with right lower quadrant pain (over the transplant kidney) and ultrasound revealed a renal vein thrombosis extending into the iliac vein. Unfortunately attempts at removing the thrombus was unsuccessful and a transplant nephrectomy was performed (UCDHS 10-11).  He was discharged 6 days later to continue outpatient dialysis; he was noted to be ambulating without difficulty and pain was well controlled on oral Darvocet (Discharge Summary, OIM 323).

When he visited Dr. Sanchez-Palacios on January 17, 2005, the unsuccessful outcome of the transplant was noted (OIM 14-15). His iPTH was noted in the prior October to be 387 pg/ml with

5

a calcium of 9.9 mg/dl and a phosphorus of 7.8 mg/dl.   He was noted to have some AV fistula dysfunction for which he underwent a left forearm AV fistulogram by Dr. Douglas Hughes on February 1, 2005 (OH 23-24). He underwent another fistulogram, this time by Dr. Kevin Nash at Enloe Medical Center, on March 23, 2005; an angioplasty of the radial artery was performed. (EMC 40-42)

On February 8, 2005 he presented to Dr. Granka's office (chiropractor) with complaint of dull back pain, cramping in calves, tingling of the left hand. On a visual analog scale he noted that the pain on average was close to unbearable (CG-24).  This pain was marked with walking, stooping, and squatting; and with standing and kneeling for long periods (CG-30).  Lifting and carrying were limited by the pain (CG-30).  Other ADL's were affected to a lesser degree. Some of the presenting complaints at this time are consistent with those of NSF, and may represent the earliest symptoms of his disease that fulminates later in 2005. At subsequent visits with Dr. Granka between then and October 2005 he describes varying intensity of back and neck pains. In July 2005 he noted numbness and tingling of the extremities, in August 2005 pain in the soles of his feet and in September 2005 he reported being diagnosed with carpal tunnel syndrome (CG-20-22).

On July 19, 2005 when he visited Dr. Sanchez-Palacios for a patient care conference, his dialysis regimen is summarized.  He is noted to have had an iPTH in April of 302 pg/ml (very slightly above recommended targets of the time and within current targets) and a previous month Calcium of 10.1 and phosphate 6.6.   He noted that Mr. Hammersley had been relisted for a kidney transplant (OIM-16); he had been notified of placement on the deceased donor list in April (OIM 330).

On **July 25, 2005 he underwent an MRI with Omniscan** at North State Radiology (NSR-5; Affidavit of Laverna Hubbard signed October 22, 2009) which revealed no recurrence of the orbital tumor. Two days later on July 27, 2007 he was admitted to the Enloe Medical Center with complaints of fever, muscle aches and general malaise. He was found to have a left arm cellulitis around the fistula and this was treated successfully with antibiotics (EMC 65-69).

On August 16, 2005 during an office visit with Dr. McDermott he describes symptoms of generalized weakness, abnormal sensations in his arms and legs, headache and mood swings. He marked a diagram showing numbness in both hands and aching and numbness in both feet.  He is described as having some difficulty standing, performing household chores, climbing stairs and ladders and driving.  He also described difficulty sitting and much difficulty sleeping.  He noted that his "disorder" was placing "quite a lot of stress" on his relationships (UCSF Med Center 31-35).  It is my opinion that the descriptions provided here of some of his signs and symptoms are consistent with those that later come to be diagnosed as NSF; the timing of the symptoms in relation to the recent MRI is also typical of that described in the medical literature.

Mr. Hammersley saw Dr. Sanchez-Palacios for dialysis followup on August 29, 2005. He complained of numbness of the 2nd, 3rd and 4th fingers of both hands and he was referred for nerve conduction velocity (NCV) studies to evaluate further.  Exam describes no edema in the lower extremities (OIM 17-18).  On September 9, 2005 on a followup visit at the transplant clinic he reported feeling well without symptoms (OIM353-354).  The NCV studies were performed on September 15, 2005 and findings were consistent with carpal tunnel syndrome on the right and borderline (for carpal tunnel syndrome) on the left (AB23-24).  Dr. Brian Ching, an orthopedist, later that month recommended bilateral wrist splints (BC-3).

On October 12, 2005 Mr. Hammersley saw Dr Lang (urologist) for small firm cutaneous lesions on his penis.  He thought these might represent sebaceous cysts.  On October 20, 2005, he visited Dr. Roettger, a chiropractor for neck and back pain.  Also noted occasional pain down the left leg (JR-4).

When he returned to see Dr. Sanchez-Palacios on November 23, 2005, he described severe pain (unspecified location) after he "over-exerted" himself.  Mr. Hammersley expressed concern about bone pain related to secondary hyperparathyroidism (and about the possibility that the "brown tumor" of the orbit was also related).  Dr. Sanchez-Palacios noted that the PTH was only in the 200 pg/ml range with some room for improvement; as noted earlier the target levels for dialysis patients at that time were 150 – 300 pg/ml. Tylenol #3 is given for pain (OIM19).

On a January 25, 2006 visit with Dr. Sanchez-Palacios at dialysis he was noted to have a high phosphate level of 9.5 with PTH of 411 and calcium of 10.2.  His phosphate binding regimen was adjusted. No other significant issues were noted (OIM21).  Hand written notes by Dr. Sanchez-Palacios on March 9, 2006 mention that his "pain" was better (OIM 20). In notes from this visit Dr. Sanchez-Palacios noted that the pain from the prior fall had improved and he felt better. Carpal tunnel syndrome was improved with splinting (OIM 22).  His exam was unremarkable and he noted a calcium at 10.2 and phosphate of 6.6 (OIM23).

On **March 21, 2006** Mr. Hammersley underwent another **contrast enhanced MRI of the Brain** (NSR 7-8). **Omniscan** was again the contrast used for this study (Affidavit of Laverna Hubbard signed October 22, 2009).  Other than some dural enhancement the study was unremarkable.

