

# Yale Dermatopathology Laboratory

P.O. Box 208059
15 York Street, New Haven, Connecticut 06520-8059
Telephone: 203.785.4094 Fax: 203.785.6869
Ct State License # CL0340

Case 2:13-cv-00826-TLN-AC   Document 85-5   Filed 11/26/14   Page 1 of 4

## Consultation Report

| | | | | |
|---|---|---|---|---|
| Pathology #: | **D09-019390** | Patient: | **Hammersley, Carson** | DOB: 7/6/1975 |
| Service: | 4/24/2009 | Address: | 2995 Lower Wyandotte Rd #5 | Age: 33 |
| Received: | 4/24/2009 | | OROVILLE, CA 95966 | Gender: M |
| Reported: | 6/1/2009 | Physician: | Francis Sajben, MD  530-342-3686 | |

### ***REVISED REPORT***

Updated report to reflect correction in the spelling of the patient's last name. (war; 6/5/2009)
Revised report reflects correction to the site. (cah; 06-09-09)

**DIAGNOSIS:**   RIGHT LEG
**NEPHROGENIC SYSTEMIC FIBROSIS**

Note:   Per the submitted reports, the patient has renal disease requiring hemodialysis, and progressive tightening of upper and lower extremities (suggesting a clinical score of at least 3). The histopathological score is 4 ("highly consistent"). Provided the patient does not have another explanation for these findings, the clinical and pathological features are diagnostic for nephrogenic systemic fibrosis.

This case is eligible for inclusion in the NSF Registry. We would like the opportunity to interview the patient by phone to complete the consenting process approved by the Yale Human Investigation Committee. If he is agreeable, please contact Carol Hribko at registermc@juno.com (or 203-785-3524) and we will set this up.

**CLINICAL IMPRESSION:**
ESRD s/p transplant rejection. Progressive tightening of hands and legs. No facial involvement or scleroderma stigmata.

**GROSS DESCRIPTION:**
Received is one slide labeled DT09-4791:A, Hammersley, Carson, and five unstained slides 09-4791A from UCSF, San Francisco, CA.

**MICROSCOPIC DESCRIPTION:**
Sections demonstrate a non-inflammatory fibrosing process with mildly increased cellularity noted predominantly in the deep dermis and subcutis. The cells are banal to slightly plump spindle cells which expand the subcutaneous septa, encroaching focally on adipocytes. These cells stain positively with CD34, revealing a tram-track pattern. Thick collagen bundles are noted with relatively few distinct thin bundles, and elastic fibers are present. Fenestrations remain present. Intermixed are smaller numbers of slightly stellate epithelioid cells and histiocytes. Some histiocytes contain dull brown granules—many of which can also be found within the fibrotic dermis outside of cells.

Jennifer McNiff, MD  ✚  Earl Glusac, MD  ✚  Rossitza Lazova, MD  ✚  Shawn Cowper, MD  ✚  Antonio Subtil, MD
Christine Ko, MD  ✚  Anjela Galan, MD  ✚  Marcus Bosenberg, MD

Copy For:   Francis Sajben, MD

 

# Yale Dermatopathology Laboratory

P.O. Box 208059
15 York Street, New Haven, Connecticut 06520-8059
Telephone: 203.785.4094 Fax: 203.785.6869

| Pathology #: | **D09-019390** | Patient: | **Hammersley, Carson** |

Final Diagnosis performed by
Shawn Cowper M.D.
Electronically signed 6/1/2009 3:46PM

Update #1 performed by
Shawn Cowper M.D.
Electronically signed 6/6/2009 3:20PM

Revision #2 performed by
Shawn Cowper M.D.
Electronically signed 6/11/2009 9:06AM

Jennifer McNiff, MD ✦ Earl Glusac, MD ✦ Rossitza Lazova, MD ✦ Shawn Cowper, MD ✦ Antonio Subtil, MD
Christine Ko, MD ✦ Anjela Galan, MD ✦ Marcus Bosenberg, MD

Copy For: Francis Sajben, MD

Page 2 of 2




# Yale Dermatopathology Laboratory

P.O. Box 208059
15 York Street, New Haven, Connecticut 06520-8059
Telephone: 203.785.4094 Fax: 203.785.6869
Ct State License # CL0340

## Consultation Report

| | | | | |
|---|---|---|---|---|
| Pathology #: | D14-031836 | Patient: | **Hammersley, Carson** | DOB: 7/6/1975 |
| Service: | 07/28/2014 | Address: | 2995 Lower Wyandotte Rd | Age: 39 |
| Received: | 07/28/2014 | | #5 | Gender: M |
| Reported: | 9/25/2014 | | Oroville, CA 95966 | |
| | | Physician: | Steven F. Fletcher, M.D. 530-532-8161 | |

**DIAGNOSIS:**   A - LEFT BUTTOCK
  **NEPHROGENIC SYSTEMIC FIBROSIS**
  Note: The patient has a known history of nephrogenic systemic fibrosis. Specimens A-D show typical features of NSF in deep tissue and part E shows involvement of skeletal muscle commonly encountered in NSF. The patient has a documented exposure to MRI contrast agents prior to the development and sampling of these masses.

