# EXHIBIT 6

Dr. David Silvers, MD Dermatopathology

## I.        BACKGROUND & QUALIFICATIONS

Dr. David Silvers is a dermatopathologist and is Clinical Professor of Dermatology and Pathology and Director of the Dermatopathology Laboratory at the College of Physicians and Surgeons, Columbia University in New York, New York.  Dr. Silvers' qualifications include (i) B.A. from Haverford College in 1964; (ii) M.D. from Duke University in 1968; (iii) board certification in Dermatology and Certification of Special Competence in Dermatopathology; (iv) he has been licensed in California, Florida, New York, and North Carolina and currently licensed in New York; (v) service from 1971-1973 as a staff physician for the Armed Forces Institute of Pathology, Skin and Gastrointestinal Branch, and Supervisor of the Branch's Electron Microscopy Laboratory in Washington, D.C.; (vi) employment from 1976 to present as an attending dermatologist at Presbyterian Hospital, Columbia-Presbyterian Medical Center in New York, New York; and (vii) numerous publications in the areas of dermatology and dermatopathology.  A current copy of Dr. Silvers' curriculum vitae which sets forth his qualifications in further detail is attached hereto as Appendix A.  A list of cases in which Dr. Silvers has testified as an expert at trial or by deposition is attached hereto as Appendix B.

## II.      MATERIAL REVIEWED

1.  Oroville Hospital Pathology: Carson Hammersley biopsy slides: 06-5013 A and B, 07-139, 08-138, and 09-2014 (total of 26 slides)

2.  UCSF Dermatopathology: Carson Hammersley biopsy slides: D09-19390 (09-4791-A) original 1 slide and recuts (09-4791-A) 4 slides  and pathology reports re: same

## III.     HISTOPATHOLOGICAL EXAM RESULTS

### a.   Diagnostic Criteria

The diagnosis of Nephrogenic Systemic Fibrosis (NSF) requires a clinicopathological correlation.  From a histopathological standpoint, NSF mimics multiple other dermatologic fibrosing conditions, including scleromyxedema, scleroderma, lipodermatosclerosis, morphea, cicatrix, and the sclerodermal changes in porphyria cutanea tarda (PCT) to name just some of its histologic simulants. There is no "gold standard" for the histologic diagnosis of NSF despite attempts made to establish specific histologic criteria for this diagnosis.

### b.   Slides Reviewed & Findings

I've reviewed the following slides and made the following observations:
1.  Slide of biopsy of leg (*Accession # DT09-4791A*) shows mild thickening of the collagen with scattered fibrocytes.
2.  Slide of biopsy of the back (*Accession # DT09-4791B*) which shows a proliferation of nested melanocytes in the epidermis and nevus cells in the dermis.
3.  Slides of biopsies of the buttocks and gluteal regions (*Accession #s DT06-5013 A & B, DT07-139, DT08-138, and DT09-2014*) which show tumoral deposits of calcium.

Dr. David Silvers, MD Dermatopathology

## IV.   OPINIONS

To a reasonable degree of medical certainty, it is my opinion that slide DT09-4791 A shows histologic features of a fibrosing process which, if the biopsy was from a lesion with the typical clinical features of NSF would be consistent with this diagnosis.  Slide DT09-4791 B shows a melanocytic nevus.  The biopsies from the buttock and gluteal areas show multiple, large deposits of calcium and in my opinion with a reasonable degree of medical certainty this represents tumoral calcinosis which can be "idiopathic" as well as secondary to renal failure. Significant dermal calcification in the setting of NSF is a rare phenomenon according to the literature and has only been described in a handful of cases.  This calcification has been reported as "dystrophic" (at the site of injured tissue) or "metastatic" (at the site of normal appearing tissue).  I am unaware of examples of tumoral calcinosis being associated with NSF.  In my experience with more than thirty biopsies of cutaneous lesions of NSF, I have never encountered examples in which there was significant calcification and certainly no examples of tumoral deposits of calcium as seen in this patient's buttock and gluteal biopsies.  Therefore, it is my opinion with a reasonable degree of medical certainty that the development of tumoral calcification is not related to NSF.

I, Dr. David Silvers, hereby certify that the opinions expressed in this report are given to a reasonable degree of medical certainty.

Date: _11/25/14_

_David N Silvers_
Dr. David Silvers

# APPENDIX A

## CURRICULUM VITAE

**Date of Preparation**        April 2014

**Personal Data**

| | |
|---|---|
| **Name** | **David N. Silvers, M.D.** |
| **Birth date** | August 20, 1942 |
| **Birthplace** | New York, NY |
| **Citizenship** | United States |

## ACADEMIC TRAINING

7/60 - 6/64        Haverford College
**B.A.**

7/64 – 6/68        Duke University
**M.D.**

## LICENSES AND CERTIFICATES

| | |
|---|---|
| 1968 | Licensed as Physician, State of North Carolina |
| 1968 | Certified by the National Board of Examiners |
| 1968 | Licensed as Physician, State of New York |
| 1970 | Licensed as Physician, State of Florida |
| 1972 | Licensed as Physician, State of California |
| 1973 | Fellow, American Board of Dermatology |
| 1974 | Certification of Special Competence in Dermatopathology: American Board Dermatology and American Board Pathology |

