UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON HAMMERSLEY, et al., | No. 2:13-cv-0826 TLN AC |
| Plaintiffs, | |
| v. | ORDER |
| GENERAL ELECTRIC CO., et al., | |
| Defendants. | |

Pending before the court is defendants' Motion To Exclude All Evidence Supplied by Dr. Shawn Cowper. ECF No. 91. The only relief sought is the imposition of sanctions, namely the exclusion of evidence under Fed. R. Civ. P. 37(c)(1). Plaintiffs' opposition was due February 18, 2015. See E.D. Cal. R. 251(e). Plaintiffs, who are represented by counsel, have not filed any response to the motion.

The court notes, however, that defendants have filed notice that one of the two plaintiffs, Carson Hammersley, has died. See ECF No. 90. Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to exclude (ECF No. 91) is CONTINUED to March 11, 2015 at 10:00 a.m., or such later time as defendants may re-notice it.

2. Plaintiff shall file a response to the motion to exclude no later than March 4,

////

1

2015, at 4:30 p.m.  Failure to respond timely, or to timely request a further extension of time, will result in the motion being granted as un-opposed.

DATED: February 19, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE