TODD M. NOONAN (SBN 172962)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

MATTHEW J. EVANS (admitted *pro hac vice*)
JOHN W. ELDER (admitted *pro hac vice*)
PAINE | BICKERS, LLP
900 S. Gay Street, Suite 2200
Knoxville, TN 37902
Tel:  865.525.0880

Attorneys for Defendants
GENERAL ELECTRIC COMPANY,
GE HEALTHCARE INC., and
GE HEALTHCARE AS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON HAMMERSLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC, et al., <br><br> Defendants. | CASE NO.  2:13-cv-0826-TLN-AC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' MOTION TO EXCLUDE ALL EVIDENCE SUPPLIED BY DR. SHAWN COWPER DUE TO PLAINTIFFS' FAILURE TO PROPERLY DISCLOSE HIM AS THEIR RETAINED LITIGATION EXPERT WITNESS** <br><br> Date:  March 11, 2015 <br> Time:  10:00 a.m. <br> Dept:  Courtroom 26 <br> Judge:  Magistrate Allison Claire |

Defendants GENERAL ELECTRIC COMPANY, GE HEALTHCARE INC. (incorrectly sued as GE Healthcare, Inc.), and GE HEALTHCARE AS (incorrectly sued as GE Healthcare, AS) (collectively "Defendants") and Plaintiffs Carson and Amy Hammersley ("Plaintiffs") hereby give notice that they have resolved the dispute presented in Defendants' Motion to Exclude All Evidence Supplied by Dr. Shawn Cowper Due to Plaintiffs' Failure to Properly Disclose Him as Their Retained Litigation Expert Witness.  The Parties, through their counsel of

record, agree and stipulate as follows:

1. Plaintiffs withdraw Dr. Shawn Cowper ("Dr. Cowper") as a witness in this matter.

2. Dr. Cowper shall not appear at trial, and Plaintiff shall be prohibited from using Dr. Cowper's pathology reports for Carson Hammersley or any other source of Dr. Cowper's case-specific opinions, on a motion, at a hearing, or at trial in this case.

3. Plaintiffs' witnesses, including but not limited to fact witnesses, percipient witnesses, and retained expert witnesses -- shall be prohibited from relying on Dr. Cowper's pathology reports for Carson Hammersley or any other source of Dr. Cowper's case-specific opinions, for purposes of their opinions, conclusions, reports, statements, and testimony in this case.

4. Notwithstanding the foregoing, Plaintiffs' experts, including newly identified experts, shall not be prohibited from testifying about their own review of pathology slides reviewed by and/or stained by Dr. Cowper.

**IT IS SO STIPULATED.**

Dated:  March 4, 2015

/s/ Todd M. Noonan
Todd M. Noonan
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814
916.930.3200

Matthew J. Evans
John W. Elder
**PAINE | BICKERS LLP**
900 S. Gay Street, Suite 2200
Knoxville, TN 37902
865.525.0880

*Attorneys for Defendants*
*General Electric Company, GE Healthcare Inc.,*
*and GE Healthcare AS*

Dated:  March 4, 2015

<u>/s/ David N. Krugler (authorized by email on 3/4/15)</u>
David N. Krugler
**CASH, KRUGLER & FREDERICKS, LLC**
5447 Roswell Road, N.E.
Atlanta, GA 30342

*Attorney for Plaintiffs Carson & Amy Hammersley*

**ORDER**

Based upon the stipulation of the Parties as set forth herein, the Court ORDERS as follows:

1. The hearing on Defendants' Motion referenced above and scheduled for March 11, 2015, shall be removed from the Court's docket.

**IT IS SO ORDERED.**

**Dated:** March 5, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE