TODD M. NOONAN (SBN 172962)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

MATTHEW J. EVANS (admitted *pro hac vice*)
JOHN W. ELDER (admitted *pro hac vice*)
PAINE | BICKERS, LLP
900 S. Gay Street, Suite 2200
Knoxville, TN 37902
Tel: 865.525.0880

Attorneys for Defendants
GENERAL ELECTRIC COMPANY,
GE HEALTHCARE INC., and
GE HEALTHCARE AS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSON HAMMERSLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC, et al.,<br><br>Defendants. | CASE NO. 2:13-cv-0826-TLN-AC<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER AND CONTINUE TRIAL**<br><br>**MODIFIED FROM SUBMITTED VERSION** |

The Parties have filed a Motion to Amend the Pretrial Scheduling Order in this matter and to continue the currently scheduled trial date. The Court, having considered the grounds set forth in the Parties' Joint Motion, finds that the Motion is well taken, and is hereby GRANTED. The Court hereby ORDERS that:

1. The Scheduling Order (Doc. 66) entered on January 29, 2014, as previously amended (Doc. 81), is amended to provide the following deadlines:

    a. Disclosure of supplemental reports from Plaintiffs' previously disclosed experts, as well as new experts solely limited to issues related to Plaintiff Carson Hammersley's cause of death, pathology obtained during the autopsy and related opinions regarding pre-death pathology, shall be completed by July 1, 2015.

b. Defendants' disclosure of new rebuttal experts and supplemental reports from previously disclosed experts, in response to Plaintiffs' disclosure on July 1, 2015, shall be completed by July 31, 2015.

c. All expert discovery shall be completed by September 1, 2015.

d. All dispositive motions shall be heard by **November 5, 2015**.

e. The parties shall file, not later than **January 7, 2016**, a Joint Final Pretrial Conference Statement.

f. The Final Pretrial Conference is reset for **January 14, 2016 at 2:00 p.m.**

g. Trial Briefs shall be filed not later than fourteen (14) days before trial

h. The trial of this case shall commence on **March 7, 2016 at 9:00 a.m**.

**IT IS SO ORDERED.**

Dated: March 11, 2015

Troy L. Nunley
United States District Judge