# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

AMY HAMMERSLEY, individually and as surviving spouse of CARSON HAMMERSLEY, as EXECUTOR OF THE ESTATE OF CARSON HAMMERSLEY, and as Parent and Natural Guardian of A.H., a minor,

       Plaintiffs,

   vs.

GENERAL ELECTRIC COMPANY, GE HEALTHCARE INC.; AND GE HEALTHCARE AS,

       Defendants.

Case No.2:13-cv-00826-TLN-AC

**ORDER ON PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Date:   November 5, 2015
Time:   2:00 P.M.
Dept.:  Courtroom 2

Plaintiff having submitted her Request to Seal Documents in Opposition to Defendants' Motion for Summary Judgment pursuant to Local Rule 141, and the Court having considered the Request, the Court hereby orders as follows:

The following documents shall be filed under seal, and shall be maintained under seal until introduced at trial, unless otherwise ordered by this Court: (1) Exhibits 2, 5, 6, 8, 9, 10, 11, 13, 15, 16, 25, 26, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 39 and 40, of the Declaration of David Krugler, together with associated sections of Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment (Pages: 2:22 through 6:16, 7:6-16, 8:5-8, 8:17-9:7, 13:19-15:12, 17:10-14, 26:9-23, 27:5-7 and 28:28-30:2) and Statement of Disputed Fact (Paragraphs 14-22, 25-28, 30-31, 37-41, 47-50, 52, 62-63).

IT IS SO ORDERED.

Dated:  October 27, 2015

_____
Troy L. Nunley
United States District Judge