TODD M. NOONAN (SBN 172962)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

MATTHEW J. EVANS (admitted *pro hac vice*)
JOHN W. ELDER (admitted *pro hac vice*)
PAINE | BICKERS, LLP
900 S. Gay Street, Suite 2200
Knoxville, TN 37902
Tel:  865.525.0880

Attorneys for Defendants
GENERAL ELECTRIC COMPANY,
GE HEALTHCARE INC., and
GE HEALTHCARE AS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HAMMERSLEY, individually and as surviving spouse of CARSON HAMMERSLEY, as EXECUTOR OF THE ESTATE OF CARSON HAMMERSLEY, and as Parent and Natural Guardian of A.H., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE INC.; AND GE HEALTHCARE AS,<br><br>Defendants. | CASE NO.  2:13-cv-00826-TLN-AC<br><br>**ORDER ON DEFENDANTS GENERAL ELECTRIC COMPANY'S, GE HEALTHCARE INC.'S AND GE HEALTHCARE AS'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF THEIR RESPONSE TO PLAINTIFF'S STATEMENT OF DISPUTED FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants GENERAL ELECTRIC COMPANY, GE Healthcare INC., and GE Healthcare AS (collectively "GEHC"), having submitted their Request to Seal Documents in Support of Their Response to Plaintiff's Statement of Disputed Facts in Opposition to Defendants' Motion for Summary Judgment ("GEHC's SUMF Response"), pursuant to Local Rule 141, and the Court having considered the Request, the Court hereby orders as follows:

The following documents shall be filed under seal, and shall be maintained under seal until introduced at trial, unless otherwise ordered by this Court: Exhibits A, B, C, D, E, F, and H

1  to the Declaration of John W. Elder with associated sections of GEHC's SUMF Response as
2  identified in GEHC's Seal Request.
3      IT IS SO ORDERED.
4  Dated:  November 3, 2015

                                    _____
                                    Troy L. Nunley
                                    United States District Judge