UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HAMMERSLEY, individually and as surviving spouse of CARSON HAMMERSLEY, as EXECUTOR OF THE ESTATE OF CARSON HAMMERSLEY, and as Parent and Natural Guardian of A.H., a minor,<br><br>       Plaintiffs,<br><br>  vs.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE INC.; AND GE HEALTHCARE AS,<br><br>       Defendants. | Case No.2:13-cv-00826-TLN-AC<br><br>ORDER ON PLAINTIFF'S SUPPLEMENTAL REQUEST TO SEAL DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date:  November 5, 2015<br>Time:  2:00 P.M.<br>Dept.:  Courtroom 2 |

      Plaintiff having submitted her Supplemental Request to Seal Documents in Opposition to Defendants' Motion for Summary Judgment pursuant to Local Rule 141, and the Court having considered the Request, the Court hereby orders as follows:

      1.  Redacted copies of the following Exhibits to the Declaration of David Krugler shall be substituted for the original Exhibits currently on file: Exhibits 14, 17, 18, 20, 24, 36, 37 and 38 (Doc. Nos. 117-14, 117-17, 117-18, 117-20, 117-24, 117-36, 117-37, 117-38). Unredacted copies of these Exhibits shall be filed under seal.

      2.  A newly redacted version of Plaintiff's Statements of Disputed Fact shall be substituted for Doc. No. 119, showing additional redactions of Paragraphs 29, 32, 34, 45, 46, 51, 53, 55, 56, 57 and 60. An unredacted copy of Plaintiff's Statements of Disputed Fact shall be filed under seal.

3. A newly redacted version of Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment shall be substituted for Doc. No. 120, showing additional redactions of Page 6, line 20 through Page 7, Line 1; Page 10, lines 9 through 21; and Page 17, lines 18 through 22. An unredacted copy of Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment shall be filed under seal.

1. The following paragraphs of Plaintiff's Response to Defendants' Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment shall be redacted: 11, 23, 29, 30, 31, 32, 33, 34-37 and 40. An unredacted version of this pleading be filed under seal.

4. IT IS SO ORDERED.

Dated: November 13, 2015

Troy L. Nunley
United States District Judge