## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HAMMERSLEY, individually and as surviving spouse of CARSON HAMMERSLEY, as EXECUTOR OF THE ESTATE OF CARSON HAMMERSLEY, and as Parent and Natural Guardian of A.H., a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE INC.; AND GE HEALTHCARE AS,<br><br>    Defendants. | Case No. 2:13-cv-00826-TLN-AC<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

The Parties filed a Notice of Settlement in this case on November 13, 2015. [Doc. No. 131]. On November 24, 2015, Plaintiff/Petitioner A.H., a minor, filed a Petition for Order for Appointment of Guardian Ad Litem. [Doc. No. 135]. That Petition seeks the appointment of Grace Lynn Leach, the grandmother of A.H., as her guardian ad litem for purposes of completing the resolution of this litigation pursuant to Local Rule 206(b).

The Court, having reviewed the Petition and accompanying Declaration of Grace Lynn Leach, and taking into account the facts and circumstances of this case, finds that a Guardian Ad Litem is necessary for the protection of A.H.'s interests in this matter, and further that Grace Lynn Leach is qualified to act as Guardian Ad Litem for A.H.

WHEREFORE, it is hereby ORDERED that Grace Lynn Leach is appointed as Guardian Ad Litem for Plaintiff A.H. in this matter.

IT IS SO ORDERED.

Dated: December 4, 2015

                                              Troy L. Nunley
                                              United States District Judge