UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HAMMERSLEY, individually and as surviving spouse of CARSON HAMMERSLEY, as EXECUTOR OF THE ESTATE OF CARSON HAMMERSLEY, and as Parent and Natural Guardian of A.H., a minor,<br><br>       Plaintiffs,<br><br>  vs.<br><br>GENERAL ELECTRIC COMPANY, GE HEALTHCARE INC.; AND GE HEALTHCARE AS,<br><br>       Defendants. | Case No. 2:13-cv-00826-TLN-AC<br><br>**CONSENT ORDER TO SUBSTITUTE PARTIES** |

On November 13, 2015, the parties jointly filed a Notice of Settlement in this case. [Doc. No. 131]. On December 4, 2015, this Court entered an Order appointing Grace Lynn Leach as Guardian Ad Litem for Plaintiff A.H., a minor, in this matter. [Doc. No. 137]. On December 7, 2015, Plaintiff filed a Motion to Substitute Parties and the parties have jointly submitted this Consent Order to substitute Grace Lynn Leach in the place of Amy Hammersley as the representative Plaintiff for A.H. WHEREFORE, it is hereby ORDERED that Grace Lynn Leach is substituted as the party Plaintiff in this action as Guardian Ad Litem of A.H., a minor. Amy Hammersley shall remain a Plaintiff in this action as it relates to the claims in her individual capacity, as well as in her capacity as the Executor of the Estate of Carson Hammersley.

      IT IS SO ORDERED.

Dated: December 15, 2015

                                          Troy L. Nunley
                                          United States District Judge

**Consented to By:**

By: /s/ David Krugler  
David Krugler  
**Cash, Krugler & Fredericks, LLC**  
5447 Roswell Road, NE  
Atlanta, GA 30342  
404.659.1710  
*Attorney for Plaintiff*

By: /s/ Matthew Evans  
*(with permission by filing attorney)*  
Matthew J. Evans  
**Paine Bickers, LLP**  
900 S. Gay Street, Suite 2200  
Knoxville, TN 37902  
865.525.0880  
*Attorney for Defendants*  
*General Electric Company, GE Healthcare*  
*Inc., and GE Healthcare AS*