# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HAMMERSLEY, individually and as surviving spouse of CARSON HAMMERSLEY, as EXECUTOR OF THE ESTATE OF CARSON HAMMERSLEY, and as Parent and Natural Guardian of A. H., a minor,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY; GE HEALTHCARE INC.; AND GE HEALTHCARE AS,<br><br>Defendants. | Case No. 2:13-cv-00826-TLN-AC<br><br>**ORDER ON PARTIES' JOINT REQUEST TO SEAL PETITION FOR APPROVAL OF A MINOR'S SETTLEMENT AND ASSOCIATED DOCUMENTS** |

Plaintiffs AMY HAMMERSLEY, individually and as surviving spouse of CARSON HAMMERSLEY, as EXECUTOR OF THE ESTATE OF CARSON HAMMERSLEY, and Grace Lynn Leach, as Guardian Ad Litem for A.H., a minor (collectively "Plaintiffs"), and Defendants GENERAL ELECTRIC COMPANY, GE Healthcare INC., and GE Healthcare AS (collectively "GEHC"), having submitted their Request to Seal Petition for Approval of a Minor's Settlement and Associated Documents pursuant to Local Rule 141, and the Court having considered the Request, the Court hereby orders as follows:

The following documents shall be filed under seal, and shall be maintained under seal indefinitely, accessible only to the Court and the parties, unless otherwise ordered by this Court:

- Petition for Approval of a Minor's Settlement;
    - Page 1:5-6
    - Page 1:9-10
    - Page 3:5-11

- Pages 3:17-4:1
- Page 4:11-13
- Pages 4:17 through 5:1
- Page 5:6-7
- Pages 5:13 through 6:4

- Brief in Support of Petition for Approval of a Minor's Settlement:

  - Pages 3:20 through 4:10
  - Page 4:18-20
  - Pages 5:21 through 6:2
  - Pages 6:19 through 7:11
  - Page 9:7-8
  - Pages 9:20 through 10:19
  - Pages 11:21 through 12:1
  - Page 12:6
  - Page 12:10-15
  - Page 12:16-18

- Exhibit 1: Declaration of Grace Lynn Leach (Page 1, ¶ 3, Lines 2-6);
- Exhibit 2: Summary of Periodic Payments (All);
- Exhibit 7: Declaration of Amy Hammersley (Page 1, ¶ 3, Line 1);
- Exhibit 8: General Release, Indemnity, Assignment and Settlement Agreement and Covenant Not to Sue (All); and

- Exhibit 9: Proposed Order Approving Petition for Approval of a Minor's Settlement (Page 1, Line 2; Page 2, Lines 2-10; Page 3, Last 2 Lines; Page 4, Lines 1-3 and Conclusion No. 2).

IT IS SO ORDERED.

Dated: January 26, 2016

Troy L. Nunley
United States District Judge