On April 3, 2006 he was admitted to UC Davis for possible cadaveric kidney transplant.  At that time the admission note described no issues or findings (UCD 9-10). He did not go on to receive the transplant. However, shortly after this, handwritten notes from dialysis on May 22, 2006, documented that he had pain in the legs, joints and muscles which was not worse with walking. He also noted chronic pain and painful lower extremities. The notes describe that the carpal tunnel syndrome improved with braces (OIM20).  The typed notes from this visit state that he was seen on this day due to his wife's request.  She had called stating that he was not eating well, and was complaining of lower extremity pain and crying at times (OIM24). Dr. Sanchez-Palacios noted that there had been intermittent lower extremity pain in the past which did not seem related to physical activity.  He notes that Mr. Hammersley had seen a podiatrist.  His pain was mainly in the feet and he had used orthotics.  The exam confirmed pain in the sole of the feet at the level of the arch but none to palpation in the calf or thigh.  Dr. Sanchez-Palacios thought the "Chronic lower extremity pain" might be neuropathic (OIM24). Arterial Doppler was ordered to evaluate for peripheral arterial disease. It is my opinion that the symptoms described are unequivocally those of NSF that from this point onward begin a relentless course to the permanent disability that he currently suffers.

On June 1, 2006 he sees the Physical Therapist.  At this visit he complained of lower extremity weakness and muscle pain.  He noted difficulty climbing up and down stairs.  The pain is described as constant with rest levels at 2-3/10.  It is further described as "variable", "sharp",

"ache" and "burning" increased by muscle contraction of the lower extremities.   Weakness and decreased endurance is also described (VN-PT1).  He had therapy twice weekly over the next several weeks. On June 12 he is noted to have decreased walking tolerance due to whole leg pain.  He has bilateral calf pain while sitting, 3-4/10 pain while resting and 7/10 pain while doing ADLs (VN-PT11).  On June 26 he is noted to have minimally limited bilateral lower extremity flexibility and range of motion as well as pain in the muscles of the entire lower extremities (VN-PT14).  By June 27, 2006, he is noted to have some improvement in strength and endurance but pain persisted.  Joint stiffness, muscle pain, decreased flexibility and "joint popping" was also described (VN-PT8).  On June 28 he is described as having still very stiff lower extremities, and pain in calf and thigh muscles (VN-PT14).  It is my opinion that the symptoms described are without a doubt those of NSF and are illustrative of the early progression of his disease.

On July 13, 2006 when he sees Dr. Sanchez-Palacios he is noted to have small lumps under the skin on both pretibial areas (i.e. in front of the shins). Dr. Sanchez-Palacios believed that these represented subcutaneous calcifications (OIM25).  On July 23, 2006, on a return visit to PT, he is noted to have continued significant lower extremity weakness, stiffness and pain. Pain ranges from 2-8/10.  He is noted to have increasing difficulty with functional mobility and ambulation and endurance; pain is increased with "almost all physical activity" (VN-PT17).

On July 28, 2006, Mr. Hammersley sees Dr. Shah, Dr. Sanchez-Palacios' partner.  At this visit he describes a lump in the left buttock for the previous month.  It measured about 3 cm and moved with the underlying muscle (OIM26).  It was attributed to poor calcium and phosphate control.  When he sees Dr. Sanchez-Palacios on August 16, 2006, he complained of chronic leg pain and poor energy.  His wife Amy is quoted as saying "this is not the man I married".  He was very depressed and was reported to cry at times. (OIM27).  Subcutaneous nodules were now noted on both buttocks and also forearms. Dr. Sanchez-Palacios believed at the time these were calcifications.   It is my opinion that these signs and symptoms continue to represent those of a rapidly evolving NSF.  The buttock nodules are ultimately established to be consistent with the diagnosis of NSF (Pathology report, UCSF250-251; Deposition of Timothy McCalmont).  This deep tissue involvement by NSF at this time suggests a far more systemic presentation of his disease that is often seen with NSF, and correlates with NSF related signs and symptoms that develop later in his course.

On **August 24, 2006** another **Brain MRI with contrast** was performed (NSR-15-16). Again **Omniscan** was used (Affidavit of Laverna Hubbard signed October 22, 2009). No mass was noted. An arterial Doppler study performed on August 29, 2006 to evaluate his leg pain with ambulation showed no significant vascular occlusive disease (OIM219-222).

On September 1, 2006 he presented again to Dr. Sanchez-Palacios. He complained of vomiting after eating. He also commented that he was starting Gabapentin that day for neuropathic pain. At this visit the subcutaneous buttock mass in noted to be growing and Dr. Sanchez-Palacios refers him to Dr. Sheih for biopsy (OIM29). On follow-up on September 19, 2006, Complained of pain in his legs, "as usual", and that they were "swollen" and "tight". Lower legs are swollen on exam. His gabapentin dose is increased. He had not seen Dr. Sheih as he did not want a biopsy. Instead an x-ray was requested and ordered (OIM30). This showed no soft tissue calcifications (NSI-10). A subsequent CT scan on October 10, 2006 showed soft tissue changes with the appearance of cellulitis (NSI-11-12). No calcifications were described.

On October 18, 2006, CT guided biopsy of the masses was obtained. Dr. Stromberg, the radiologist, described bilateral hard thickened areas in the medial gluteal area that were biopsied (OH44). The pathology was read at the time as showing fibrous connective tissue and adipose tissue (OH49). However, subsequent review of this tissue (both left and right gluteal masses) by Dr. Shawn Cowper, a world renowned NSF expert at the Yale Dermatopathology Laboratory, reported a diagnosis NSF (Yale Dermatopathology Consultation Report, September 25, 2014). The same day as the biopsy he saw Dr. Sanchez-Palacios and continued to have complaints of pain especially in the feet. He is described as having difficulty walking. In addition pain control is described as an "issue". He was still depressed. Exam showed "indurated" areas on the extremities consistent with subcutaneous calcifications. Percocet prescribed for "chronic pain" (OIM33). The gabapentin dose was also increased (OIM32). Again, it is my opinion that all the described signs and symptoms at this time were directly related to his evolving NSF.

On Nov 28, 2006, he visits Dr. Steven Fletcher, a general surgeon, to assess the painful subcutaneous masses. Dr. Fletcher notes that the pathology was inconclusive and that Mr. Hammersley desires to have them removed. Dr. Fletcher describes very firm/hard non-tender masses, 7-10 cm in diameter (CCG-1). He ordered an **MRI which was performed on**

**December 5, 2006 with Omniscan at North State Imaging** (NSI 13-14; Affidavit of Laverna Hubbard signed October 22, 2009). No focal masses were identified. Findings suggested cellulitis or edema. He followed-up with Dr. Fletcher on December 14, 2006.