  B - RIGHT GLUTEAL MASS
  **NEPHROGENIC SYSTEMIC FIBROSIS**
  C - RIGHT GLUTEAL MASS
  **NEPHROGENIC SYSTEMIC FIBROSIS**
  D - RIGHT GLUTEAL SOFT TISSUE
  **NEPHROGENIC SYSTEMIC FIBROSIS**
  E - LEFT GLUTEAL SOFT TISSUE
  **NEPHROGENIC SYSTEMIC FIBROSIS**

CLINICAL IMPRESSION PROVIDED TO LABORATORY:
The patient is a 39 year old male with carrying a diagnosis of NSF. The submitted tissue represents sampling of gluteal masses collected between 2006 and 2009. Per the submitted reports, the patient has had ESRD since 2004 and was subsequently exposed to Omniscan six times and Prohance once between 2004 and 2008.

GROSS DESCRIPTION:
  A) Received 14 slides labeled 07-139-1,-2,-3,-4,-5,-6, 5Fungus, Fungus Control, FS1, FS1, FS1, FS2, FS2 and FS2 from Oroville Hospital, Oroville, CA.
  B) Received 4 slides labeled 08-138-1,-2,-3 and -4 from Oroville Hospital, Oroville, CA.
  C) Received 6 slides labeled 09-2014-1,-2,-3,-4 Decal, 5 and 6 from Oroville Hospital, Oroville, CA.
  D) Received is one slide labeled 06-5013A from Oroville Hospital, Oroville, CA.
  E) Received is one slide labeled 06-5013B from Oroville Hospital, Oroville, CA.

MICROSCOPIC DESCRIPTION:

Jennifer McNiff, MD   ◆   Earl Glusac, MD   ◆   Rossitza Lazova, MD   ◆   Shawn Cowper, MD   ◆   Antonio Subtil, MD
Christine Ko, MD   ◆   Anjela Galan, MD ◆   Marcus Bosenberg, MD

Copy For:   Steven F. Fletcher, M.D.

Page 1 of 2



# Yale Dermatopathology Laboratory

*P.O. Box 208059*
*15 York Street, New Haven, Connecticut 06520-8059*
*Telephone: 203.785.4094 Fax: 203.785.6869*

| Pathology #: | **D14-031836** | Patient: | **Hammersley, Carson** |
|---|---|---|---|

A) Sections consist of a deep incisional biopsy of fat and fibroconnective tissue. There is massive widening of fatty septa with a bland background proliferation of spindled to epithelioid cells. Inflammation is inconspicuous to absent. There are bands of thickened collagen with diminished clefts. There is increased myxoid interstitial matrix. There are distinct aggregations of mineralized collagenous matrix, in some areas forming bone-like osteoid structures (lollipop bodies). There are irregular and fragmented portions of elastic tissue noted.

B) Sections consist of a deep incisional biopsy of fat and fibroconnective tissue. There is massive widening of fatty septa with a bland background proliferation of spindled to epithelioid cells. Inflammation is inconspicuous to absent. There are bands of thickened collagen with diminished clefts. There is increased myxoid interstitial matrix. There are distinct aggregations of mineralized collagenous matrix, in some areas with intermixed multinucleated giant cells. There are irregular and fragmented portions of elastic tissue noted.

C) Sections consist of a deep incisional biopsy of fat and fibroconnective tissue. There is massive widening of fatty septa with a bland background proliferation of spindled to epithelioid cells. Inflammation is absent. There are bands of thickened collagen with diminished clefts. There is increased myxoid interstitial matrix. There are distinct aggregations of mineralized collagenous matrix, in some areas with intermixed multinucleated giant cells. There are irregular and fragmented portions of elastic tissue noted.

D) Sections consist of small fragments of fibrofatty tissue showing thickened collagen and a bland proliferation of spindled to epithelioid stromal cells.

E) Sections consist of small fragments of skeletal muscles showing increased numbers of bland epithelioid stromal cells set in a fibrous matrix. This process surrounds and entraps some skeletal muscle cells. Inflammation is not evident.

Final Diagnosis performed by
Shawn Cowper M.D.
Electronically signed 9/25/2014 10:08AM

Jennifer McNiff, MD ♦ Earl Glusac, MD ♦ Rossitza Lazova, MD ♦ Shawn Cowper, MD ♦ Antonio Subtil, MD
Christine Ko, MD ♦ Anjela Galan, MD ♦ Marcus Bosenberg, MD

Copy For: Steven F. Fletcher, M.D.