David N. Silvers, M.D.
Page   2

**TRAINEESHIP AND PROFESSIONAL TRAINING**

7/68 - 6/69          **Intern** in Medicine, *Bellevue Hospital*, New York, NY

7/69 - 6/71          **Resident** in Dermatology, *New York University Medical Center*, New York, NY

7/70 - 6/71          **Research** in purine metabolism and genetic disease in the laboratory of Joseph Dancis M.D., Professor of Pediatrics,  *New York University Medical Center*, New York, NY

7/71 - 6/73          **Staff Physician**, Armed Forces Institute of Pathology, Skin and Gastrointestinal Branch, Armed Forces Institute of Pathology, Washington D.C.

7/71 - 6/73          **Supervisor**, Electron Microscopy Laboratory, Skin and Gastrointestinal Branch, Armed Forces Institute of Pathology, Washington, D.C.


**BOARD QUALIFICATION**

1973          American Board of Dermatology
1974          American Board Dermatology and American Board Pathology: Certification of Special Competence in Dermatopathology.


**MILITARY**

7/71-6/73          Major MC, U.S.A., Active Duty, assigned to the Armed Forces Institute of Pathology, Washington, D.C.

**ACADEMIC APPOINTMENTS**

7/73 - 6/76            **Assistant Professor of Dermatology and Pathology**,
                       New York University Medical Center, New York, NY

7/76 – present         **Director**, Dermatopathology Laboratory
                       College of Physicians and Surgeons, Columbia University, New York, NY

7/76 – 6/91            **Associate Clinical Professor of Dermatology and Pathology**
                       College of Physicians and Surgeons, Columbia University, New York, NY

7/91 - present         **Professor of Dermatology, Pathology and Cell Biology at CUMC**
                       College of Physicians and Surgeons, Columbia University, New York, NY


**HOSPITAL APPOINTMENTS**

7/75 - 6/83            **Assistant Attending**, Department of Pathology,
                       Beth Israel Medical Center,  New York, NY

7/83 - 6/90            **Associate Attending**, Department of Pathology
                       Beth Israel Medical Center, New York, NY

7/90 - present         **Attending Dermatologist**,
                       Presbyterian Hospital, Columbia-Presbyterian Medical Center, New York, NY

7/76 – 6/91            **Associate Attending**
                       Presbyterian Hospital, Columbia-Presbyterian Medical Center, New York, NY

David N. Silvers, M.D.
Page   4

**PUBLICATIONS**

1.  Silvers DN, and Rosse W. Acquired Selective Membrane  Permeability for Potassium in Thalassemia Minor Red Blood Cells. (abst.) <u>Clin. Res.</u> 17:343, 1969.*

2.  Silvers DN, and Cohen HJ. Cutaneous Effects of Sun Exposure. <u>J.A.M.A.</u> 211:1377, 1970.*

3.  Silvers DN, Balis ME, and Dancis J. Identification of the Heter- ozygote of Lesch-Nyhan Disease Using Hair Roots. (abst.) <u>Clin. Res.</u>  19:581, 1971.*

4.  Yu TF, Balis ND, Krenitsky TA, Dancis J, Silvers DN, Elion GB, and Gutman AB. Rarity of X-linked Partial Hypoxanthine-Guanine Phosphoribosyltransferase Deficiency in a Large Gouty Population.     <u>Ann. Int. Med.</u> 76:255-264, 1972.

5.  Silvers DN, Cox RP, Balis ME, and Dancis J. Detection of the Heterozygote in Lesch-Nyhan Disease by Hair-Root Analysis. <u>New Eng. J. Med.</u> 286:390-395, 1972.*

6.  Gunn RB, Silvers DN, and Rosse WF. Potassium Permeability in Beta-Thalassemia Minor Red Blood  Cells. <u>J. Clin. Invest.</u> 51:1043-1050, 1972.

7.  Silvers DN. Lesch-Nyhan Disease: An X-linked Inborn Error of Purine Metabolism. <u>Arch. Dermatol.</u> 105:933-934, 1972.*

8.  Cox RP, Krauss MK, Silvers DN, and Dancis J. Skin-Biopsy Site and Success of Fibroblast Culture (letter). <u>Lancet</u> II:1373-1374, 1972.

9.  Silvers DN, Becker L, and Helwig EB. Epidermal Melanocytes in Eruptive Xanthomas -An Ultrastructural Study. <u>Arch. Dermatol.</u> 107:847-852, 1973.*

10. Lopez DA, Silvers DN, and Helwig EB. Cutaneous Meningiomas - A Clinicopathologic Study. <u>Cancer</u> 34:728-744, 1974.