On January 4, 2007 he saw Dr. Sanchez-Palacios at which time he complained of painful erections and requested a referral to the urologist. Mr. Hammersley also requested rheumatology evaluation due to progressive difficulty with ambulation, with pain and stiffness; he also noted trouble making a fist (OIM34). Dr. Sanchez-Palacios noted that the joints were not inflamed but the skin was noted as being tight. He also noted pitting edema and skin tightness in his lower legs. He started Mr. Hammersley on Morphine and writes "I wonder if he could be having a case of a new entity described with the use of gadolinium in end-stage renal disease which is nephrogenic fibrosing dermopathy." A referral is made to Dr. Harchetan Singh, a rheumatologist.

On January 10, 2007, at Oroville Hospital, Dr. Fletcher excised the left buttock mass which was so firm and unusual in appearance that it was suspicious for a malignant lesion. Frozen section pathology suggested the possibility of sarcoma and the right mass excision was delayed until pathology was to be received (OH57-60). The initial pathology reported an "Atypical lipomatous tumor versus benign reactive fibrous proliferation". The case was referred to UCSF where it was felt to resemble a calcifying aponeurotic fibroma but definitive diagnosis was not rendered. There was recognition that the lesions may have been related to his underlying renal failure though NSF was not considered at that time (UCSF244-245). However, they were subsequently read in conjunction with the 2009 biopsies as being consistent with NSF (Pathology report, UCSF 250-251; McCalmont deposition). Mr. Hammersley developed wound cellulitis that was treated with clindamycin (CCG3). He subsequently developed an abscess in the wound which required surgical drainage and a 4 days hospitalization at Oroville Hospital from February 6 to 10, 2007 (Discharge summary; OH127-128). He subsequently required intensive wound care with Home Health nurses (CCG50-53).

On January 30, 2007, on a visit to the urologist, Dr. Lang, he described continued low libido and erectile dysfunction. He used Viagra but this caused painful erections precluding intercourse (NU6). A plaque-like hardening was described. This was resulting in slight downward

deflection of erections.  This was felt to possibly be Peyronie's disease, a disease where scar tissue forms in the tunica albuginea, the sheath of tissue surrounding the corpora cavernosa of the penis causing pain, abnormal curvature and erectile dysfunction.  It is my opinion that the "hardening" described here and the painful erections are manifestations of his severe NSF, which was already present at this time.

On February 12, 2007, Dr. Harchetan Singh Sandhu, a rheumatologist, saw Mr. Hammersley for the first time.  He described 6-8 months of joint pains involving the hands, wrists, elbows, back, hips, knees, ankles and feet.  Decreased range of motion (ROM) and tenderness of joints also described. He could not flex his fingers. It is stated that he denied skin thickening of the extremities but had lower extremity swelling especially below the knees. He noted that Dr. Sanchez-Palacios considered nephrogenic fibrosing dermopathy and that Mr. Hammersley had been exposed to gadolinium.  His exam showed decreased ROM of small joints of hands and of knees. He felt that the edema below the knee made the exam for sclerosis difficult. He did not note skin thickening of the arms or trunk. He did feel there was active synovitis of the joints, and based on this diagnosed Mr. Hammersley with an inflammatory arthritis. He dismissed a diagnosis of NSF stating that the synovitis was inconsistent (HS3-4).  At a follow-up on March 6, 2007, while maintaining the same diagnosis, he decided to start prednisone in an attempt to treat the disease (HS5-6).  That same day, in a functional assessment for the Butte County Department of Employment and Social Services that is signed by Dr. Sanchez-Palacios, Mr. Hammersley's impairments as a result of his disease (NSF, yet to be diagnosed) included, amongst others, assistance with dressing, bathing, grooming, feeding and range of motion (OIM384). On March 27, 2007, Dr. Singh notes improved mobility and pain with the use of prednisone and adds Imuran (azathioprine), another immunosuppressant to the regimen (HS7-9). Despite the improvement, Dr. Sanchez-Palacios, notes on March 29, 2007, that Mr. Hammersley is still on 15 mg of extended release Morphine twice daily and that he is being worked up for a connective tissue disease (OIM39).

Mr. Hammersley sees Dr. Andrew Brasch, a neurologist, on April 26, 2007 for jerking movements which he diagnoses as myoclonic seizures (AB2-3) and an EEG done on May 3, 2007 noted that myoclonic seizure needs strong consideration based on findings (OH235).  An ambulatory EEG on May 9 did not show evidence of seizure (OH236). Dr. Brasch, however later

in May prescribed Depakote (valproic acid), an antiepileptic medication (AB4), this was later increased in dose with improvement noted in jerking (AB5-9).

He sees Dr. Singh in follow up on May 8, 2007 where he is noted to have worse pain.  He is also noted to have morning stiffness of 5-6 hours duration and 8-9/10 pain which is most severe in his legs. Rheumatologic exam is similar to that reported at the previous visit, and the diagnosis unchanged. He is noted to be more depressed. He is treated with Plaquenil (hydroxychloroquine), an antimalarial used in treating some connective tissue diseases, in addition to continuing prednisone (HS10-12). The next day (May 9) he sees Dr. Sanchez-Palacios, who noted that Mr. Hammersley has difficulty walking and that he remained depressed without improvement with antidepressants. Due to his functional decline and difficulty moving around Dr. Sanchez-Palacios prescribed a wheelchair (OIM41).

When Mr. Hammersley is evaluated by Dr. David Smith on June 27, 2007, a psychiatrist, via UC Davis Telemedicine Evaluation, he complains of depression, physiological fatigue, pain syndrome, decrease interest in surroundings, anhedonia (lack of pleasure), lack of motivation and difficulty sleeping.  He also notes that his prior hobby was running but he was unable to engage in running at that time (and has not since that time). His wife noted that she was frustrated about his condition and that they no longer had any enjoyment in their relationship.  Mr. Hammersley was frustrated about his inability to be helpful around the house and expressed concern about his wife's frustration.  Their relationship was suffering.  He was prescribed Cymbalta for depression and Rozerem for sleep (OIM339-341).  It is my opinion, that most of the symptoms described above were directly related to his evolving, severely and debilitating NSF.