11. Silvers DN, Greenwood RS, and Helwig EB. Cafe-au-lait Spots Without Giant Pigment Granules: Occurrence in Suspected Neurofibromatosis. <u>Arch. Dermatol.</u> 110:87-88, 1974.*

12. Scott PB, Silvers DN, and Helwig EB. Proliferating Angioendotheliomatosis. <u>Arch. Path.</u> 99:323-326, 1975.

13. Deutsch SI, Silvers DN, Cox RP, Griffin MJ, and Ghosh NK. Ultrastructural and Enzymic Modulation of HeLa Cells Induced by Sodium Butyrate and the Effects of Cytochalasin B and Colcemid. <u>J. Cell. Sci.</u> 21:391-406, 1976.

14. Scheinberg RS, Shupack JL, and Silvers DN. Ultrastructural Diagnosis of Histiocytosis X. (abst.) <u>Clin. Res.</u> 24:266A, 1976.

15. Silvers DN. Focus on Melanoma. <u>J. Dermatol. Surg.</u> 2:2, 108-110, 1976.*

David N. Silvers, M.D.
Page   5

16.    Silvers DN. Focus on Melanoma: The Therapeutic Dilemma of Lentigo Maligna (Hutchinson's Freckle). J. Dermatol. Surg. 2:4, 301-303, 1976.*

17.    Price SM, and Silvers DN. New World-Leishmaniasis: Serologic Aids to Diagnosis. Arch. Dermatol. 133:1414-1416, 1977.

18.    Pizzarello LD, Jakobiec FA, Hofeldt AJ, Podolsky MM, and Silvers DN. Intralesional Corticosteriod Therapy of Chalazia. Amer. J. Ophthal. 85:818-821, 1978.

19.    Mintzis M, and Silvers DN. Ultrastructural Study of Superficial Spreading Melanoma and Benign Simulants. Cancer 42:2, 502-511, 1978.

20.    Silvers DN, Jakobiec FA, Freeman TR, Lefkowitch JH, and Elie RC. Melanoma of the Conjunctiva: A Clinicopathologic Study. Chapter 41 (pp. 583-599) in Ocular and Adnexal Tumors. (FA Jakobiec, Ed.) Birmingham: Aesculapius Publishing Co., 1978.*

21.    Silvers DN, and Halperin AJ. Cutaneous and Vulvar Melanoma: An Update. Clin. Obstet. Gynec. 21:4, 1117-1133, 1978.*

22.    Domnitz JM. and Silvers DN. Giant Cells in Male Pattern Alopecia: A Histologic Marker and Pathogenetic Clue. J. Cut. Path. 6:108-112. 1979.

23.    Grossman ME, Silvers DN, and Walther R. Cutaneous Manifestations Disseminated Candidiasis. J. Am. Acad. Derm. 2:111-116, 1980.

24.    Silvers DN, Juhlin EA, Berczeller R, and McSorley J. Treatment of Dermatitis Herpetiformis with Colchicine. Arch. Dermatol. 116:1373-1374, 1980.*

25.    Herman EW, Kezis JS, and Silvers DN. A Distinctive Variant of Pernio: Clinical and Histopathologic Study of Nine Cases. Arch. Dermatol. 117:26-28, 1981.

26.    Silvers DN, and Helwig EB. Melanocytic Nevi in Neonates. J. Am. Acad. Derm. 4:166-175, 1981.*

27.    Silvers DN. Pigmentary Disturbances. PP. 724-726 in Current Therapy, 1981. (HF Conn, Ed.) Philadelphia: W.B. Saunders Co.*

28.    De Pietro WP, Sweeney EW, and Silvers DN. Divided Nevi: Pigmented and Achromic. Cutis. 27:408-409, 1981.

29.    Troy JL, Silvers DN, Grossman ME, and Jaffe IA. Penicillamine Associated Pemphigus: Is it Really Pemphigus? J. Am. Acad. Derm. 4:547-555, 1981.

30.    Giovinazzo VJ, Harber LC, Bickers DR, Armstrong RB, and Silvers DN. Photoallergic Contact Dermatitis to Musk Ambrette: Histopathologic Features of Photobiologic Reactions Observed in a Persistent Light Reactor. Arch. Dermatol. 117:344-348, 1981.

31.   Wolinsky S, Grossman ME, Walther RR, Silvers DN, and Neu HC. Hemorrhagic Bullae Associated with Salmonella Septicemia. N.Y.S. J. Med. 81: 1639-1641, 1981.

32.   Wolinsky S, Silvers DN, Kohn SR, Sanders SL, and Herman EW. Spontaneous Regression of a Giant Keratoacanthoma. J. Dermatol. Surg. 7:897-901, 1981.

33.   Dancis J, Silvers DN, Balis ME, Cox RP, and Schwartz MS. Evidence for the Derivation of Individual Hair Roots from Three Progenitor Cells. Hum. Genet. 58:414-416, 1981.

34.   Silvers DN. The Skin: Basic Pathophysiology. Chapter 1 (pp. 1-14) in Diseases of the Skin. (AN Domonkos, HL Arnold, RB Odom, Eds.) Philadelphia: W.B. Saunders and Company, 1982.*

35.   Silvers DN. On the Subject of Primary Cutaneous Melanoma: An Historical Perspective. PP. 277-290 in Progress in Surgical Pathology, Volume IV. (CM Fenoglio, M Wolff, Eds.) New York: Masson Publishers, 1982.*

36.   Morris TJ, Johnson WG, and Silvers DN. Giant Pigment Granules in Biopsy Specimens from Cafe-au-Lait Spots in Neurofibromatosis. Arch. Dermatol. 118:385-388, 1982.