On return to Dr. Singh on June 21, 2007, despite physical therapy with Ms. Valerie Nelson (VN11-19), his joint pains remained unchanged. Morning stiffness was still present though of shorter duration at 25-30 minutes; pain was described as 5-6/10 and most severe in lower extremities. Rheumatologic exam was again not significantly changed. Rheumatologic exam was identical to previous visit. Diagnosis was unchanged and he is told to take Imuran in addition to prednisone and Plaquenil (HS13-15).  On follow up August 9, 2007 with Dr. Singh, improvement in pain is described. Exam is again identical. Imuran dose is increased (HS16-18). In September Dr. Singh notes that the pain is 6-7/10. Rheumatologic exam now noted that the

13

synovitis was resolved and that the arthritis was only mildly active on that day and he was considering increase in Imuran or prednisone (HS19-21).

On October 11, 2007, Mr. Hammersley established care with Dr. Jerry Waters at Family Practice Associates. His pain medications at that time included gabapentin 300 mg three times daily, Morphine at 15 mg twice daily and Percocet (with 10 mg oxycodone and 325 mg acetaminophen) 2 -3 tablets daily (FPA4-5). On October 16, 2007, Dr. Lang, the urologist, again noted the Peyronie's disease as a cause of painful erections (NU8). On October 24, 2007, Dr. Smith, the psychiatrist, notes the pain medication requirement and Mr. Hamersley's lack of pleasure from talking to friends or watching movies; he recommends starting Wellbutrin for depression (OIM344). He sees Dr. Waters a day later and complains of general fatigue (FPA8).

His visit to Dr. Singh on November 11, 2007 revealed similar findings as previously and an unchanged exam. He advised a slow reduction in prednisone dose.

On December 4, 2007, Mr. Hammersley visits with Dr. Fletcher regarding the large firm right gluteal mass (the left having been previously excised) (CCG9) which is then removed on January 10, 2008 by Dr. Fletcher at Oroville Hospital (OH268). The "rubbery firm tissue" sent to pathology was diagnosed as "Fibrofatty proliferation with calcification." The histology was described as virtually identical to the left mass previously excised (OH321).  These later come to be recognized as manifestations of his NSF, and recent review by Dr. Cowper at Yale again showed features typical of a diagnosis of NSF (Yale Dermatopathology Consultation Report, September 25, 2014).

Unfortunately the diagnosis was not made at the time and later that month Dr. Singh again attributes his pain and other findings to the inflammatory arthritis with polyarticular arthralgias. No change was made in his regimen HS25-27).  On January 29, 2008, Dr. Waters notes that his pain is not adequately controlled on morphine and Plaquenil, which he discontinues and starts Oxycontin 20 mg twice daily and oxycodone 5 – 10 mg every 4 to 6 hours for breakthrough pain (FPA13).  PT, which was requested by Dr. Singh, is carried out between February and April 2008 with some improvement reported in ROM (VN20-33).  Dr. Singh sees Mr. Hammersley on March 25, 2008 and describes similar issues but on rheumatologic exam notes that he has

bilateral plantar fasciitis and patellar tendonitis. He advises continued PT for the plantar fasciitis (HS28-30) and Mr. Hammersley continues to see Ms. Nelson for 6 more weeks (VN32-41).

On **April 25, 2008 another Brain MRI** was done to assess headaches present for a month (ordered by Dr. Palacios) (NSI20-21). **Prohance** was used for this scan (Affidavit of Laverna Hubbard, PFS 2nd Supp). The scan showed only the prior craniotomy. On May 8, 2008, Dr. Palacios notes that pain was under control and that he would not increase the Morphine dose because Mr. Hammersley still drove (CRCG4).  Around this time the PTH was 567 pg/ml (CRCG22). Follow up visit with Dr. Singh on May 29, 2008, was notable for pain described as 7-8/10 with most severe in the feet.  Exam was unchanged.  He was advised to start reducing prednisone dose and continue Imuran and prednisone (HS31-33). His symptoms persisted and in September 2008 he sees Dr. Sanchez-Palacios who documented the presence of chronic pain and depression. Pain medications were continued and Remeron was started (CRCG7)

On October 2, 2008, Mr. Hammersley sees another urologist, Dr. Tadd Selby, regarding 2 renal cysts that have small calcifications.  He advises repeat CT scan 4-6 months later. He describes the penis as being clean without lesions at this visit (TS-2-3).  A CT performed on October 20 showed only a single punctate calcification in the right kidney of doubtful significance (NSR35-37).  Dr. Selby on follow-up on November 4, 2008 notes continued problems with erection and penile pain; he believes that the diagnosis is early Peyronie's disease though he cannot palpate any significant plaques (TS5).

Dr. Singh on November 13, 2008 describes worsening skin tightening of the lower extremities with exam showing skin tightness in the hands and calf region; he requests a dermatology consultation for underlying fibrotic skin condition (HS34-36).  He returns to Dr. Singh with the same findings on January 13, 2009 at which time Dr. Singh notes that a skin biopsy is planned within the next couple days (HS37-39).  He sees Dr. Paul Sajben on January 15, 2009. Dr. Sajben notes the skin tightness and the MRI exposure.  He describes left more than right hand tightening with bound down skin; also notes the distal leg involvement.  He renders a diagnosis Nephrogenic Fibrosing Dermopathy and recommends return a week later for biopsy (NVDC4-5). Biopsy is carried out on January 22, 2009 of the left upper back and right lower leg (NVDC7). The biopsies were read at UCSF (NVDC10-11).  The right leg biopsy was diagnosed as NSF and

the left upper back as a heavily pigmented lentiginous compound melanocytic nevus. Biopsy diagnosis of NSF is later confirmed at Yale Dermatopathology by Dr. Shawn Cowper (Yale Dermatopathology Consultation Report, September 25, 2014).

Dr. Sajben referred Mr. Hammersley to Dr. Timothy Berger, a dermatologist at UCSF, who saw him on March 19, 2009. Dr. Berger notes the progression of the disease. He also describes "red eyes" and that Mr. Hammersley is presenting in a wheelchair. He notes multiple nodules of varying sizes with no overlying skin changes on his palms and dorsal fingers.  He describes an inability to open hand due to contractures.  He also describes the classic NSF findings of the lower legs with taut skin with woody induration. He describes yellow scleral plaques bilaterally (also a feature of NSF), otherwise facial sparing.  He also notes the 2 nodules, one on each central buttock.  His assessment was that these findings were those of NSF with dystrophic calcification which had been reported in the literature with NSF – this was further verified in a conversation that Dr. Berger reports he had had with Dr. Shawn Cowper. Dr. Berger recommended a trial of Trental (pentoxifylline) and diltiazem for 2-3 months.  Also recommends that pain be treated as neuropathic pain. He stated that if interventions failed, he would consider sodium thiosulfate or extracorporeal photopheresis at Stanford (TB-5).