37.   Silvers DN, and Gorham JD. Observations on a Melanoma by William Norris, M.D., A Country Practitioner of the Early 19th Century. Am. J. Dermatopath. 4:421-424, 1982.*

38.   Milburn PB, Sian CS, and Silvers DN. The Color of the Skin of the Palms and Soles as a Possible Clue to the Pathogenesis of Acral- Lentiginous Melanoma. Am. J. Dermatopath. 4:429-433, 1982.

39.   Silvers DN. What You Need to Know About Tumors of Melanocytes. Contemporary OB/GYN. 1:140-149 (March), 1983.*

40.   Troyer C, Grossman, ME, and Silvers DN. Erythema Marginatum in Rheumatic Fever: Early Diagnosis by Skin Biopsy. J. Am. Acad. Derm. 8:724-728, 1983.

41.   Levine RU, Crum CP, Herman EW, Silvers DN, Ferenczy A, and Richart RM. Cervical Papillomavirus Infection and Intraepithelial Neoplasia: A Study of Male Sexual Partners. Obstet. and Gynecol. 64:16-20, 1984.

42.   Labow TA, and Silvers DN. Late Reactions at Zyderm Skin Test Sites. Cutis. 35:154-158, 1985.

43.   Armstrong RB, Horan DB, and Silvers DN. Leukocytoclastic Vasculitis in Urticaria Induced by ultraviolet Irradiation. Arch. Dermatol. 121:1145-1148, 1985.

44.   Rabinowitz AD, and Silvers DN. Pathology of Melanoma. Dermatol. Clinics. 3:285-295 (April), 1985.

45.   Wolinsky S, and Silvers DN. The Small Lentiginous Nevus. Am. J. Dermatopath. 7:5-11, supplement, 1985.

46.    Capo V, Wolinsky S, Fenoglio CM, and Silvers DN. Analysis of Dendritic Cells in Solitary Angiofibromas for Factor VII. Am. J. Dermatopath. 7:13-16, supplement, 1985.

47.    Halasz D, Silvers DN, and Crum CP. Bowenoid Papulosis in Three Year Old Girl. J. Am. Acad. Derm. 14:326-330,1986.

48.    Eliezri YD, Silvers DN, and Horan DB. Role of Preoperative Topical 5-Fluorouacil in Preparation for Mohs Micrographic Surgery of Extramammary Paget's Disease. J.Am. Acad. Derm. 17:497-505, 1987.

49.    Longley J, Demar L, Feinstein RP, Miller RL, and Silvers DN. Clinical and Histologic Features of Pityriasis Lichenoides et Varioliformis Acuta in Children. Arch. Dermatol. 123:1335-1339, 1987.

50.     Knobler EH, Silvers DN, Fine KC, Lefkowitch JH, and Grossman ME. Unique Vascular Skin Lesions Associated with the Human Immunodeficiency Virus. J.A.M.A. 260:524-527, 1988.

51.    Held JL, Kohn SR, Silvers DN, and Grossman ME. Papulonecrotic Tuberculid. N.Y.S. J. Med. 88:499-501, 1988.

52.    Horlick HP, Walther RR, Zegarelli DJ, Silvers DN, and Eliezri YD. The Mucosal Melanotic Macule, Reactive Type: A Simulation of Melanoma. J. Am. Acad. Derm. 19:786-791, 1988.

53.    Silvers DN. The Microscopic Diagnosis of Classical and Epidemic Kaposi's Sarcoma. Chapter 4 (pp. 71-82) in Color Atlas of AIDS, (AE Friedman-Kien, Ed.) Philadelphia: W.B. Saunders and Company, 1989.*

54.    Berkowitz RK, Longley J, Buchness M, Silvers DN, Ozzello L, and Grossman ME. Malignant Mesothelioma: Diagnosis by Skin Biopsy. J. Am. Acad. Derm. 21:1068-72, 1989.

55.    Held JL, Silvers DN, and Grossman ME. Hyperpigmentation of the Lower Extremities Associated with Porphyria Cutanea Tarda. Arch. Dermatol. 125:297-299, 1989.

56.    Navin TR, Arana FE, de Merida AM, Arana BA, Castillo AL, and Silvers DN. Cutaneous Leishmaniasis in Guatemala: Comparison of Diagnostic Methods. Am. J. Trop. Med. Hyg. 42:36-42, 1990.

57.    Horlick HP, Silvers DN, Knobler EH, and Cole JT. Acute Myelomonocytic Leukemia Presenting as a Benign-Appearing Cutaneous Eruption. Arch. Dermatol. 126:653-656, 1990.

58.    Held JL, Haber RS, Silvers DN, and Grossman ME. Benign Neonatal Hemangiomatosis: Review and Description of a Patient with Unusually Persistent Lesions. Ped. Derm. 7:61-66, 1990.