On March 26, 2009, Dr. Sanchez-Palacios notes that Mr. Hammersley in addition to chronic pain and secondary hyperparathyroidism had developed "…severe depression, impotence, and lately decreased ability to ambulate most likely secondary to his nephrogenic systemic fibrosis." (AB47).  By this time he is on even higher doses of narcotics with long acting morphine (MS Contin) at 60 mg twice daily, oxycodone for breakthrough pain at 5 – 10 mg every 4 hours as needed and gabapentin at 300 mg three times daily.

Mr. Hammersley was admitted to Oroville Hospital on April 23, 2009 for excision of the right gluteal mass, having had recurrence of his gluteal masses bilaterally (OH377). Dr. Fletcher noted that the masses were related to his NSF. He is described as "Thin, frail, chronically ill appearing gentleman, somewhat huddled over" and was using a cane to walk. The gluteal mass had resulted in it becoming "prohibitive" to sitting down and this was of greater relevance now because he was spending more time sitting down due to "…becoming less mobile as this incurable disease progresses" (OH378). The operative note describes a firm rubbery subcutaneous mass that was

dissected all the way down to the gluteal musculature. Surgery was uncomplicated and he was discharged 3 days later due to need for pain management (Discharge Summary; OH376).

The pathology read at Oroville Hospital was descriptive but not diagnostic (OH459) and when reviewed at UCSF (Pathology Report, UCSF 250-251), by Dr. Zaloudek (who remarks on a discussion with two of his colleagues, Dr. Ruben and Dr. McCalmont, who agreed with his interpretation) as showing "Marked septal fibrosis in adipose tissue with focal calcification, compatible with nephrogenic systemic fibrosis."  The pathologist also noted that the mass excised in 2007 was reviewed and looked similar, suggesting that the earlier diagnosis was also NSF, that was not diagnosed at the time (Pathology Report UCSF 250-251; McCalmont Deposition).  This same tissue was recently reviewed by Dr. Cowper as diagnostic of NSF (Yale Dermatopathology Consultation Report, September 25, 2014).

Dr. Sanchez-Palacios on May 21, 2009 notes fair pain control on existing dose of morphine and poor appetite. He notes that Depakote will be started for myoclonic jerking that has been followed by Dr. Brasch (CRCG34). In July 2009 he states that more oxycodone can be taken for pain and orders hydrotherapy (CRCG35). Intact PTH on August 17, 2009 was 677 (CRCG68) up from 503 three months earlier (CRCG67). A letter from Dr. Sanchez-Palacios dated August 24, 2009 describes several of Mr. Hammersley's various evolving disabilities as a result of his "Gadolinium induced nephrogenic systemic fibrosis" including ambulation with cane, significant stiffness and contractures of both hands that prevents him from grasping things. It is felt at this time that a power scooter would allow greater freedom as he was unable to use the manual wheelchair due to the hand contractures and leg stiffness (CRCG38), consistent with further progression of his NSF.

Mr. Hammersley was evaluated by RP Rehab and Physical Therapy on September 17, 2009.  His extensive disability is described. He is noted to have reduced flexion and extension of the knees, reduced flexion of the ankles and severe limitation with gait.  He is described as flexed at the trunk to 20 degrees. His gait was shuffled with poor heel strike and no terminal knee extension (RPR-1).  Of note at this point his scoliosis is not described as contributing to the significant gait impairment, and all disability described appears to be related to his NSF. His trunk is flexed but

leaning is not described.  He did attend PT over the next year. A more erect posture is described as a result by December 2009 (RPR-2).

Dr. Singh on September 22, 2009 notes the difficulty walking due to NSF and the finger contractures, but describes the inflammatory arthritis as stable.  He discussed joint injections, but these were declined.  Dr. Palacios sees him 2 days later (CRCG37) and describes the continued mobility problems with difficulty navigating stairs, noting that he spends most of his time on the first floor of his house. He desires an assisted mobility device for which Dr. Sanchez-Palacios had already documented need. He noted that some kind of attachment will be needed due to difficulty bending knees.  By Jan 14, 2010, Dr. Sanchez-Palacios notes that he has the power chair but cannot put it in his car (CRCG39).  At follow-up with Dr. Singh on January 19, 2010, his wife thinks that the NSF might be spreading to involve his throat and other organs.

At an office visit on March 10, 2010 with Dr. Sanchez-Palacios, PTH is reported to be elevated at 800 pg/ml (with elevated phosphate at 7.7 mg/dl).  Surgical parathyroidectomy is discussed to treat his hyperparathyroidism.  He is also having worsening of restless legs and possibly myoclonic jerks for which Mirapex is prescribed (CRCG42). On April 8, 2010, Dr. Singh notes worsening pain and difficulty walking due to ankle and foot problems. Skin had shown no improvement. He describes an antalgic gait (gait that develops as a way to avoid pain while walking), loss of plantar arches and deformity of the ankle and midfoot with difficulty in getting up and walking (HD49-51). On June 3, 2010, Dr. Sanchez-Palacios notes that the gluteal masses appeared to be growing back (CRCG43) and a week later Dr. Singh notes ongoing joint pain and significant deformities (HS52-54). Referral is made to a podiatrist and Dr. Dennis Trenner sees him on June 22, 2010. Though he had never seen a case of NSF or recognized it in Mr. Hammersley (Trenner Deposition), what he described was consistent with the progressive effects of NSF on his feet.  On exam he documents that the left foot is severely pronated with a rigid flat foot deformity with noted increased pain with range of motion. The gait is described as shuffling and unsteady. The x-rays of both feet showed severe effects bilaterally with almost complete self-arthrodesis (fusion) of all the joints of the midfoot and most of the rear foot joints (except in T-N joint and ankle). Small soft tissue calcifications were noted in the tissue versus possible in blood vessels.   There was also a rigid flat foot deformity in the bony ridge from the right ankle

to talus. Significant calcaneal calcification is noted in the posterior heel and Achilles tendon (DLT 1-2).  Dr. Trenner recommended a brace and custom shoes.