59.    Nuovo GJ, Hochman HA, Eliezri YD, Lastarria D, Comite S, and Silvers DN. Detection of Human Papillomavirus DNA in Penile Lesions Histologically Negative for Condylomata. Am. J. Surg. Pathol. 14:829-836, 1990.

60.    Dunn C, Held JL, Spitz J. Silvers DN, Grossman ME, and Kohn SR. Coma Blisters: Report and Review. Cutis. 45:423-426, 1990.

61.     Cohen PR, Grossman ME, Silvers DN, and DeLeo VA. Generalized Granuloma Annulare Located on
        Sun-Exposed Areas in Human Immunodeficiency Virus-Seropositive Man with Ultraviolet B
        Photosensitivity. Arch. Dermatol. 126:830-831, 1990.

62.     Cardullo AC, Silvers DN, and Grossman ME. Janeway Lesions and Osler's Nodes: A Review of
        Histopathologic Findings. J. Am. Acad. Derm. 22:1088-1090, 1990.

63.     Cohen PR, Bank DE, Silvers DN, and Grossman MD: Cutaneous Lesions of Disseminated
        Histoplasmosis in Human Immunodeficiency Virus- Infected Patients. J. Am. Acad. Derm. 23:422-428,
        1990.

64.     Cohen PR, Eliezri YD, and Silvers DN: Athlete's Nodules: Treatment by Surgical Excision. Sports
        Medicine. 10:198-203, 1990.

65.     Andrew JE, Silvers DN, and Lattes R. Merkel Cell Carcinoma. PP. 288-295 in Cancer of the Skin. (R.
        Friedman et al.,Eds) Philadelphia:W.B. Saunders and Company, 1991.

66.     Andrew JE, Silvers DN, and Lattes R. Pseudosarcomatous Lesions of the Skin and Superficial Tissues.
        PP. 237-262 in Cancer of the Skin. (R. Friedman et al., Eds.) Philadelphia: W.B. Saunders and
        Company, 1991.

67.     Andrew JE, Silvers DN, and Lattes R. Sarcomas Involving the Skin and Superficial Tissues. PP. 263-
        287 in Cancer of the Skin. (R Friedman et al., Eds.) Philadelphia: W.B. Saunders and Company,  1991.

68.     Shapiro PE, Silvers DN, Treiber RK, Cooper PH, True LD, and Lattes RL: Juvenile Xanthogranulomas
        with Inconspicuous or Absent Foam Cells and Giant Cells. J. Am. Acad. Derm. 24:1005-1009, 1991.

69.     Cohen PR, Held JL, Grossman ME, Ross MJ, and Silvers DN: Disseminated Histoplasmosis Presenting
        as an Ulcerated Verrucous Plaque in a Human Immunodeficiency Virus-Infected Man. Int. J. Derm.
        30:104-108, 1991.

70.     Silvers DN, and Gelb H: The Prohibition of Tattooing in the City of New York: A Historical
        Perspective. Am. J. Dermatopath. 13:307-309, 1991.*

71.     Libow LF, Beltrani VP, Silvers DN, and Grossman ME: Post-Cardiac Transplant Reactivation of
        Chagas' Disease Diagnosed by Skin Biopsy. Cutis. 48:37-40, 1991.

72.     Cohen PR, Grossman ME, Silvers DN, and DeLeo VA: Human Immunodeficiency Virus-Associated
        Granuloma Annulare. Int. J. STC and Aids. 2:168-171, 1991.

73.     Suarez SM, Silvers DN, Scher RK, Pearlstein HH, and Auerbach R: Histologic Evaluation of Nail
        Clippings for Diagnosing Onychomycosis. Arch. Dermatol. 127:1517-1519, 1991.

74.    Andersen WK, and Silvers DN. "Melanoma? It Can't be Melanoma!" A Subset of Melanomas that Defies Clinical Recognition. <u>J.A.M.A.</u> 266:3463-3465, 1991.

75.    Cohen PR, Grossman ME, and Silvers DN: Disseminated Histoplasmosis and Human Immunodeficiency      Virus-Infection. <u>Int. J. Derm.</u> 30:614-622, 1991.

76.    Andersen WK, Knowles DM, and Silvers DN. CD1 (OKT6)-Positive Juvenile Xanthogranuloma: OKT6 is Not Specific for Langerhan's Cell Histiocytosis (Histiocytosis X). <u>J. Am. Acad. Derm.</u> 25:850-854, 1992.

77.    Cohen PR, Eliezri YD, and Silvers DN. Athelete's Nodules: Sports- Related Connective Tissue Nevi of the Collagen Type (Collagenomas). <u>Cutis.</u> 50:131-135, 1992.

78.    Grossman MC, and Silvers DN. The Tzanck Smear: Can Dermatologists Accurately Interpret It? <u>J. Am. Acad. Derm.</u> 27:403-405, 1992.

79.    Silvers DN, Katz BE, and Young AW: Pseudopelade of Brocq is Lichen Planopilaris: Report of Four Cases That Support This Nosology. <u>Cutis</u> 51:99-105, 1993.*

80.    Cohen PR, Grossman ME, and Silvers DN. Mucocutaneous Manifestations of Systemic Fungal Infections in Human Immunodeficiency Virus Seropositive Patients. <u>The AIDS Reader</u> (March/April 1993).