Dr. Sanchez-Palacios on August 12, 2010 again discusses the need for parathyroidectomy due to uncontrolled PTH which Mr. Hammersley refuses.  He is noted to have continued depression and chronic pain. Kyphosis is noted on exam (CRCG 44-46). On August 30, 2010 Mr. Hammersley visits Dr. Trenner after sustaining a fall.  Dr. Trenner noted increased pain in the feet but no fracture found on X-ray.  He is advised to decrease activity and ambulation with foot elevation and ace wrap (DLT3-4).

Mr. Hammersley visited Dr. Lili Phung for headaches and eye pain at the Oroville Family Practice Eye Clinic on September 14, 2010.  She noted that he a large amount of fibrotic tissue on the surface of bilateral conjunctivae. The appearance was described as similar appearance to inflamed pingecuela.  Eye drops were prescribed (OFPEC 3-6). It is my opinion that, in the context of the systemic fibrosis that he has developed, this fibrosis of the conjunctiva is a direct consequence of his NSF.  In addition, the scleral plaques that are described later as part of my exam are classic eye findings in NSF patients.

Visits with Dr. Sanchez-Palacios in October and December 2010 reveal no significant change in his status (CRCG47-48). On January 17, 2011, he visited Dr. Leonard Brazil, an orthopedist, for evaluation of his finger contractures. Dr. Brazil describes the severe contractures of both hands as a result of the NSF (OANC 20). X-rays obtained of the hands showed substantial contractures of multiple joints and also calcification of soft tissues, illustrating the extensive nature involvement of the hands by his NSF (OANC 18). In addition to the high dose morphine, gabapentin and oxycodone for pain management, his medication list indicates that he was also taking the non-steroidal anti-inflammatory ketorolac at 10mg daily (OANC 24).  Dr. Brazil recommended occupational therapy.

On February17, 2011, Mr. Hammersley saw Dr. Williston Hayes, an otolaryngologist, for a foreign body sensation in his throat and some difficulty swallowing. Dr. Hayes states that the NSF may underlie the dysphagia (WSH 6-7). A barium swallow was unrevealing (WSH 8-9) however a modified Barium Swallow, which is more useful in evaluating swallowing difficulties,

performed on March 1, 2011 (CRCG 71) did note mild pharyngeal stage dysphagia.  It was noted on the report that it was likely that when he becomes weak or fatigued the swallow becomes less functional and he experiences pharyngeal residue.  These findings are consistent with esophageal involvement by NSF, which has been previously described in the medical literature.  It is my opinion, therefore, that these symptoms are also a consequence of his NSF, and further illustrative of the extensive systemic involvement of his disease. Mr. Hammersley continues to have swallowing difficulties. During a conversation with him and his wife on November 23, 2014, they noted that he mostly drinks liquids and that a gastrostomy tube has been considered to help with nutritional needs.

Mr. Hammersley sees Dr. Sajben in June and July 2011 for skin lesions on his legs diagnosed as contact dermatitis, xerosis and folliculitis (NVDC 25-27) which Dr. Sanchez-Palacios comments on again during a visit on September 8, 2011. At that visit Dr. Sanchez-Palacios notes continued intermittent sensation of a foreign body stuck in his throat (CRCG 50).  At this time he writes a letter to IHSS (In-Home Support Services) noting the severity of his disease and that for Mrs. Hammersley "this is pretty much a full time job since Carson needs help with feeding, personal hygiene and pretty much all activities of daily living…" (CRCG 51).  These disabilities persist to this day and it is my opinion that they are a consequence of his severely disabling NSF.

Upon return to Dr. Sanchez-Palacios on October 19, 2011, he is noted to have increasing back pain. Dr. Sanchez-Palacios notes his severe scoliosis at this time and trouble with ambulation with ongoing pains, cramps, weakness and stiffness (CRCG 52). Dr. Singh the following week also notes worsening scoliosis and low back pain (HS 58-60).  Of note, it is only at this point that his physicians begin to attribute symptoms to his scoliosis. Dr. Sanchez-Palacios had increased the morphine dose to 60 mg three times daily and noted on follow-up in November 2011 improved pain in response (CRCG 54-55). When Dr. Sajben sees him on November 29, 2011, he describes increased stiffness of arms and legs over the prior two months and that he was finding it hard to hold up his head (NVDC 30), a problem that has worsened over time.  In January 2012 when he sees Dr. Sanchez-Palacios progressive immobility is noted, with ambulation using a walker. The scoliosis is again documented.  Dr. Sanchez-Palacios notes they discussed that "this is all related to nephrogenic systemic fibrosis and attributed mainly to his NSF and perhaps secondary hyperparathyroidism" (CRCG 56-57).  On February 7, 2012, Dr. Singh notes a PTH

20

of 1600 and that Mr. Hammersley may not be a surgical candidate.  He also notes a neck contracture has developed (HS 62-63).  Dr. Sanchez-Palacios on March 12, 2012 observed that Mr. Hammersley's head was leaning more to the left, but that Mr. Hammersley preferred it that way.  He stated that this was due to the scoliosis which was progressing, though probably without a solution.  It is my opinion that the scoliosis, as discussed below, is a consequence of his NSF.

Mr. Hammersley has continued to suffer from his NSF.  He has not had any regression of his disease and has become progressively disabled.

When I met with him he related that he has attempted several therapies over time. He described Aqua Therapy a couple years before I met him that was helpful.  However he felt "unsafe" as he did not feel like he was closely monitored and he was worried about drowning. He has tried unsuccessfully to find physical and occupational therapists to work with him where he lives.  His wife does stretch his hands and legs to try and help his mobility.