81.    Cohen PR, Grossman ME, Silvers DN, and Kurzrock R. Tripe Palms and Cancer. <u>Clinics in Derm.</u> 11:165-173, 1993.

82.    Goldberg LJ, Goldberg N, Abrahams I, Silvers DN, Szaniawski W, and Halperin AJ. Giant Cell Lichenoid Dermatitis - A Possible Manifestation of Sarcoidosis. <u>J. Cut. Path.</u> 21:47-51, 1994.

83.    Spencer JM, Silvers DN, and Grossman ME. Pustular Eruption after  Drug Exposure: Is it Pustular Psoriasis or a Pustular Drug Eruption? <u>Br. Journal of Derm.</u> 130:514-519, 1994.

84.    Husain S, Silvers DN, Halperin AJ, and McNutt NS. Histologic Spectrum of Neurothekeoma and the Value of Immunoperoxidase Staining for S-100 Protein in Distinguishing it from Melanoma. <u>Am. J. Dermatopath.</u> 16:496-503, 1994.

85.    Zegarelli DJ and Silvers DN. Shedding Oral Mucosa. <u>Cutis</u> 54:323-326, 1994.

David N. Silvers, M.D.
Page   10

86.     Spitz JL and Silvers DN. Desmoplastic Melanoma (or is it Merely Cicatrix?)  Arising at the Site of Biopsy within a Conventional Melanoma: Pitfalls in the Diagnosis Desmoplastic Melanoma. Cutis 55:40-44, 1995.

87.     Franck JM, MacFarlane D, Silvers DN, Katz BE, and Newhouse J. Atrophoderma of Pasini and Pierini: Atrophy of Dermis or Subcutis? J. Amer. Acad. Derm. 32:122-123, 1995.

88.     Bellman B, Gregory NA, Silvers DN, and Fountain K. Sweat Gland Carcinoma with Metastases to the Skin: Response to 5-Fluorouracil Chemotherapy. Cutis 55:221-224, 1995.

89.     Grossman, ME, Pappert A, Garzon M, and Silvers DN. Invasive Trichophyton Rubrum Infection in the Immunocompromized Host: Report of Three Cases. J. Amer. Acad. Dermatol. 33:315-318, 1995.

90.     Husain S, Gordon KK, Spitz J, Sultan M, and Silvers DN. Melanoma in Situ of the Sole Which Extended into a Skin Graft: Reflections on the Biology of Melanoma. Arch. Dermatol. 131:1468-1469, 1995.

91.     Mautner GH, Knobler E, and Silvers DN. Granuloma Annulare-like Lesions and Secondary Hyperparathyroidism. Cutis. 57:172-174, 1996.

92.     Annunziato P, Lungu O, Silvers DN, LaRussa P, Gershon A, and Silverstein S. In Situ Hybridization Detection of Herpes Viruses in Paraffin-Embedded Skin Biopsy Specimens.  Clinical and Diagnostic Virology. 7:69-76, 1996.

93.     Rabinowitz AD and Silvers, DN.  Dermatopathology Standards.  J. Cut. Path. 23:194-195, 1996.

94.     Tok, J and Silvers, DN. Surgical Pearl: The Trephine Punch for Diagnosing Panniculitis. J. Amer. Acad. Dermatol. 35:980-981, 1996.

95.     Parikh, SK, Lieberman A, Colbert DA, Silvers DN, and Grossman ME.  The identification of methicillin-resistant *Staphylococcus aureus* in Osler's nodes and Janeway lesions of acute bacterial endocarditis.  J. Amer. Acad. Derm. 35:767-768, 1996.

96.     Mautner GH, Grossman ME, Silvers DN, Rabinowitz AD, Mowad CM, and Johnson BL.  Epidermal Necrosis as a Predictive Sign of Malignancy in Adult Dermatomyositis. Cutis. 61:190-194, 1998.

97.     Tok J, Matsushima AY, Silvers DN et al. Detection of clonal T cell receptor *y* chain gene rearrangements by polymerase chain reaction and denaturing gradient gel electrophoresis etc. (J. Amer.Acad. Dermatol. 38:453-60, 1998)

98.     Lieberman A, Grossman ME, and Silvers DN.  Muckle-Wells Syndrome - case report and review of cutaneous pathology. J. Amer. Acad. Dermatol.39:290-291, 1998.

99.   Squeo RF, Beer R, Silvers DN, Weitzman I, and Grossman ME.  Invasive <u>Trichophyton Rubrum</u> infection in the immunocompromised host masquerading as Blastomycoses. <u>J. Amer. Acad. Dermatol.</u> 39:379-380, 1998.

100.   Massey RA, Tok J, Strippoli BA, Szabolcs MJ, Silvers DN, and Eliezri YD. A Comparison of Frozen and Paraffin Sections in Dermatofibrosarcoma Protuberans.  <u>Dermatol. Surg and Oncology </u>24(9):995-8, 1998.