At the time that I met him, he was undergoing three times weekly dialysis – Monday, Wednesday, Friday schedule – using his left upper arm AV fistula.  He has continued on this schedule. Dialysis was well tolerated at the time but he was needing oxygen due to what he felt was his not receiving enough air as a result of kinking of his airway due to his neck position. His blood pressure was running lower than in the past with the need for midodrine to keep his blood pressure up – he had previously been on 3 antihypertensives. He had no plans to be evaluated for a kidney transplant (as also noted in letter from UC Davis noting that it was his choice to be removed from the waiting list – CRCG83). Ongoing medical issues at the time that I met him in 2012 included tertiary hyperparathyroidism despite optimal medical management (when I saw him he was on cinacalcet at 60 mg with an intact PTH of 1100 pg/ml, approximately double upper level of the target range for dialysis patients).  He had been offered excision of the parathyroid glands (parathyroidectomy) but was not willing to have surgery – he described a great fear of surgery and did not think he would survive or tolerate surgery in his current physical state.  It is my opinion that in the absence of NSF this would be a relatively minor and well tolerated surgery and he would have undergone it with success. At the time of our videoconference on November 23, 2014 he noted that his recent PTH was in the 500s on

21

cinacalcet and with lower serum phosphate; this is within current recommended target of 150 – 600 pg/ml.  The consequences of secondary and tertiary hyperparathyroidism include bone disease, and tissue and vascular calcifications.  It is my opinion that the devastating disability, disfigurement and pain from which he suffers are a consequence of his NSF and not hyperparathyroidism.

Other issues have included low blood pressure with hemodialysis treatments. He notes during our recent conversation that his blood pressure has been stable during most treatments with systolic blood pressures mostly above 100 mm Hg.

At the time of the visit in 2012 he described, as noted above, compromised oxygenation as a result of his body habitus – restrictive lung disease – which necessitated the use of oxygen by nasal cannula. When we spoke on November 23, 2014 he described continuous need for oxygen by nasal cannula at 3 l/min for some time.  He was recently hospitalized for two weeks in the context of pneumonia and had respiratory failure. He developed severe carbon dioxide ($CO_2$) retention with a $pCO_2$ that was apparently in the 80's (by his and his wife's report) but he was not intubated.  By the time of discharge it remained over 60 mm Hg suggesting severe ventilatory compromise.

He was admitted earlier this year with atrial fibrillation which recurred on his most recent admission also. According to him, he is back in sinus rhythm at the time of writing this report.

Pain management at the time I met him included the need for high dose long acting morphine at 60 mg twice daily and large doses of oxycodone at 15 mg three times daily (generally used this dose though prescribed as an as needed medication). In addition he continued to take gabapentin. A more recent medication list shows continued use of morphine at 15 mg four times a day, oxycodone 15mg every 6 hours and gabapentin at 400 mg three times daily.  He continues to take a laxative to treat constipation. During our conversation on November 23, 2014 he noted that his pain continued to be exacerbated with standing up, particularly in the feet.  He also describes painful paresthesias.  He did recently stop taking the long acting morphine as there is a concern that this might exacerbate his $CO_2$ retention, and he has been using oxycodone alone for pain control.  When I met him in 2012 he described pain that was constant despite medication.

While sitting in his wheelchair at that time he noted 3-4/10 pain in his legs and arms.  He notes that it is now mostly in the 4-5/10 range.  It is occasionally at a zero level but that is very transient.  It does wake him up at night. He has been sleeping in a reclining chair for some time which helps with pain, however, of late, since his chair broke he has had to sleep in a bed which exacerbates his pain.  He has also recently had pain related to decubitus (pressure) ulcers that developed on his right shoulder, left hand and upper buttock areas. These ulcers are as a direct consequence of pressure that has resulted from body positioning due to his NSF.

**Physical findings of NSF**

Mr. Hamersley's medical record describes, and his recollection of events confirms, a progressive clinical course as a result of his NSF which has resulted in an irreversible condition with associated severe limitations in his mobility, and consequent significant impact on his daily life and ADL's. When seen by me on August 6, 2012, his exam was most notable for the skin findings and contractures typical of NSF. Both upper and lower extremities are extensively involved with NSF.

When examined in 2012 he was sitting in a wheelchair. He appeared comfortable but described 4/10 discomfort. When we spoke by videoconference he was in bed. He fell asleep several times while we were talking. He described 4-5/10 pain. In 2012, his face and neck had no notable skin findings though his head is angled to the left due to difficulty in keeping his head upright (which has continued). Both his eyes continue have scleral plaques with yellowing both medial and lateral to the iris; conjunctival injection (redness of the eyes) was also noted. He has a left eye esotropia which preceded his NSF but which he feels has worsened over time.

When I met him in 2012 he was able to ambulate a short distance with significant difficulty and when ambulating was stooped over, shuffled his feet and had poor balance.  He preferred to hold onto something. This severe abnormality is predominantly due to the knee and ankle contractures. His ambulation was further made difficult by his scoliosis. I was not able to assess his ambulation at the time of videoconference in November 2014, but he and his wife state that he can now only ambulate with assistance of someone holding him and can take only a few steps

23

with a walker.  In addition, when he does ambulate his torso is almost parallel to the ground because of progressive kyphosis.

His head was tilted to the left side; he was able to lift the head with some effort.  Some skin thickening was noted on the right side of the neck. Though he could straighten his head this could not be sustained. This was also notable over videoconferencing on November 23, 2014, and appears to have worsened over time. Also noted is that he had an ulcer on the left shoulder (near the neck) from the continuous pressure of his head leaning that way.

At the time of the exam in 2012, his shoulder exam was most notable for his limited ability to abduct (to approximately 80 degrees). The elbows could be extended to an angle of only 160 – 170 degrees.  Flexion was less limited. The tendons around the anterior elbow were contracted with noted hardening.  The dorsal forearms were notable for a hard nodularity (cobblestoning) commonly seen with NSF. He has a left upper arm AV fistula.  Due to the limitations of movement of shoulders and elbows he had difficulty touching the back of his head. The left wrist was unable to extend though flexion was less limited. Flexion and extension of the right wrist was mildly limited. The palmar surface of both hands is thickened with thickened contracted tendons. The web between the thumb and forefinger is also thickened and calcified. The fingers on the right hand are all in a flexed position and not able to straighten.  Though he can flex the fingers he cannot make a fist. The right thumb is flexed at its DIP.  The left fingers are all in flexed position and he is unable to extend them.  The thumb on this side is extended at the DIP. The skin over the dorsum of the fingers is also tight and thick (sclerodactyly).