101.   Silvers, DN.  Practical Tips to Prevent the Histologic Misdiagnosis of Melanocytic Lesions.  <u>Cosmetic Dermatol.</u> 12:33-37, (May) 1999.*

102.   Shendrik, I and Silvers DN.  Desmoplastic and Desmoplastic Neurotropic Melanoma.  <u>Cancer</u>. 85:2491-2492, 1999 (Ltr)

103.   Annunziato, PW, Octavian L, Panagiotidis C, Zhang JH, Silvers DN, Gershon AA, and Silverstein SJ.  Varicella-Zoster Virus Proteins in Skin Lesions:  Implications for a Novel Role of ORF29p in Chickenpox.  <u>J. Virology.</u> 74:2005-2010, 2000.

104.   Celebi JT, Shendrick I, Silvers DN, Peacocke M.  Identification of PTEN Mutations in Metastatic Melanoma Specimens.  <u>J. Med. Genet.</u> 37:653-657, 2000.

105.   Zhang H, Ping XL, Lee PK, Wu XL, Yao YJ, Zhang MJ, Silvers DN, Ratner D, Peacocke M, and Tsou HC.  Role of the PTCH and p53 Genes in Early onset Basal Cell Carcinoma.  <u>Am. J. Pathology</u> 158:381-385, 2001.

106.   Usman A, Silvers DN and Scher RK. Longitudinal melanonychia in children.  <u>J. Am. Acad. Dermatol.</u> 44(3):547-8, 2001.

107.   Ping XL, Ratner D, Zhang H, Wu XL, Zhang MJ, Chen FF, Silvers DN, Peacocke M, and Tsou HC. PTCH Mutations in Squamous Cell Carcinoma of the Skin. <u>J. Invest. Dermatol.</u>116(4):614-6, 2001.

108.   Gmyrek RF, Beer R, Silvers DN, Reiffel R  and Grossman ME.  Periungual Myxoid Neurofibroma. <u>Cutis</u> 69:54-56, 2002.

109.   Koss T, Carter EL, Grossman ME, Silvers DN, Rabinowitz AD, Singleton J Jr, Zaki SR and Paddock CD.  Increased detection of rickettsialpox in a New York City hospital following the anthrax outbreak of 2001: use of immunohistochemistry for the rapid confirmation of cases in an era of bioterrorism. <u>Arch. Dermatol.</u> 139(12)1545-52, 2003.

110.   Gill M, Renwick N, Silvers DN and Celebi JT.  Lack of BRAF mutations in Spitz nevus. <u>J. Invest. Dermatol.</u> 122(5):1325-6, 2004.

111.   Gill M, Silvers DN and Celebi JT. Genetics of melanoma: From the bench to the bedside. <u>Contemporary Dermatology</u> 2(5)1-5, July 2004.

112.   Gill M, Cohen J, Renwick N, Mones J, Silvers DN and Celebi JT.  Genetic similarities between Spitz nevus and Spitzoid melanoma in children.  Cancer 101(11)2636-2640, December 2004.

113.   Husain S, Scher RK, Silvers DN and Ackerman AB.  Melanotic macule of nail unit and its clinicopathologic spectrum.  J Am Acad Dermatol 54:664-7, 2006.

114.   Farr M, Rubin A, Mangurian C, Scully B, Silvers DN, Husain S, Grossman M, and Mancini D.  Late syphilis in a cardiac transplant patient. J Heart Lung Transplant 2006 Mar;25(3):358-61.

115.   MacGregor JL, Silvers DN, Grossman ME and Cherman WH.  Sorafenib-induced erythema multiforme. J Am Acad Dermatol. 56(3)527-8, 2007.

116.   Pol-Rodriguez M, Lee S, Silvers DN, and Celebi JT.  Influence of age on survival in childhood spitzoid melanomas.  Cancer. 109(8)1579-83, 2007.

117.   Friedman PC, Husain S, Silvers DN, and Garzon M.  Subcutaneous Nodule and Diffuse Lymphadenopathy in a 6-Month-Old Boy from Africa quiz case.  Arch Dermatol 143(10):1323-8, October 2007.

118.   Daniel DR, Rubin AI, Rabinowitz AD, Silvers DN, and Grossman ME.  Acquired Ichthyosis With Systemic Lupus Erythematosus:  Both Dermatoses in a Single Skin Biopsy Specimen.  Cutis. 2008;81:159-162.

119.   Lodha S, Saggar S, Celebi JT, and Silvers DN.  Discordance in the histopathologic diagnosis of difficult melanocytic neoplasms in the clinical setting.  J Cut Path.  2008;35:349-352.

120.   Marneros AG, Blanco F, Husain S, Silvers DN, Grossman ME.  Classification of cutaneous intravascular breast cancer metastases based on immunolabeling for blood and lymph vessels.  J Am Acad Dermatol. 60(4) 633-8, 2009.

121.   Marneros AG, Grossman ME, Silvers DN, Husain S, Nuovo GJ, MacGregor-Corelli B, Neylon E, Patterson M, O'Connor O, Zain JM.  Pralatrexate-Induced Tumor Cell Apoptosis in the Epidermis of a Patient with HTLV-1 Adult T-cell Lymphoma/Leukemia (ATLL) Causing Skin Erosions.  Blood 113 (25) 6338-6341, June 2009.