The lower extremities are also significantly affected by NSF. Skin thickening was noted over the anterior hips (inguinal fold) down. Hip range of motion could not be assessed while he was in the wheelchair. The thighs were notable for anterolateral induration from the knee to 50 cm above the knee on the right and 40 cm above the knee on the left. The underlying muscles were atrophied. The right  knee, due to the skin thickening and contractures, was essentially fixed at an angle of 150 – 160 degrees, with 5-10 degree movement; the left knee was more bent with an ang in the 100 -130 degree range. The left could move 15 – 30 degrees in total excursion. Below the knee the legs were notable for severe circumferential thickening. The Achilles tendons are thick and contracted. The right ankle is extended at 110-120 degrees and is essentially fixed with

24

a 5-10 degree excursion. The left ankle is slightly worse than the right. His plantar surface is also thickened and his arches are flat. Though I was unable to examine him on our recent call, he describes progression of his contractures with greater limitation in mobility. It is my opinion that it is the combination of leg findings which are entirely a result of NSF that severely compromise his ability to ambulate.

Though I did not examine his genital area, he and his wife describe painful "lumps" and skin thickening of his penis. The thickened skin results in crooked erections (described as Peyronie's disease in the record) because the penis as the scarred area does not allow the skin to stretch in the affected area and therefore the penis deviates to that side. The erections are painful, as described earlier, due to this problem.  It has precluded sexual intercourse.  It is my opinion that the described findings and effects are caused by his NSF.

It is my opinion that the clinical course and findings described above are those of NSF and not another disease. The development of the disease in an ESRD patient who had undergone several MRIs with Omniscan, the extensive and unremitting skin induration and contractures around small and large joints, the associated pain, the pattern of skin involvement, and a consistent skin biopsy make the diagnosis.  Though inflammatory arthritis was initially diagnosed by Dr. Singh, this is not the cause of his current immobility and pain.  Though he has a diagnosis of secondary and tertiary hyperparathyroidism his presentation is not that of hyperparathyroidism. Though focal skin, tissue and vascular calcification (with calcium phosphate deposition) and bone effects can be seen with secondary or tertiary hyperparathyroidism, the unrelenting pain, immobility and skin thickening and joint contractures are clearly those of NSF.   In addition calcification of deep tissues, as has been seen with Mr. Hammersley, which Dr. Cowper had stated to Dr. Berger was often seen, has been described in the medical literature in association with NSF (NagaiY *et al*, Acta Derm Vnereol, 2008; Sanyal S *et al*, Nephrol Dial Trans, 2011, Wiedemeyer K, Am J Dermatol, 2009; Song J *et al*, J Cut Pathol,2008; Zelasko S *et al*, Am J Neruoradiology, 2008). Also, the timing of his tissue calcification concurrent with extensive NSF, which included recurrent buttock masses and conjunctival fibrosis in addition to the severe more typical skin and joint involvement, would make the association more likely NSF related than another disorder. Furthermore, direct muscle involvement of NSF has also been well described (Ting WW et al, Arch Dermatology, 2003; Jimenez SA, Arthritis and Rheumatism, 2004; Levine JM et al, Muscle

and Nerve, 2004; Weigle JP et al, Skeletal Radiol, 2008; Edgar E et al, Neuromuscular Disorders, 2010; Sanyal S et al, Nephol Dial Trans, 2011), and it is notable that the initial left gluteal biopsy in October 2006 as described by Dr. Cowper in his consult "…shows involvement of skeletal muscle commonly encountered in NSF" (Yale Dermatopathology Consultation Report, September 25, 2014).  In particular, it is my opinion that his severe kyphoscoliosis is a result of this deep tissue involvement together with body posturing needs that are forced on him by his contractures and pain. Prior to the development of NSF there is no description of any kyphoscoliosis.   Certainly the role of NSF here is supported by the presence of other deep tissue involvement including gluteal muscle and surrounding tissue fibrosis, probable esophageal involvement, and eye and penis fibrosis. These findings are not seen in the context of secondary or tertiary hyperparathyroidism.

It is also my opinion that it is the effect of NSF on his skin and joints that has caused the severe limitation of his ability to perform tasks required for daily living and his extreme immobility, which has resulted in his inability to walk and consequent wheelchair dependence described below, and his severe chronic pain.

**Effects of NSF on Mr. Hammersley**

Prior to development of his NSF, Mr. Hammersley had no major physical limitations.  His underlying medical problems did not limit his ability to perform his daily activities in any way. At the time I met him, he was almost entirely dependent on others for his activities of daily living.  He was able to feed himself, though with difficulty. He can also brush his teeth though it is difficult.  When I met him in 2012 he noted that he could not wash himself and showered with his wife; he now has a special handicap accessible bath and requires full assistance from his wife to use it.  He cannot brush his own hair as his arms cannot bend to reach his head to do so.  He needs help getting on and off the toilet, and he is unable to wipe himself.  He cannot do any work around the house – his 13 year old daughter has to help so that everything can get done. He does not sleep well.  He has difficulty swallowing solid foods – at the time I visited him, Nepro was not covered by insurance and this was something that he could drink with high caloric value. As noted above his swallowing problems have persisted and most of his calories are obtained from

liquid foods. As noted earlier, his walking is also severely compromised and he now requires assistance when ambulating.

When we met in 2012 his wife stated that she feels like she's "in jail" as a result of his NSF.  She was extremely frustrated and stated they have a failed marriage.  She continues to feel this way. They have not had a sex life for years and she views their roles as "companions" and not "husband and wife".  She currently notes that her daughter has also been greatly affected by her father's illness and currently undergoes counseling to help her cope. It is difficult for them to get out of the house noting that his wheelchair is "too big" to allow freedom of movement. The size cannot be reduced as he cannot bend his legs.  It is also a very heavy chair and therefore needs special lifts. At this time, they have a Toyota Highlander which she states has enough leg room that he can sit in the car. The chair has a carrier on the back of the vehicle.

It is my opinion that over time it is likely that Mr. Hammersley will become even more immobile (as he has since 2012) and his daily activities will become even more restricted. Furthermore, his poor mobility has resulted in physical deconditioning and his body habitus (and possibly the NSF itself) has resulted in poor lung function. It is my opinion that, as a consequence of this NSF driven deconditioning and compromised lung function, he has and will continue to have significantly poorer cardiovascular and pulmonary health than he might have had otherwise. Finally, it is my opinion that NSF, through these and other effects, puts Mr. Hammersley at a higher risk of premature death.

November 23, 2014

_____

Derek Fine, M.D.