122.   Chernoff KA, Bordone L, Horst B, Simon K, Twadell W, Lee K, Cohen JA, Wang S, Silvers DN, Brunner G, Celebi JT.  GAB2 amplifications refine molecular classification of melanoma. Clin Cancer Res.  2009 Jul 1;15(13):4288-4291.

123.   Morris MF, Zhang Y, Zhang H, Prowda JC, Silvers DN, Fawwaz RA, Prince MR. Features of Nephrogenic Systemic Fibrosis on Radiology Examinations.  Am J Roentgenol.  July 2009;193:61-69.

124.   Prince MR, Zhang HL, Prowda JC, Grossman ME, Silvers DN.  Nephrogenic systemic fibrosis and its impact on abdominal imaging. Radiographics 2009 Oct;29(6):1565-1574.

125.    Young AL, Levy S, Nighland M, Grossman R, Silvers DN, Celebi JT.  Are dark-skinned people really protected from ultraviolet radiation?  Clin Exp Dermatol 2010 Jun;35(4):392-396.

126.    Natalin RA, Prince MR, Grossman ME, Silvers DN, Landman J.  Contemporary Applications and Limitations of Magnetic Resonance Imaging Contrast Materials.  J Urol 2010 Jan;183:27-33.

127.    Colaco SM, Bakr FS, Silvers DN, Grossman ME.  Drug hypersensitivity reactions presenting as a morbilliform eruption with islands of sparing.  Cutis 2012 Apr;89(4):173-4.

128.    Ying Y, Wu J, Demir A, Castillo-Martin M, Melamed R, Zhang G, Fukunaga-Kanabis M, Perez-Lorenzo R, Zheng B, Silvers DN, Brunner G, Wang S, Herlyn M, Rabadan R, Cordon-Cardo C, Tok Celebi J.  GAB2 induces tumor angiogenesis in NRAS-driven melanoma.  Oncogene 2012 Aug 27.

129.    Horst BA, Fang Y, Silvers DN, Busam KJ.  Chromosomal Aberrations by 4-Color Fluorescence In Situ Hybridization Not Detected in Spitz Nevi of Old Individuals.  Arch Dermatol  2012 Oct; 148(10)1-5.

130.    Horst BA, Niedt GW, Silvers DN. Surgical margins for melanoma in situ. J Am Acad Dermatol 2012 Nov;67(5):1068.

131.    Husain S, Silvers DN.  Fingerprint CD34 immunopositivity to distinguish neurofibroma from an early/paucicellular desmoplastic melanoma can be misleading. J Cutan Pathol 2013 Nov;40(11)985-7.

132.    Levender MM, Silvers DN, Grossman ME.  Urticaria-like neutrophilic dermatosis in association with IgA gammopathy:  A new entity.  Br J Dermatol 2013 Dec 6 (Epub ahead of print).

133.    Horst BA, Terrano D, Fang Y, Silvers DN, Busam KJ.  9p21 gene locus in Spitz nevi of older individuals: absence of cytogenetic and immunohistochemical findings associated with malignancy. Hum Pathol 2013 Dec:44(12):2822-8.

134.    Avarbock AB, Gill KZ, Lauren CT, Chong CH, Silvers DN, Grossman ME. Serpentine supravenous hyperpigmentation secondary to superficial venous thrombosis in autoimmune hemolytic anemia. Int J Dermatol 2014 Feb;53(2)96-7.

135.    Weissinger SE, Keil P, Silvers DN, Klaus BM, Moller P, Horst BA, Lennerz JK.  A diagnostic algorithm to distinguish desmoplastic from spindle cell melanoma.  Mod Pathol 2014 Apr:27(4)524-34.

136.    Goss JM, Nord KM, Silvers DN, and Grossman ME.  Rapid diagnosis of disseminated histoplasmosis mimicking a morbilliform drug eruption in an AIDS patient. Clinical Infectious Diseases (submitted for publication).

137.    Wu J, Maki RG, Noroff JP, Silvers DN.  Cutaneous Metastasis of Perivascular Epithelioid Cell Tumor (PEComa).  Cutis 2014 Apr;93(4):E20-21.

138.    Perez-Lorenzo R, Gill KZ, Shen CH, Zhao FX, Zheng B, Schulze HJ, Silvers DN, Brunner G, Horst
BA.  A Tumor Supressor Function for the Lipid Phosphatase INPP4B in Melanocytic Neoplasms.  J
Invest Dermatol 2014 May;134(5):1359-1368.

# APPENDIX B

**APPENDIX B**
David Silvers Trial and Deposition Testimony


Prosnitz v GE in NJ (deposition 12/8/09)
Wisdom v GE in CA (deposition 11/30/10)
Buckner v GE in CA (deposition 8/17/11)
Ivster v King in Massachusetts (trial 6/13/14)
Sheridan v McClain in NY (trial 8/13/14)
Romanowski v Quest in NY (deposition 10/2/14)